1  STEPHEN C. SETO, SBN 175458 (sseto@sbllp.com)
   **SHAPIRO BUCHMAN PROVINE BROTHERS SMITH LLP**
2  1333 N. California Blvd., Suite 350
3  Walnut Creek, CA  94596
   Telephone:     (925) 944-9700
4  Facsimile:     (925) 944-9701

5  Attorneys for Plaintiffs ALLY BANK, WESLEY W.
   HALIHAN and GINA HALIHAN

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | ALLY BANK, WESLEY W. HALIHAN and GINA HALIHAN, | No. C-11-00896 SC |
12 | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
13 | vs. | |
14 | WELLS FARGO BANK, N.A., and DOES 1 through 10, | |
15 | Defendants. | |

19                          **STIPULATION**

20         IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that this court may allow Plaintiffs ALLY BANK, WESLEY W. HALIHAN, and GINA HALIHAN ("Plaintiffs") to file a first amended complaint, a copy of which is attached hereto as Exhibit "A", adding new plaintiffs, adding additional persons and entities as defendants and adding causes of action against the newly named defendants pursuant to information obtained by plaintiffs evidencing that the newly named defendants engaged in a common scheme to defraud numerous sellers and buyers of real property and some of their agents and lenders out of over one

///

///

SHAPIRO BUCHMAN
PROVINE BROTHERS
SMITH LLP
ATTORNEYS AT LAW

243808.1                                    STIPULATION AND [PROPOSED] ORDER FOR
                                            LEAVE TO FILE FIRST AMENDED COMPLAINT
                                                              (No. C-11-00896 SC)

million seven hundred thousand dollars ($1,700,000) through phantom sales, sham loans and the execution of fraudulent reconveyances of deeds of trust.

Dated: August 4, 2011  **ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN** LLP

/s/ Matthew J. Pero
MATTHEW J. PERO
Attorneys for Defendant, Wells Fargo Bank, N.A.

Dated: August 4, 2011  **SHAPIRO BUCHMAN PROVINE BROTHERS SMITH** LLP

/s/ Stephen C. Seto
STEPHEN C. SETO
Attorneys for Plaintiffs ALLY BANK, WESLEY W. HALIHAN and GINA HALIHAN

## **ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED that Plaintiffs ALLY BANK, WESLEY W. HALIHAN, and GINA HALIHAN ("Plaintiffs") are hereby allowed to file the within proposed first amended complaint.

Dated: August 8, 2011

_____
SAMUEL CONTI
Judge of the United States District Court

[STAMP: IT IS SO ORDERED / Judge Samuel Conti / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

SHAPIRO BUCHMAN
PROVINE BROTHERS
SMITH LLP
ATTORNEYS AT LAW

243808.1

-2-

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
(No. C-11-00896 SC)