STEPHEN C. SETO, SBN 175458 (sseto@sbllp.com)
**SHAPIRO BUCHMAN PROVINE BROTHERS SMITH LLP**
1333 N. California Blvd., Suite 350
Walnut Creek, CA  94596
Telephone:     (925) 944-9700
Facsimile:      (925) 944-9701

Attorneys for Plaintiffs ALLY BANK, WESLEY W. HALIHAN and GINA HALIHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLY BANK, WESLEY W. HALIHAN and GINA HALIHAN,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., and DOES 1 through 10,<br><br>Defendants. | No. C-11-00896 SC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

## STIPULATION

On August 4, 2011 the parties entered into a stipulation allowing Plaintiffs ALLY BANK, WESLEY W. HALIHAN, and GINA HALIHAN ("Plaintiffs") leave to file a first amended complaint to add new plaintiffs and defendants and additional causes of action against the newly named defendants.  The new allegations assert that the new defendants engaged in a common scheme to defraud dozens of sellers and buyers of real property and some of their agents and lenders out of over $1.7 million through phantom sales, sham loans and the execution of fraudulent reconveyances of deeds of trust.  On August 8, 2011, the Court approved the stipulation and granted Plaintiffs leave to file a first amended complaint.

Since entering into the first stipulation, Plaintiffs discovered additional defendants and

SHAPIRO BUCHMAN
PROVINE BROTHERS
SMITH LLP
ATTORNEYS AT LAW

244763.3
20427-009

STIPULATION AND [PROPOSED] ORDER FOR
LEAVE TO FILE FIRST AMENDED COMPLAINT
(No. C-11-00896 SC)

1  facts supporting their claims that they wanted to add to the first amended complaint. Rather than
2  file the first amended complaint and then seek leave to file a second amended complaint, the
3  parties agreed that it would be more efficient for Plaintiffs simply to revise the first amended
4  complaint and seek leave to file that pleading.

   Based on the foregoing, IT IS HEREBY STIPULATED, by and between the parties hereto, and the parties respectfully request that Plaintiffs be granted leave to file a "new" first amended complaint, a copy of which is attached as Exhibit "A."

Dated: August 19, 2011

**SHAPIRO BUCHMAN PROVINE BROTHERS SMITH LLP**

/s/ Stephen C. Seto
STEPHEN C. SETO
Attorneys for Plaintiffs ALLY BANK, WESLEY W. HALIHAN and GINA HALIHAN

Dated: August 19, 2011

**ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP**

/s/ Matthew J. Pero
MATTHEW J. PERO
Attorneys for Defendant, Wells Fargo Bank, N.A.

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED that Plaintiffs ALLY BANK, WESLEY W. HALIHAN, and GINA HALIHAN ("Plaintiffs") are hereby granted leave to file the within proposed first amended complaint.

Dated: August 30, 2011

SAMUEL C.
Judge of the [United States District] Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

SHAPIRO BUCHMAN
PROVINE BROTHERS
SMITH LLP
ATTORNEYS AT LAW

244763.3
20427-009

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
-2-
(No. C-11-00896 SC)