AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, [continued on attachment]<br>*Plaintiff*<br><br>v.<br><br>JAMES C. CASTLE aka J. CHRISTOPHER CASTLE, [continued on attachment]<br>*Defendant* | )<br>)<br>)<br>) Civil Action No. C 11-00896 SC<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION** ON FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)* JAMES C. CASTLE aka J. CHRISTOPHER CASTLE, [continued on attachment]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Stephen C. Seto
Shapiro Buchman Provine Brothers Smith LLP
1333 No. California Blvd., Ste. 350
Walnut Creek, CA 94596

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/31/11

**ALFRED AMISTOSO**

*Signature of Clerk or Deputy Clerk*

**RICHARD W. WIEKING**

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No  C 11-00896 SC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   James C. Castle A.K.A. J. Christopher Castle
was received by me on *(date)*         9/9/2011           .

☒ I personally served the summons on the individual at *(place)*   444 Redrock Way, Petaluma, CA 94954
on *(date)*      9/11/2011    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   9/12/2011

*Server's signature*

Barbara Padgett, Process Server
*Printed name and title*

One Hour Legal
1280 Boulevard Way, #205
Walnut Creek, CA 94595
*Server's address*

Additional information regarding attempted service, etc:
See attached for additional documents served

Fidelity National Title Insurance Company, et al. v. James C. Castle A.K.A. J. Christopher Castle, et al.

Case # C 11-00896 SC

**Additional Documents Attachment**

1. Attachment to Summons on First Amended Complaint
2. First Amended Complaint with Exhibits 1-92
3. {Proposed} Temporary Restraining Order, Order to Show Cause why a Preliminary Injunction should not issue and Order for other Relief

## ATTACHMENT TO SUMMONS ON FIRST AMENDED COMPLAINT

### FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al.
### v.
### JAMES C. CASTLE A.K.A. J. CHRISTOPHER CASTLE, et al.

### Civil Action No. C 11-00896 SC

Plaintiffs (continued):
COMMONWEALTH LAND TITLE INSURANCE COMPANY, ALLY BANK, WESLEY W. HALIHAN, GINA L. HALIHAN, LI-LING SUNG, TIEE-SHAN TSAI, TATYANA MADINA, DAWN R. CARIFI, KARRIE L. HANNA, BRIAN PHUONG, CRICHTON FRIEDLY and JANET N. FRIEDLY,

Defendants (continued):
LARA KARAKASEVIC, CHRISTOPHER PISCATELLI, BRIAN KEITH LIBERTA, JON P. SANDERS, ALICIA A. SANDERS, SHON-TE-EAST-A, WALKS WITH SPIRIT, CORPORATION SOLE, JOHN-MICHAEL DI CHIARA, GOLDEN HILLS TRUST, REMUS A. KIRKPATRICK aka AL KIRKPATRICK, SARAH CONTESSA, CAROLYN HOLBERT, LAURA M. PEZZI, CARL WALLACE, OREPLEX INTERNATIONAL, LLC, TODD J. SMITH, REAL ESTATE STAR, LLC, HENRIK JENSEN, DANIEL R. YOUNG, KELLY E. YOUNG, BRIANNA HANSON, ALTUS EQUITY, LLC aka ATLUS EQUITY, LLC, KEVIN KEITH, CHRISTY KEITH, JENNIFER PEZZI, BRENDA HENDERSON, FINANCIAL RECOVERY GROUP, DAVID R. THOMPSON, MELISSA A. THOMPSON, CCTT GROUP, TISHA L. TRITES, TERRY PETTO, FAHED M. EWEIS, NADIA F. EWEIS, RYAN STYLES, BUG REAL ESTATE, INC., JOHN WINTER, JOLEE LANGE, RANDALL C. CRAWFORD, JASON YOUNG, STEVE DUNGER, DONALD PORTO, PATRICIA PORTO, TIEN HUYNH-DUNGER, CF ESCROW, INC., MICHELLE DORNON, TISHA TRITES REALTY, CJT FINANCIAL GROUP, GJZ GROUP, GOLDEN HILLS GROUP, AFOG GROUP, CPC MISSION TRUST and Does 1 through 100, inclusive,