United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, COMMONWEALTH LAND TITLE INSURANCE COMPANY, ALLY BANK, WESLEY W. HALIHAN, GINA L. HALIHAN, LI-LING SUNG, TIEE-SHAN TSAI, TATYANA MADINA, DAWN R. CARIFI, KARRIE L. HANNA, BRIAN PHUONG, CRICHTON FRIEDLY AND JANET N. FRIEDLY,<br><br>            Plaintiffs,<br><br>   v.<br><br>JAMES C. CASTLE a.k.a. J. CHRISTOPHER CASTLE, LARA KARAKASEVIC, CHRISTOPHER PISCATELLI, BRIAN KEITH LIBERTA, JON P. SANDERS, ALICIA A. SANDERS, SHON-TE-EAST-A, WALKS WITH SPIRIT, CORPORATION SOLE, JOHN-MICHAEL DI CHIARA, GOLDEN HILLS TRUST, REMUS A. KIRKPATRICK a.k.a. AL KIRKPATRICK, SARAH CONTESSA, CAROLYN HOLBERT, LAURA M. PEZZI, CARL WALLACE, OREPLEX INTERNATIONAL, LLC, TODD J. SMITH, REAL ESTATE STAR, LLC, HENRIK JENSEN, DANIEL R. YOUNG, KELLY E. YOUNG, BRIANNA HANSON, ALTUS EQUITY, LLC a.k.a. ATLUS EQUITY, LLC, KEVIN KEITH, CHRISTY KEITH, JENNIFER PEZZI, BRENDA HENDERSON, FINANCIAL RECOVERY GROUP, DAVID R. THOMPSON, CCTT GROUP, TISHA L. | No. C 11-00896 SI<br><br>**ORDER DISSOLVING TEMPORARY RESTRAINING ORDER WITH RESPECT TO ALL DEFENDANTS EXCEPT CASTLE, CCTT GROUP, CJT FINANCIAL GROUP, OREPLEX LLC, AND JTF CONSULTING LLC; BRIEFING SCHEDULE FOR PRELIMINARY INJUNCTION HEARING ON OCTOBER 12, 2011** |

TRITES, TERRY PETTO, FAHED M. EWEIS, NADIA F. EWEIS, RYAN STYLES, BUG REAL ESTATE, INC., JOHN WINTER, JOLEE LANGE, RANDALL C. CRAWFORD, JASON YOUNG, STEVE DUNGER, DONALD PORTO, PATRICIA PORTO, TIEN HUYNH-DUNGER, CF ESCROW, INC., MICHELLE DORNON, TISHA TRITES REALTY, CJT FINANCIAL GROUP, GJZ GROUP, GOLDEN HILLS GROUP, AFOG GROUP, CPC MISSION TRUST and Does 1 through 100, inclusive,

                Defendants.
                                      /

On September 13, 2011, a hearing was held with respect to the ongoing temporary restraining order (the "TRO") issued by the Court against defendants on September 6, 2011. Doc. 52. The TRO is hereby dissolved against all defendants except for James C. Castle and related entities owned, managed, or controlled by him including CCTT Group, CJT Financial Group, OREPLEX LLC, and JTF Consulting LLC. As to Castle, CCTT Group, CJT Financial Group, OREPLEX LLC, and JTF Consulting LLC, the Court finds that plaintiffs have demonstrated cause to continue the TRO in effect until the preliminary injunction hearing scheduled below.

A hearing will be held with respect to plaintiffs' request for a preliminary injunction on **October 12, 2011 at 4 p.m.** Defendants must file their opposition to any preliminary injunction by **October 3rd, 2011**, with plaintiffs' reply due by the close of business **October 7**, **2011.**

**IT IS SO ORDERED.**

Dated: September 13, 2011

                                                  SUSAN ILLSTON
                                                  United States District Judge