**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, COMMONWEALTH LAND TITLE INSURANCE COMPANY, ALLY BANK, WESLEY W. HALIHAN, GINA L. HALIHAN, LI-LING SUNG, TIEE-SHAN TSAI, TATYANA MADINA, DAWN R. CARIFI, KARRIE L. HANNA, BRIAN PHUONG, CRICHTON FRIEDLY AND JANET N. FRIEDLY,<br><br>          Plaintiffs,<br><br>   v.<br><br>JAMES C. CASTLE aka J. CHRISTOPHER CASTLE, LARA KARAKASEVIC, CHRISTOPHER PISCATELLI, BRIAN KEITH LIBERTA, JON P. SANDERS, ALICIA A. SANDERS, SHON-TE-EAST-A, WALKS WITH SPIRIT, CORPORATION SOLE, JOHN-MICHAEL DI CHIARA, GOLDEN HILLS TRUST, REMUS A. KIRKPATRICK aka AL KIRKPATRICK, SARAH CONTESSA, CAROLYN HOLBERT, LAURA M. PEZZI, CARL WALLACE, OREPLEX INTERNATIONAL, LLC, TODD J. SMITH, REAL ESTATE STAR, LLC, HENRIK JENSEN, DANIEL R. YOUNG, KELLY E. YOUNG, BRIANNA HANSON, ALTUS EQUITY, LLC aka ATLUS EQUITY, LLC, KEVIN KEITH, CHRISTY KEITH, JENNIFER PEZZI, BRENDA HENDERSON, FINANCIAL RECOVERY GROUP, DAVID R. THOMPSON, CCTT GROUP, TISHA L. TRITES, TERRY PETTO, FAHED M. EWEIS, NADIA F. EWEIS, RYAN STYLES, BUG REAL ESTATE, INC., | No. C 11-00896 SI<br><br>**ORDER CHANGING HEARING DATE AND BRIEFING SCHEDULE** |

JOHN WINTER, JOLEE LANGE, RANDALL C. CRAWFORD, JASON YOUNG, STEVE DUNGER, DONALD PORTO, PATRICIA PORTO, TIEN HUYNH-DUNGER, CF ESCROW, INC., MICHELLE DORNON, TISHA TRITES REALTY, CJT FINANCIAL GROUP, GJZ GROUP, GOLDEN HILLS GROUP, AFOG GROUP, CPC MISSION TRUST and Does 1 through 100, inclusive,

          Defendants.
                                           /

Plaintiff's application for a preliminary junction is set for hearing on October 12, 2011. On October 2, 2011, the day before his opposition papers were due, defendant Castle filed an ex parte application seeking to continue the hearing and change the briefing schedule. His need for additional time was caused by the unforseen length of an unrelated trial. Doc. 67.

Defendant's request is hereby GRANTED. The October 12, 2011 hearing is VACATED, and is reset for **November 4, 2011 at 9 A.M.** Defendant's opposition to the preliminary injunction application is due by **October 10, 2011**, and plaintiff's reply is due by **October 17, 2011**. The temporary restraining order issued September 6, 2011 remains in place until further order of court..

**IT IS SO ORDERED.**

Dated: October 3, 2011

                                                   SUSAN ILLSTON
                                                   United States District Judge

*Sidebar:* United States District Court / For the Northern District of California