| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| STEPHEN C. SETO ESQ, Bar #175458<br>SHAPIRO BUCHMAN PROVINE BROTHERS SMITH<br>1333 N. CALIFORNIA BLVD, STE 350<br>WALNUT CREEK, CA 94596 | | | | |
| Telephone No: 925-944-9700 FAX No: 925-944-9701 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>20427.009 | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court, Northern District Of California | | | | |
| Plaintiff: FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al. | | | | |
| Defendant: JAMES C. CASTLE A.K.A. J. CHRISTOPHER CASTLE, et al. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 11-00896 SC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; ATTACHMENT TO SUMMONS ON FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT WITH EXHIBITS 1-92; {PROPOSED} TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AN DFOR OTHER RELIEF

3. a. Party served:           GJZ GROUP
   b. Person served:          JASON POON, OWNER OF MAILBOX USA

4. Address where the party was served:    1618 SULLIVAN AVENUE, #310
                     DALY CITY, CA 94015

5. I served the party:
   b. **by substituted service.** On: Fri., Sep. 09, 2011 at: 5:16PM BY LEAVING COPIES IN THE PRESENCE OF THE SUBJECT JASON POON, OWNER OF MAILBOX USA
   (3) **(physical address unknown)**Usual Place of Mailing a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: GJZ GROUP

7. **Person Who Served Papers:**               Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JOVELYN CHRISTNER           d. *The Fee for Service was:*   $171.20



1280 BOULEVARD WAY #205
WALNUT CREEK, CA 94595
(925) 947-3470
FAX (925) 947-3480
WWW.ONEHOUR.NET

             e. I am: (3) registered California process server
               (i) Independent Contractor
               (ii) Registration No.:   429
               (iii) County:       SAN MATEO

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Sep. 12, 2011

                                             (JOVELYN CHRISTNER)

Judicial Council Form POS-010          PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007      SUMMONS IN A CIVIL               336340   .shapss.24422

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| STEPHEN C. SETO ESQ, Bar #175458<br>SHAPIRO BUCHMAN PROVINE BROTHERS SMITH<br>1333 N. CALIFORNIA BLVD, STE 350<br>WALNUT CREEK, CA 94596<br>Telephone No: 925-944-9700  FAX No: 925-944-9701<br>Attorney for: Plaintiff | Ref. No or File No.:<br>20427.009 | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | |
| Plaintiff: FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al. | | |
| Defendant: JAMES C. CASTLE A.K.A. J. CHRISTOPHER CASTLE, et al. | | |

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 11-00896 SC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; ATTACHMENT TO SUMMONS ON FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT WITH EXHIBITS 1-92; {PROPOSED} TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AN DFOR OTHER RELIEF

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:  Mon., Sep. 12, 2011
    b. Place of Mailing:  WALNUT CREEK, CA 94595
    c. Addressed as follows:  GJZ GROUP
    1618 SULLIVAN AVENUE, #310
    DALY CITY, CA 94015

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Sep. 12, 2011 in the ordinary course of business.

5. *Person Serving:*  Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. JAMILAH ROBINSON
    b. One Hour Delivery Service
       1280 Boulevard Way #205
       WALNUT CREEK, CA 94595
    c. .925-947-1100, FAX 925-947-3480

    d. *The Fee for Service was:*  $171.20
    e. I am: (3) registered California process server
        (i) Employee
        (ii) Registration No.:  641
        (iii) County:  CONTRA COSTA

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
Date: Mon, Sep. 12, 2011

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(JAMILAH ROBINSON)
336340  .shapss.24422