| Attorney or Party without Attorney: STEPHEN C. SETO ESQ, Bar #175458 SHAPIRO BUCHMAN PROVINE BROTHERS SMITH 1333 N. CALIFORNIA BLVD, STE 350 WALNUT CREEK, CA 94596 Telephone No: 925-944-9700 FAX No: 925-944-9701 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: 20427.009 |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Northern District Of California | |
| Plaintiff: FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al. Defendant: JAMES C. CASTLE A.K.A. J. CHRISTOPHER CASTLE, et al. | |

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: C 11-00896 SC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; ATTACHMENT TO SUMMONS ON FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT WITH EXHIBITS 1-92; {PROPOSED} TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AN DFOR OTHER RELIEF

3. a. Party served: SHON-TE-EAST-A
   b. Person served: LAURA ROWE, EMPLOYEE/PERSON IN CHARGE

4. Address where the party was served: 664 FREEMAN LANE, #398
   GRASS VALLEY, CA 95949

5. I served the party:
   b. by substituted service. On: Thu., Sep. 15, 2011 at: 3:28PM BY LEAVING COPIES IN THE PRESENCE OF THE SUBJECT LAURA ROWE, EMPLOYEE/PERSON IN CHARGE, White, Female, 25 Years Old, Brown Hair, Unknown Eyes, 5 Feet 4 Inches, 140 Pounds
   (3) (physical address unknown)Usual Place of Mailing A Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: SHON-TE-EAST-A

7. Person Who Served Papers:
   a. MIKE HYLAN



1280 BOULEVARD WAY #205
WALNUT CREEK, CA 94595
(925) 947-3470
FAX (925) 947-3480
WWW.ONEHOUR.NET

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. The Fee for Service was: $337.40
e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 02-03
   (iii) County: NEVADA

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
Date: Mon, Sep. 19, 2011

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

(MIKE HYLAN)
336333  .shapss.24410

| Attorney or Party without Attorney:<br>STEPHEN C. SETO ESQ, Bar #175458<br>SHAPIRO BUCHMAN PROVINE BROTHERS SMITH<br>1333 N. CALIFORNIA BLVD, STE 350<br>WALNUT CREEK, CA 94596 | For Court Use Only |
|---|---|
| Telephone No: 925-944-9700  FAX: No: 925-944-9701 | |
| Attorney for: Plaintiff | Ref. No or File No.:<br>20427.009 |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | |
| Plaintiff: FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al.<br>~~Defendant: JAMES C. CASTLE A.K.A. J. CHRISTOPHER CASTLE, et al.~~ | |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 11-00896 SC |
|---|---|---|---|---|

1. I, MIKE HYLAN, and any employee or independent contractors retained by One Hour Delivery Service are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant SHON-TE-EAST-A as follows:

2. Documents: SUMMONS IN A CIVIL ACTION; ATTACHMENT TO SUMMONS ON FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT WITH EXHIBITS 1-92; {PROPOSED} TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AN DFOR OTHER RELIEF.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 09/10/11 | 9:00am | Home | THERE WAS NO ANSWER AT THE DOOR. THER EWERE NO CARS. Attempt made by: MIKE HYLAN, Registration #02-03 NEVADA County. Attempt at: 14169 RUDD ROAD NEVADA CITY CA 95959. |
| Mon | 09/12/11 | 8:15pm | Home | THERE WAS NO ANSWER AT THE DOOR. THER EWERE NO CARS. THERE WERE LIGHTS ON. Attempt made by: MIKE HYLAN. Attempt at: 14169 RUDD ROAD NEVADA CITY CA 95959. |
| Tue | 09/13/11 | 10:00am | Usual | THE ADDRESS GIVEN IS A POSTAL MAIL BOX STORE CALLED POST NET. IT HAS BEEN CONFIRMED THAT DEFENDANT DOES HOLD A BOX AT THIS LOCATION. Attempt made by: MIKE HYLAN. Attempt at: 664 FREEMAN LANE, #398 GRASS VALLEY CA 95949. |
| Tue | 09/13/11 | 7:15pm | Home | I SPOKE WITH MARK FOLLANSBEE (WHITE, MALE, BLONDE HAIR, BLUE EYES, 5'10, 175LBS). HE STATED HE PURCHASED THE HOUSE TEN YEARS AGO FROM JOHN DICHIARA. HE DID NOT HAVE ANY OTHER INFORMATION. Attempt made by: MIKE HYLAN. Attempt at: 14169 RUDD ROAD NEVADA CITY CA 95959. |

Page Number 1

Date: Mon, Sep. 19, 2011    **AFFIDAVIT OF REASONABLE DILIGENCE**    336333.shapss.24410

| Attorney or Party without Attorney: STEPHEN C. SETO ESQ, Bar #175458 SHAPIRO BUCHMAN PROVINE BROTHERS SMITH 1333 N. CALIFORNIA BLVD, STE 350 WALNUT CREEK, CA 94596 | For Court Use Only |
|---|---|
| Telephone No: 925-944-9700  FAX: No: 925-944-9701 | |
| Attorney for: Plaintiff | Ref. No or File No.: 20427.009 |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Northern District Of California | |
| Plaintiff: FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al. Defendant: JAMES C. CASTLE A.K.A. J. CHRISTOPHER CASTLE, et al. | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: C 11-00896 SC |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 09/14/11 | 4:00pm | Usual | THE SERVEE IS NOT IN. Attempt made by: MIKE HYLAN. Attempt at: 664 FREEMAN LANE, #398 GRASS VALLEY CA 95949. |
| Thu | 09/15/11 | 3:28pm | Usual Place of | Substituted Service on: SHON-TE-EAST-A Usual Place of Mailing - 664 FREEMAN LANE, #398 GRASS VALLEY, CA 95949 by Serving: LAURA ROWE, EMPLOYEE/PERSON IN CHARGE a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: LAURA ROWE, EMPLOYEE/PERSON IN CHARGE, White, Female, 25 Years Old, Brown Hair, Unknown Eyes, 5 Feet 4 Inches, 140 Pounds. Served by: MIKE HYLAN |
| Mon | 09/19/11 | | | Mailed copy of Documents to: SHON-TE-EAST-A |

3. Person Executing
   a. MIKE HYLAN
   b. One Hour Delivery Service
      1280 Boulevard Way #205
      WALNUT CREEK, CA 94595
   c. .925-947-1100, FAX 925-947-3480

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was: $337.40
e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 02-03
   (iii) County: NEVADA

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Sep. 19, 2011

Page Number 2

AFFIDAVIT OF REASONABLE DILIGENCE (MIKE HYLAN)

336333.shapss.24410

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| STEPHEN C. SETO ESQ, Bar #175458<br>SHAPIRO BUCHMAN PROVINE BROTHERS SMITH<br>1333 N. CALIFORNIA BLVD, STE 350<br>WALNUT CREEK, CA 94596<br>Telephone No: 925-944-9700  FAX No: 925-944-9701 | | | | |
| Attorney for: Plaintiff | | Ref. No or File No.:<br>20427.009 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al. | | | | |
| Defendant: JAMES C. CASTLE A.K.A. J. CHRISTOPHER CASTLE, et al. | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 11-00896 SC |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; ATTACHMENT TO SUMMONS ON FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT WITH EXHIBITS 1-92; {PROPOSED} TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AN DFOR OTHER RELIEF

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:        Mon., Sep. 19, 2011
   b. Place of Mailing:       WALNUT CREEK, CA 94595
   c. Addressed as follows:   SHON-TE-EAST-A
                              664 FREEMAN LANE, #398
                              GRASS VALLEY, CA 95949

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Sep. 19, 2011 in the ordinary course of business.

5. *Person Serving:*                                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JAMILAH ROBINSON                          d. *The Fee for Service was:* $337.40
   b. One Hour Delivery Service                 e. I am: (3) registered California process server
      1280 Boulevard Way #205                        (i)   Employee
      WALNUT CREEK, CA 94595                         (ii)  Registration No.: 641
   c. 925-947-1100, FAX 925-947-3480                 (iii) County:           CONTRA COSTA

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Sep. 19, 2011

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(JAMILAH ROBINSON)
336333  .shapss.24410