1  Thomas J. LaLanne (SBN 55199)
       tomlalanne@sbcglobal.net
2  Law Offices of Thomas J. LaLanne
   369 Broadway
3  San Francisco, CA  94133
   Tel:   (415) 434-1122
4  Fax:   (415) 434-1125

5  Attorneys for Defendants James C. Castle
   (aka J. Christopher Castle), CCTT Group;
6  CJT Financial Group; and Oreplex International LLC

7  Ann McFarland Draper (State Bar No. 65669)
       ann@draperlaw.net
8  Draper Law Offices
   601 Montgomery Street, Suite 1150
9  San Francisco, California 94111
   Tel:   (415) 391-4200
10 Fax    415) 989-4739

11 Attorneys for Defendant James C. Castle
   (aka J. Christopher Castle)
12

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16 | FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al, | Case No. 3:11-cv-00896 -SI
17 | | **SUPPLEMENTAL DECLARATION OF ANN McFARLAND DRAPER RE PLAINTIFFS' APPLICATION FOR LEAVE TO SERVE THREE DEFENDANTS BY PUBLICATION**
   | Plaintiffs, |
18 | |
   | vs. |
19 | |
   | JAMES C. CASTLE aka J. CHRISTOPER CASTLE, et al, |
20 | |
21 | Defendants. |

22         I, Ann McFarland Draper, declare:

23         1.      I am an attorney at law over the age of eighteen (18) years and not a party to this

24 action.  I make this declaration based upon my personal knowledge, except where stated upon

25 information and belief, and, if called to testify, I could and would testify to the matters set forth

26 herein.

27         2.      I am one of the attorneys of record herein for Defendant James C. Castle, aka J.

28 Christopher Castle.  I make this supplemental declaration to supply additional information

obtained after the filing of my prior declaration in connection with the application filed by Plaintiffs for leave to serve three defendants by publication.

**Christopher Michael Piscatelli**

3. On Saturday, January 7, I had a telephone conversation in which pertinent information from the notary book of Brian Liberta was read to me concerning the indentifying information provided at the time Christopher Michael Piscatelli appeared an acknowledged his signature on the document attached as Exhibit 11 to Plaintiffs' First Amended Complaint. The address in the notary book is the address in Forest Knolls (Marin County) at which Plaintiffs' process server claims to have made multiple attempts to serve Piscatelli. I was also informed that the foreclosure rumor may be incorrect. In addition, I was provided with a California Drivers' License number which I have offered to provide to Plaintiffs' counsel by telephone or in person but which I am not comfortable disclosing in an email or a pleading available to the public. I believe that this information is sufficient to enable service other than by publication.

**Jennifer Pezzi**

4. The organization (Youth With a Mission, aka YWAM) with which Jennifer Pezzi is serving a 3-year mission maintains a website at ywam.org. Information regarding its Brisbane office is available on that website as well as through a Google search.

5. Australia is a party to the **Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters 1965** (the Hague Service Convention). Information concerning Hague Convention service in Australia can be found at http://www.ag.gov.au/www/agd/agd.nsf/Page/Privateinternationallaw_ServiceinAustralia-HagueServiceConvention, a website maintained by the Australian Government Attorney-General's Department.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 9th day of January 2012, at San Francisco, State of California.

_____
Ann McFarland Draper

*Fidelity National Title Ins. Co, et al, v. Castle, et al,* - page 2
Suppl. Declaration of Ann McFarland Draper re Plaintiffs' Application to Serve by Publication

Case 4:11-cv-00896-YGR   Document 136   Filed 01/09/12   Page 3 of 3

**Proof of Service**

I, Ann McFarland Draper, declare:

I am an attorney at law over the age of eighteen years of age and not a party to this action. My business address is 601 Montgomery Street, Suite 1150, San Francisco, California 94111.

On January 9, 2012, I served true and correct copies of the foregoing document *SUPPLEMENTAL DECLARATION OF ANN McFARLAND DRAPER RE PLAINTIFFS' APPLICATION FOR LEAVE TO SERVE THREE DEFENDANTS BY PUBLICATION* on the interested parties herein as follows: by Electronic Service pursuant to controlling General Order(s) and Local Rules, through the Court's automatic transmission of a notice of electronic filing in this case to the following persons each of whom has consented to such Electronic Service by registering with the Court as a CM/ECF User:

| | |
|---|---|
| Connor Michael Day | Matthew Joseph Pero |
| David William Tate | Stephen Chew Seto |
| Mark Tyler Flewelling , Esq | |

and by means other than electronically through the Court's CM/ECF System, by causing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid to be deposited in the United States Mail at San Francisco, California addressed as follows:

| | |
|---|---|
| Michelle Dornon<br>1880 Matin Circle, #141<br>San Marcos, CA 92069 | Rhonda Darlene Shelton-Kraeber<br>Shapiro Buchman Provine Brothers Smith LLP<br>1333 N. California Blvd., Suite 350<br>Walnut Creek, CA 94596 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 9th day of January 2012, at San Francisco, California.

_____

Ann McFarland Draper

*Fidelity National Title Ins. Co, et al, v. Castle, et al,*                                                                 - page 3
Suppl. Declaration of Ann McFarland Draper re Plaintiffs' Application to Serve by Publication