1  Stephen C. Seto (SBN 175458) (sseto@sbllp.com)
2  Connor M. Day (SBN 233245) (cday@sbllp.com)
   Buchman Provine Brothers Smith LLP
3  1333 N. California Blvd., Suite 350
   Walnut Creek, CA 94596
4  Telephone: (925) 944-9700
   Facsimile: (925) 944-9701
5
6  Attorneys for Plaintiffs Fidelity National Title
   Insurance Company, Commonwealth Land Title
7  Insurance Company, Ally Bank, Wesley W. Halihan,
   Gina L. Halihan, Li-Ling Sung, Tiee-Shan Tsai,
8  Tatyana Madina, Dawn R. Carifi, Karrie L. Hanna,
   Brian Phuong, Crichton Friedly and Janet N. Friedly
9
   Thomas J. LaLanne (SBN 55199)
10 (tomlalanne@sbcglobal.net)
   Law Offices of Thomas J. LaLanne
11 369 Broadway
   San Francisco, CA  94133
12 Tel:    (415) 434-1122
   Fax:    (415) 434-1125
13
   Attorneys for Defendants James C. Castle,
14 CCTT Group; CJT Financial Group; and Oreplex
   International LLC, and Other Defendants
15
   Ann McFarland Draper (SBN 65669)
16 (ann@draperlaw.net)
   Draper Law Offices
17 601 Montgomery Street, Suite 1150
   San Francisco, California 94111
18 Tel:    (415) 391-4200
   Fax    415) 989-4739
19
   Attorneys for Defendant James C. Castle
20

21                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
22                           **SAN FRANCISCO DIVISION**

23 | FIDELITY NATIONAL TITLE | No. C-11-00896 SI |
   | INSURANCE COMPANY, et al., | |
24 |     Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER** |
   | vs. | **EXTENDING TIME FOR PLAINTIFFS TO** |
25 | | **RESPOND, AND DEFENDANTS TO REPLY,** |
   | JAMES C. CASTLE aka J. | **ON DEFENDANTS' MOTIONS TO DISMISS** |
26 | CHRISTOPHER CASTLE at al.,  and | **PLAINTIFFS' SECOND AMENDED** |
   | Does 1 through 100, inclusive, | **COMPLAINT** |
27 |     Defendants. | |

28  256828.1

## STIPULATION

Defendants Alicia A. Sanders, Jon P. Sanders, Daniel R. Young, Kelly E. Young, Lara Karakasevic, Jolee Lange, Jason Young, CJT Financial Group, GJZ Group and Golden Hills Group, Randall C. Crawford, Fahed M. Eweis, Nadia E. Eweis, Kevin Keith, Christy Keith, Donald Porto, Patricia Porto, David R. Thompson, Melissa A. Thompson, Tisha L. Trites, Tisha Trites Realty, Ryan Styles, James C. Castle, CCTT Group and Oreplex International LLC, Laura M. Pezzi, John-Michael Di Chiara, Shon-Te-East-A, Walks With Spirit, Corporation Sole, Remus Kirkpatrick, Golden Hills Trust and Financial Recovery Group (collectively "Defendants") filed a total of eleven (11) Notices of Motion and Motions to Dismiss Plaintiffs' Second Amended Complaint on January 23, 2012 (the "Original Motions") as well as a motion under the Colorado River Doctrine to stay the action as to certain parties and transactions based on two pending state court actions.  Thereafter, on January 30, 2012, January 31, 2012 and February 2, 2012, Defendants filed ten (10) Amended Notices of Motion and Motions to Dismiss (the "Amended Motions."). (The motion to stay and one of the motions to dismiss were not amended.) Four (4) of the Amended Motions challenged additional causes of actions in Plaintiffs' Second Amended Complaint that were not challenged in the Original Motions.  (The Original Motions and Amended Motions will be collectively referred to as the "Motions"). **All of the Motions are set for hearing on March 23, 2012**.

Plaintiffs' response to Defendants' motion to stay was filed when due on February 6, 2012. See Docket No. 140 (motion) and Docket No. 177 (opposition).

The Amended Motions of Defendants Alicia A. Sanders, Jon P. Sanders, Daniel R. Young, Kelly E. Young, Lara Karakasevic, Jolee Lange, Jason Young, CJT Financial Group, GJZ Group and Golden Hills Group, Randall C. Crawford, Fahed M. Eweis, Nadia E. Eweis, Kevin Keith, Christy Keith, Donald Porto, Patricia Porto, David R. Thompson and Melissa A. Thompson were filed on January 30, 2012 and Plaintiffs' responses to said Amended Motions are due on or before February 13, 2012. See Docket Nos. 154, 155, 156, 157 and 158.

The Amended Motion of Defendants Tisha L. Trites, Tisha Trites Realty and Ryan Styles was filed on January 31, 2012 and Plaintiffs' response to said Amended Motion is due on or

before February 14, 2012. See Docket No. 159.

The Amended Motions of Defendants James C. Castle, CCTT Group and Oreplex International LLC, Laura M. Pezzi, John-Michael Di Chiara, Shon-Te-East-A, Walks With Spirit, Corporation Sole, Remus Kirkpatrick, Golden Hills Trust and Financial Recovery Group were filed on February 2, 2012 and Plaintiffs' responses to said Amended Motions are due on or before February 16, 2012. See Docket Nos. 173, 174 and 175.

The Original Motion of Defendant Todd J. Smith was not amended but pursuant to stipulation and order Plaintiffs' response thereto is due on or before February 13, 2012. See Docket No. 178 (order on stipulation).

Northern District of California Civil Local Rule 6-2(a) permits parties to file a stipulation changing the time that would affect the date of a deadline fixed by Court order, Local Rules or Federal Rules. In light of the large number of defendants who have filed Motions (a total of thirty (30) Defendants and eleven (11) Motions), the complexity of the factual transactions underlying the litigation, the complexity of the facts and legal arguments set forth in Defendants' Motions and the various acts and roles of the individual Defendants as alleged in the Second Amended Complaint, the parties have agreed: (A) that Plaintiffs may have additional time, to and including Thursday, March 1, 2012, in which to respond to all eleven (11) Motions filed by Defendants; (B) that Defendants' reply papers, if any, shall be due on March 9, 2012; and (C) that Defendants' reply papers on the motion to stay shall also be due on March 9, 2012.

Based on the foregoing, IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants as follows: (A) that Plaintiffs may have additional time, to and including Thursday, March 1, 2012, in which to respond to all eleven (11) Motions to dismiss filed by Defendants; (B) that Defendants' reply papers, if any, shall be due on March 9, 2012; and (C) that Defendants' reply papers on Defendants' motion to stay shall also be due on March 9, 2012.

DATED: February 9, 2012         **BUCHMAN PROVINE BROTHERS SMITH LLP**

By:    _/s/ Connor M. Day_
STEPHEN C. SETO
CONNOR M. DAY
Attorneys for Plaintiffs

DATED: February 9, 2012  **LAW OFFICES OF THOMAS J. LALANNE**

By: _____/s/ Thomas J. LaLanne_____
THOMAS J. LALANNE

Attorneys for Defendants James C. Castle (aka J. Christopher Castle), CCTT Group; CJT Financial Group; and Oreplex International LLC and other defendants

DATED: February 9, 2012  **DRAPER LAW OFFICES**

By: _____/s/ Ann McFarland Draper_____
ANN McFARLAND DRAPER

Attorneys for Defendant James C. Castle (aka J. Christopher Castle)

## DECLARATION OF COUNSEL

I, Connor M. Day, hereby declare as follows:

1. I am an attorney with the law office of Buchman Provine Brothers & Smith LLP, attorneys of record herein for Plaintiffs Fidelity National Title Insurance Company, Commonwealth Land Title Insurance Company, Ally Bank, Wesley W. Halihan, Gina L. Halihan, Li-Ling Sung, Tiee-Shan Tsai, Tatyana Madina, Dawn R. Carifi, Karrie L. Hanna, Brian Phuong, Crichton Friedly and Janet N. Friedly (collectively, "Plaintiffs"). I am duly licensed to practice before all of the courts of the State of California.

2. I have personal knowledge of the facts stated herein and could and would testify competently thereto if called upon to do so.

3. Pursuant to Northern District of California Civil Local Rule 6-2(a), I submit this declaration in support of Plaintiffs' Stipulation and [Proposed] Order Extending the Time for Plaintiffs' to Respond to Defendants Motions to Dismiss Plaintiffs' Second Amended Complaint.

4. Currently, the thirty (30) defendants represented by Thomas J. LaLanne have filed a total of eleven (11) motions to dismiss Plaintiffs' Second Amended Complaint. Plaintiffs' responses to defendants' motions to dismiss are due on February 13, 2012, February 14, 2012 and

1  February 16, 2012.  In addition, defendants also filed a motion to stay under the Colorado River Doctrine, to which Plaintiffs have already filed their opposition and for which defendants' reply papers are currently due on February 13, 2012.

4  5. In light of the large number of defendants who have filed Motions to dismiss (a total of thirty (30) Defendants and eleven (11) Motions), the complexity of the factual transactions underlying the litigation, the complexity of the facts and legal arguments set forth in Defendants' Motions and the various acts and roles of the individual Defendants as alleged in the Second Amended Complaint, the parties have agreed that Plaintiffs may have additional time, to and including Thursday, March 1, 2012, in which to respond to all eleven (11) of the Motions (to dismiss) filed by Defendants; and accordingly the parties have also agreed that Defendants' reply papers on the eleven (11) Motions to dismiss, as well as Defendants' reply papers on the motion to stay, shall all be due on Friday, March 9, 2012.

13  6. All eleven (11) motions to dismiss filed by the defendants are scheduled to be heard by this Court on March 23, 2012 at 9:00 a.m. in Department 10.  In addition, a case management conference is currently scheduled for April 13, 2012.  In light of the usual notice and briefing schedule for motions in this district, I do not believe that extending the time within which Plaintiffs can respond to Defendants' Motions will have any effect on the current schedule of this case or the hearing date of March 23, 2012.

19  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  This declaration is executed at Walnut Creek, California, this 9th day of February 2012.

                                               */s/ Connor M. Day*
                                               CONNOR M. DAY

BUCHMAN PROVINE
BROTHERS
SMITH LLP
ATTORNEYS AT LAW

256828.1      -5-

Stipulation and [Proposed] Order Extending Time to Respond and Reply re Motions to Dismiss (No. 3:11-cv-00896 SI)

**[PROPOSED] ORDER**

PURSUANT TO THE FOREDOING STIPULATION, IT IS HEREBY ORDERED THAT the time for Plaintiffs to file responses to the Amended Notices of Motion and Motions to Dismiss Plaintiffs' Second Amended Complaint filed on January 30, 2012, January 31, 2012 and February 2, 2012 by defendants Alicia A. Sanders, Jon P. Sanders, Daniel R. Young, Kelly E. Young, Lara Karakasevic, Jolee Lange, Jason Young, CJT Financial Group, GJZ Group and Golden Hills Group, Randall C. Crawford, Fahed M. Eweis, Nadia E. Eweis, Kevin Keith, Christy Keith, Donald Porto, Patricia Porto, David R. Thompson, Melissa A. Thompson, Tisha L. Trites, Tisha Trites Realty, Ryan Styles, James C. Castle, CCTT Group and Oreplex International LLC, Laura M. Pezzi, John-Michael Di Chiara, Shon-Te-East-A, Walks With Spirit, Corporation Sole, Remus Kirkpatrick, Golden Hills Trust and Financial Recovery Group, shall be extended to **March 1, 2012**.

IT IS FURTHER ORDERED THAT the time for Plaintiffs to file a response to defendant Todd J. Smith's Notice of Motion and Motion to Dismiss Plaintiffs' Second Amended Complaint shall be extended to **March 1, 2012**.

IT IS FURTHER ORDERED THAT the Defendants shall have to and including **March 9, 2012**, in which to file their reply papers on the motion to stay and on the eleven (11) motions to dismiss.

**IT IS SO ORDERED.**

Dated: February _14, 2012

SUSAN ILLSTON
Untied States District Judge