1  STEPHEN C. SETO (SBN 175458) (sseto@sbllp.com)
   CONNOR M. DAY (SBN 233245) (cday@sbllp.com)
2  **BUCHMAN PROVINE BROTHERS SMITH LLP**
   1333 N. California Blvd., Suite 350
3  Walnut Creek, CA  94596
   Telephone:     (925) 944-9700
4  Facsimile:      (925) 944-9701

5  Attorneys for Plaintiffs
   FIDELITY NATIONAL TITLE INSURANCE COMPANY,
6  COMMONWEALTH LAND TITLE INSURANCE
   COMPANY, ALLY BANK, WESLEY W. HALIHAN, GINA
7  L. HALIHAN, LI-LING SUNG, TIEE-SHAN TSAI,
   TATYANA MADINA, DAWN R. CARIFI, KARRIE L.
8  HANNA, BRIAN PHUONG, CRICHTON FRIEDLY and
   JANET N. FRIEDLY

           UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

           OAKLAND DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, COMMONWEALTH LAND TITLE INSURANCE COMPANY, ALLY BANK, WESLEY W. HALIHAN, GINA L. HALIHAN, LI-LING SUNG, TIEE-SHAN TSAI, TATYANA MADINA, DAWN R. CARIFI, KARRIE L. HANNA, BRIAN PHUONG, CRICHTON FRIEDLY and JANET N. FRIEDLY<br><br>            Plaintiffs,<br><br>vs.<br><br>JAMES C. CASTLE aka J. CHRISTOPHER CASTLE, et al.,<br><br>            Defendants. | No. C-11-00896 YGR<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>*IT IS SO ORDERED*<br>*Judge Yvonne Gonzalez Rogers*<br>*April 23, 2012* |

       TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

261676.1
20427-009

1  PLEASE TAKE NOTICE that Plaintiffs FIDELITY NATIONAL TITLE INSURANCE
2  COMPANY, COMMONWEALTH LAND TITLE INSURANCE COMPANY, ALLY BANK,
3  WESLEY W. HALIHAN, GINA L. HALIHAN, LI-LING SUNG, TIEE-SHAN TSAI,
4  TATYANA MADINA, DAWN R. CARIFI, KARRIE L. HANNA, BRIAN PHUONG,
5  CRICHTON FRIEDLY and JANET N. FRIEDLY, pursuant to Fed. R. Civ. P. 41(a)(1), hereby
6  voluntarily dismiss, without prejudice, Defendant BRENDA HENDERSON in the above-
7  captioned matter.

Dated: April 19, 2012        **BUCHMAN PROVINE BROTHERS SMITH LLP**

/s/ Stephen C. Seto
STEPHEN C. SETO
Attorneys for Plaintiffs FIDELITY NATIONAL TITLE INSURANCE COMPANY, COMMONWEALTH LAND TITLE INSURANCE COMPANY, ALLY BANK, WESLEY W. HALIHAN, GINA L. HALIHAN, LI-LING SUNG, TIEE-SHAN TSAI, TATYANA MADINA, DAWN R. CARIFI, KARRIE L. HANNA, BRIAN PHUONG, CRICHTON FRIEDLY and JANET N. FRIEDLY

BUCHMAN PROVINE
BROTHERS SMITH LLP
ATTORNEYS AT LAW
WALNUT CREEK

261676.1
20427-009

-2-

NOTICE OF VOLUNTARY DISMISSAL   (No. C-11-00896 YGR)