# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLY BANK, FIDELITY NATIONAL TITLE INSURANCE COMPANY, ET AL.,**<br><br>　　**Plaintiffs,**<br><br>　　vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE,** *ET AL.***,**<br><br>　　**Defendants.** | Case No.: 11-CV-896 YGR<br><br>**ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO COMPLY REQUIREMENT TO SUBMIT JOINT CASE MANAGEMENT STATEMENT CONSISTENT WITH FRCP 26(F), LOCAL RULES AND STANDING ORDER** |

**TO DEFENDANTS JAMES C. CASTLE,** *ET AL.***, AND THEIR COUNSEL OF RECORD:**

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** why you should not be sanctioned for failure to comply with Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 16-9, and this Court's Standing Order, paragraph 6, by filing an updated case management statement seven (7) days in advance of the case management conference set for October 1, 2012.

A hearing on this Order to Show Cause will be held on **Monday, October 22, 2012, at 2:00 p.m.**, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated.

Counsel for Defendants must file a written response to this Order to Show Cause no later than October 15, 2012, and must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a written response or to appear personally

1  will be deemed an admission that no good cause exists and that the imposition of monetary sanctions
2  is appropriate.
3        The case management conference currently set for Monday, October 1, 2012, is **VACATED**
4  and **RESET** for October 22, 2012, at 2:00 p.m.
5        **IT IS SO ORDERED.**
6  **Dated:** September 28, 2012
7                                          **YVONNE GONZALEZ ROGERS**
8                                          **UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California