STEPHEN C. SETO (SBN 175458)
BRUCE A. McINTOSH (SBN 175607)
**BERGQUIST WOOD McINTOSH SETO LLP**
1470 Maria Lane, Suite 300
Walnut Creek, CA  94596
Telephone:    (925) 938-6100
Facsimile:     (925) 938-4354

Attorneys for Plaintiffs
FIDELITY NATIONAL TITLE INSURANCE COMPANY,
COMMONWEALTH LAND TITLE INSURANCE COMPANY,
ALLY BANK, WESLEY W. HALIHAN, GINA L. HALIHAN,
DAWN R. CARIFI, BRIAN PHUONG, CRICHTON FRIEDLY,
JANET N. FRIEDLY, CHICAGO TITLE INSURANCE COMPANY,
JULIAN MASSA and ALISON MASSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>JAMES C. CASTLE aka J. CHRISTOPHER CASTLE, individually and as Trustee of the J. Christopher Castle Irrevocable Trust, et al.,<br><br>                    Defendants. | No. C-11-00896 -YGR<br><br>**STIPULATION ACKNOWLEDGING BANKRUPTCY CLAIMS** |

    PURSUANT TO THE ORDER OF THE COURT on October 22, 2012, the parties hereto have met and conferred and on that basis, by and through their respective counsel of record, hereby stipulate as follows:

    1.    Plaintiffs hereby acknowledge that the following defendants have filed Chapter 7 bankruptcy cases, and this action is stayed as to them:

    David Thompson, Melissa Thompson, Jon Sanders, and Alicia Sanders.

FNTG.009

**STIPULATION ACKNOWLEDGING BANKRUPTCY CLAIMS**
-1-

2. This stipulation is entered without prejudice to any rights or remedies of any of the parties or other interested persons in the respective bankruptcy actions.

IT IS SO STIPULATED.

Dated: November 8, 2012                    **BERGQUIST WOOD McINTOSH SETO LLP**

   /s/ Bruce A. McIntosh
BRUCE A. McINTOSH
Attorneys for Plaintiffs

IT IS SO STIPULATED.

Dated: November 8, 2012                    **LAW OFFICES OF THOMAS J. LALANNE**

   /s/ Thomas J. LaLanne
THOMAS J. LaLANNE
Attorneys for Defendants James C. Castle aka J. Christopher Castle individually and as Trustee of the J. Christopher Castle Irrevocable Trust; CCTT Group; CJT Financial Group; Oreplex International, LLC; GJZ Group; Lara Karakasevic; Jon P. Sanders; Alicia A. Sanders; Shon-Te-East-A, Walks With Spirit, corporation sole; John-Michael Di Chiara; Golden Hills Trust; Laura M. Pezzi; Todd J. Smith; Daniel R. Young; Kelly E. Young; Kevin Keith; Christy Keith, David R. Thompson; Melissa A. Thompson; Tisha L. Trites; Fahed M. Eweis; Nadia F. Eweis; Ryan Styles; Jolee Lange; Randall C. Crawford; Jason Young; Donald Porto; Patricia Porto; Golden Hills Group; Tisha Trites Realty; Remus A. Kirkpatrick, aka Al Kirkpatrick; John Winter

FNTG.009

**STIPULATION ACKNOWLEDGING BANKRUPTCY CLAIMS**