# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLY BANK, FIDELITY NATIONAL TITLE INSURANCE COMPANY, ET AL.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE,** *ET AL.***,**<br><br>**Defendants.** | Case No.: 11-CV-896 YGR<br><br>**ORDER VACATING AND RESETTING HEARINGS** |

The Court is in receipt of Defendants Notice (Dkt. 293, filed November 9, 2012) withdrawing their Motion to Stay or Dismiss with respect to the Thompson and Sanders Defendants (Dkt No. 260). Hearing on that motion is therefore **VACATED**.

Currently set for hearing before the Court are the following four motions:

(1) Motion of Defendants CCTT Group, et al. to Dismiss portions of the Third Amended Complaint (Dkt No. 259) set for hearing November 20, 2012;

(2) Motion of Defendants Marsha Lo, Robert Lo, Pilo, LLC to Dismiss (Dkt No. 273) set for hearing November 27, 2012;

(3) Motion of Defendants Henrik Jenson and Real Estate Star, LLC to Dismiss (Dkt No. 277) set for hearing December 4, 2012; and

1  (4) Motion of Defendant Patrick Gallagher to Dismiss, for More Definite Statement, Joinder and Motion to Strike (Dkt No. 286) set for hearing December 11, 2012.

The current hearing dates for these four motions are **VACATED** and **RESET** to **January 8, 2013, at 2:00 p.m.** All briefing schedules remain the same.

**IT IS SO ORDERED.**

**Dated: November 13, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2