# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLY BANK, FIDELITY NATIONAL TITLE INSURANCE COMPANY, ET AL.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE, *ET AL.*,**<br><br>**Defendants.** | Case No.: 11-CV-896 YGR<br><br>**ORDER TO SHOW CAUSE AND CONTINUING COMPLIANCE HEARING** |

At the Case Management conference held October 22, 2012, the Court ordered Plaintiffs' counsel to "submit [a] statement by 11/9/12 regarding service of the 5 unserved defendants" and set a compliance hearing on November 16, 2012. (*See* Minutes, Dkt No. 281.) Plaintiffs' counsel failed to file a statement by November 9, 2012, and failed to appear at the compliance hearing.

Therefore, **BRUCE A. MCINTOSH, COUNSEL FOR PLAINTIFFS,** is **HEREBY ORDERED TO SHOW CAUSE** why he should not be sanctioned for failure to comply with this Court's Order of October 22, 2012.

A hearing on this Order to Show Cause will be held on Friday, **December 7, 2012,** on the Court's 9:01a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.

Plaintiff's counsel must file a written response to this Order to Show Cause no later than **November 30, 2012,** and must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a written response or to appear personally will be deemed an admission that no good cause exists for Plaintiff's counsel's failure to comply with the Court's October 22, 2012 Order and that the imposition of monetary sanctions is appropriate.

In addition, the compliance hearing set for November 16, 2012, is **CONTINUED** to **December 7, 2012,** at 9:01 a.m. Plaintiff's counsel shall file a status report regarding service of Defendants George Larsen, CF Escrow and Bug Realty, setting forth whether service of process has been accomplished and, if not, the efforts Plaintiff has made and the how much additional time Plaintiff seeks to complete service of these Defendants. Such status report shall be filed no later than **November 30, 2012.**

If the Court is satisfied with the written response and status report, it may elect to vacate the hearing.

**IT IS SO ORDERED.**

Dated: November 16, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**