STEPHEN C. SETO (SBN 175458)
BRUCE A. McINTOSH (SBN 175607)
**BERGQUIST WOOD McINTOSH SETO** LLP
1470 Maria Lane, Suite 300
Walnut Creek, CA  94596
Telephone:    (925) 938-6100
Facsimile:     (925) 938-4354

Attorneys for Plaintiffs
FIDELITY NATIONAL TITLE INSURANCE COMPANY,
COMMONWEALTH LAND TITLE INSURANCE COMPANY,
ALLY BANK, WESLEY W. HALIHAN, GINA L. HALIHAN,
DAWN R. CARIFI, BRIAN PHUONG, CRICHTON FRIEDLY,
JANET N. FRIEDLY, CHICAGO TITLE INSURANCE COMPANY,
JULIAN MASSA and ALISON MASSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>            Plaintiffs,<br><br>    vs.<br><br>JAMES C. CASTLE aka J. CHRISTOPHER CASTLE, individually and as Trustee of the J. Christopher Castle Irrevocable Trust, et al.,<br><br>            Defendants. | No. C-11-00896 -YGR<br><br>**WRITTEN RESPONSE OF BRUCE A. McINTOSH TO ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH THE COURT'S ORDER DATED OCTOBER 22, 1012**<br><br>Date:   December 7, 2012<br>Time:   9:01 a.m.<br>Judge:  Hon. Yvonne Gonzalez Rogers |

At the case management conference on October 22, 2012, the Court issued two compliance items:  (1) for Plaintiffs, and Defendants represented by Mr. LaLanne, to meet and confer and file a stipulation acknowledging that the action is stayed as to certain defendants due to bankruptcy filings; and (2) for Plaintiffs to provide an update on the status of service of process.

The compliance date for item (1) was November 9, 2012, and Plaintiffs and Mr. LaLanne met and conferred and filed with the Court on or about November 9, 2012, the

FNTG.009

**WRITTEN RESPONSE OF BRUCE A. McINTOSH TO ORDER TO SHOW CAUSE**
-1-

1  requested stipulation.

2  It was my understanding that the compliance date for Plaintiffs to provide the updated
3  status of service was November 16, 2012.  So that the report would be accurate and up-to-
4  date, I waited until November 15, 2012 to file (Docket No. 304).  It was my understanding
5  that as long as the report was on file prior to the compliance date (which I believed, albeit
6  perhaps incorrectly, was November 16, 2012), that no appearance was required.

7  Dated: November 16, 2012                         **BERGQUIST WOOD McINTOSH SETO LLP**

9                                                                   /s/ Bruce A. McIntosh
10                                                                 BRUCE A. McINTOSH
                                                                   Attorneys for Plaintiffs

FNTG.009

**WRITTEN RESPONSE OF BRUCE A. McINTOSH TO ORDER TO SHOW CAUSE**
-2-