**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALLY BANK, FIDELITY NATIONAL TITLE INSURANCE COMPANY, ET AL.,**<br><br>        **Plaintiffs,**<br><br>        **vs.**<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE,** *ET AL.***,**<br><br>        **Defendants.** | Case No.: 11-CV-896 YGR<br><br>**ORDER DISCHARGING OSC AND CONTINUING COMPLIANCE HEARING** |

The compliance hearing set for December 7, 2012, is **CONTINUED** to **December 21, 2012,** at 9:01 a.m.  As of December 7, 2012, no statement regarding service has been filed with the Court.  Plaintiff's counsel shall file a **written status report** detailing the status of service of Defendants **George Larsen, CF Escrow and Bug Realty,** setting forth whether service of process has been accomplished and, if not, the efforts Plaintiff has made and the how much additional time Plaintiff seeks to complete service of these Defendants.  Such status report shall be filed no later than **December 14, 2012.**

If the Court is satisfied with the written status report, it will notify Plaintiff's counsel that the hearing is vacated.  Telephonic appearances may be allowed if Plaintiff has submitted a written response in a timely fashion.  Failure to do so may result in sanctions.

The Order to Show Cause issued by this Court on November 16, 2012 is **DISCHARGED**.

**IT IS SO ORDERED.**

Dated: 12/7/2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**