# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, ET AL.,<br><br>           Plaintiffs,<br><br>     vs.<br><br>JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE, *ET AL.*,<br><br>           Defendants. | **Case No.: 11-CV-896 YGR**<br><br>**ORDER VACATING HEARING** |

The court has reviewed the papers submitted by the parties in connection with the Motion of Plaintiffs Fidelity National Title Insurance Company, *et al.*, For Leave to Supplement the Third Amended Complaint (Dkt. No. 320) and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the date for the hearing, previously set for January 29, 2013, is **VACATED**. The Court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Dated:  January 23, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**