**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALLY BANK, FIDELITY NATIONAL TITLE INSURANCE COMPANY, ET AL.,**<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE, *ET AL.*,**<br><br>    **Defendants.** | Case No.: 11-CV-896 YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

The compliance hearing set for January 25, 2013, at 9:01 a.m. is **CONTINUED** to **February 22, 2013,** at 9:01 a.m.

Plaintiffs shall also **file a status report no later than February 15, 2013**, regarding the status of service of service on Defendant George Larsen.

If the Court is satisfied with Plaintiffs' status report and compliance efforts, it will notify Plaintiffs' counsel that the hearing is vacated. Otherwise, appearance will be required.

Failure to comply with this order may result in sanctions.

**IT IS SO ORDERED.**

Dated: January 25, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**