UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, *ET AL.*,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE, *ET AL.*,<br><br>Defendants. | Case No.: 11- cv-896-YGR<br><br>**ORDER STRIKING MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(G) AND 28 U.S.C. § 1927** |

Plaintiffs filed a Motion for Sanctions Pursuant to Federal Rules of Civil Procedure, Rules 26(g) and 28 U.S. C. § 1927 regarding a pending discovery dispute on January 31, 2013. (Dkt. No. 339.) The filing does not comply with this Court's Standing Order in Civil Cases at paragraph 8(b).

> b.  All other requests for discovery relief must be summarized jointly by the parties in a *joint* letter brief no longer than four pages.  The joint letter brief must attest that, prior to filing the request for relief, counsel met and conferred *in person* and must concisely summarize those remaining issues that counsel were unable to resolve.  The joint letter brief may cite to limited and specific legal authority only for resolution of dispositive issues.  The joint letter brief may not be accompanied by declarations; however any specific excerpt of disputed discovery material may be attached.  The Court will then advise the parties if additional briefing, a telephonic conference, or a personal appearance will be necessary.

**Note**: Discovery letter briefs must be e-filed under the Civil Events category of Motions and Related Filings >Motions - General  > "Discovery Letter Brief".

The Clerk shall **STRIKE** Docket Number 339 from the record because the Discovery Letter and/or Motion fails to comply with the Court's Standing Order by:

  __x__   Not submitting a joint letter brief;

  __x__   Filing a letter brief longer than four pages;

  __x__   Failing to attest that counsel has met and conferred in person;

  _____   Failing to summarize the issues remaining following a meet and confer;

  _____   Failing to provide the Court with limited and specific legal authority to resolve the issues.

*Only* upon receipt of a letter brief filed in compliance with this Court's Standing Order will the Court advise the parties *if* additional briefing, a telephonic conference or a personal appearance will be required.

If a party is refusing to meet and confer as required, the party seeking a discovery order may inform the Court by way of a letter brief explaining the meet and confer efforts thus far.  Should it appear to the Court that a party is refusing to meet and confer, the Court may issue an Order to Show Cause, requiring personal appearance of lead counsel, regarding sanctions for such refusal.

**IT IS SO ORDERED.**

Dated: February 4, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE