Thomas J. LaLanne (SBN 55199)
Law Offices of Thomas J. LaLanne
369 Broadway
San Francisco, CA  94133
Tel:     (415) 434-1122
Fax:     (415) 434-1125
Email: tomlalanne@sbcglobal.net

Attorneys for Defendants
James C. Castle aka J. Christopher Castle; Lara Karakasevic;  Jon P. Sanders; Alicia A. Sanders; Shon-Te-East-A, Walks With Spirit, Corporation Sole; John-Michael DiChiara; Golden Hills Trust; Remus A. Kirkpatrick, aka Al Kirkpatrick; Laura M. Pezzi; Oreplex International, LLC; Todd J. Smith; Daniel R Young; Kelly E. Young; Kevin Keith; Christy Keith; David R. Thompson; Melissa A. Thompson; CCTT Group; Tisha L. Trites; Fahed M. Eweis; Nadia F. Eweis; Ryan Styles; Jolee Lange; Randall C. Crawford; Jason Young; Donald Porto; Patricia Porto; Tisha Trites Realty; CJT Financial Group; GJZ Group; and Golden Hills Group

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al.,<br><br>             Plaintiffs,<br>     vs.<br><br>JAMES C. CASTLE aka J. CHRISTOPHER CASTLE, et al.,<br><br>             Defendants. | Case No. 11-CV-896 YGR<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:          February 26, 2013<br>Time:         2:00 p.m.<br>Judge:        Hon. Yvonne Gonzalez Rogers<br>Courtroom: Oakland Courthouse<br>                     1301 Clay St.<br>                     Oakland, CA 94612<br>Trial Date:  None Set |

I, Ansel D. Kinney, declare:

I am an attorney at law over the age of eighteen years of age and not a party to this action. My business address is 369 Broadway, San Francisco, California 94133.

On February 5, 2013, I served true and correct copies of the following document(s)

1

CERTIFICATE OF SERVICE

**REPLY DECLARATION OF THOMAS J. LaLANNE IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL**

on the interested parties herein as follows:

By Electronic Service pursuant to controlling General Order(s) and Local Rules, through the Court's automatic transmission of a notice of electronic filing in this case to the following persons each of whom has consented to such Electronic Service by registering with the Court as a CM/ECF User:

| | |
|---|---|
| Ada, Clay Kent, Esq. | Mark Tyler Flewelling, Esq. |
| Ann McFarland Draper, Esq. | Matthew Joseph Pero, Esq. |
| Anne Elizabeth Vernon, Esq. | Michael Carillo Hall, Esq. |
| Bruce A. McIntosh, Esq. | Peter Logan Simon, Esq. |
| David William Tate, Esq. | Philip John Halverson, Esq. |
| Elizabeth Marie Roth, Esq. | Stephen Chew Seto, Esq. |
| Francisco Arturo Gutierrez, Esq. | |

Additionally, by means other than electronically through the Court's CM/ECF System, by causing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid to be deposited in the United States Mail at San Francisco, California addressed as follows:

Michelle Dornon
1880 Matin Circle, #141
San Marcos, CA 92069

Gary Silverman
855 W. Sunset Blvd., #A
Hayward, CA 94541

Joan Hangarter
715 N. Pacific St.
Oceanside, CA 90254

Magan Arthur
21 A Rowland Ct.
San Anselmo, CA 94960

James C. Castle, aka J. Christopher Castle
444 Redrock Way
Petaluma, CA 94954

Lara Karakesevic
444 Redrock Way
Petaluma, CA 94954

Jon P. Sanders
1315 Lakeview Dr.
Colfax, CA 95713

Alicia Sanders
1315 Lakeview Dr.
Colfax, CA 95713

2

CERTIFICATE OF SERVICE

| | |
|---|---|
| Shon-Te-East-A, Walks With Spirit, Corporation Sole<br>654 Freeman Lane, #398<br>Grass Valley, CA 95949 | John-Michael DiChiara<br>654 Freeman Lane, #398<br>Grass Valley, CA 95949 |
| Golden Hills Trust<br>3143 Ryan Dr.<br>Escondido, CA 92025 | Remus A. Kirkpatrick, aka Al Kirkpatrick<br>3143 Ryan Dr.<br>Escondido, CA 92025 |
| Laura M. Pezzi<br>9252 Moondancer Circle<br>Roseville, CA 95747 | Oreplex International, LLC<br>444 Redrock Way<br>Petaluma, CA 94954 |
| Todd J. Smith<br>2683 Via de la Valle, #G206<br>Del Mar, CA 92014 | Daniel R. Young<br>3603 Vine Circle<br>Rocklin, CA 95765 |
| Kelly E. Young<br>3603 Vine Circle<br>Rocklin, CA 95765 | Kevin Keith<br>8397 Oak Knoll Dr.<br>Granite Bay, CA 95746 |
| Christy Keith<br>8397 Oak Knoll Dr.<br>Granite Bay, CA 95746 | David R. Thompson<br>61269 Bronze Meadow Lane<br>Bend, OR 97702 |
| Melissa A. Thompson<br>61269 Bronze Meadow Lane<br>Bend, OR 97702 | CCTT Group<br>444 Redrock Way<br>Petaluma, CA 94954 |
| Tisha L. Trites<br>2683 Via de la Valle, #G206<br>Del Mar, CA 92014 | Fahed M. Eweis<br>2428 San Pedro Placed<br>Santa Rosa, CA 95401 |
| Nadia F. Eweis<br>2428 San Pedro Placed<br>Santa Rosa, CA 95401 | Ryan Styles<br>527 Mendocino Ave., Su B<br>Santa Rosa, CA 95401 |
| Jolee Lange<br>1665 Hummingbird Way<br>Roseville, CA 95747 | Randall C. Crawford<br>231 J St.<br>Lincoln, CA 95648 |
| Jason Young<br>3603 Vine Circle<br>Rocklin, CA 95765 | Donald Porto<br>8200 Kroll Way, Apt 331<br>Bakersfield, CA 93311-1117 |
| Patricia Porto<br>8200 Kroll Way, Apt 331<br>Bakersfield, CA 93311-1117 | Tisha Trites Realty<br>2683 Via de la Valle, #G206<br>Del Mar, CA 92014 |

CERTIFICATE OF SERVICE

3

1 | CJT Financial Group  GJZ Group
2 | 444 Redrock Way  1618 Sullivan Ave., #310
   | Petaluma, CA 94954  Daly City, CA 94015
3 |
4 | Golden Hills Group
   | 3143 Ryan Dr.
   | Escondido, CA 92025
5 |
6 |     I declare under penalty of perjury under the laws of the State of California that the foregoing
7 | is true and correct and that this declaration was executed this 5th day of February 2013, at San
8 | Francisco, California.
9 |                              */s/ Ansel D. Kinney*

...

28 | CERTIFICATE OF SERVICE

4