Thomas J. LaLanne (SBN 55199)
Law Offices of Thomas J. LaLanne
369 Broadway
San Francisco, CA  94133
Tel:    (415) 434-1122
Fax:    (415) 434-1125
Email: tomlalanne@sbcglobal.net

Attorneys for Defendants
James C. Castle aka J. Christopher Castle; Lara
Karakasevic;  Jon P. Sanders; Alicia A. Sanders; Shon-
Te-East-A, Walks With Spirit, Corporation Sole; John-
Michael DiChiara; Golden Hills Trust; Remus A.
Kirkpatrick, aka Al Kirkpatrick; Laura M. Pezzi;
Oreplex International, LLC; Todd J. Smith; Daniel R
Young; Kelly E. Young; Kevin Keith; Christy Keith;
David R. Thompson; Melissa A. Thompson; CCTT
Group; Tisha L. Trites; Fahed M. Eweis; Nadia F.
Eweis; Ryan Styles; Jolee Lange; Randall C. Crawford;
Jason Young; Donald Porto; Patricia Porto; Tisha Trites
Realty; CJT Financial Group; GJZ Group; and Golden
Hills Group

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al., | **Case No. 11-CV-896 YGR** |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| vs. | Date:        February 26, 2013 |
| JAMES C. CASTLE aka J. CHRISTOPHER CASTLE, et al., | Time:        2:00 p.m.<br>Judge:       Hon. Yvonne Gonzalez Rogers<br>Courtroom:   Oakland Courthouse<br>             1301 Clay St.<br>             Oakland, CA 94612 |
| Defendants. | Trial Date:  None Set |

I, Ansel D. Kinney, declare:

I am an attorney at law over the age of eighteen years of age and not a party to this action. My

business address is 369 Broadway, San Francisco, California 94133.

On February 5, 2013, I served true and correct copies of the following document(s)

1

CERTIFICATE OF SERVICE

**REPLY DECLARATION OF THOMAS J. LaLANNE IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL**

on the interested parties herein as follows:

By Electronic Service pursuant to controlling General Order(s) and Local Rules, through the Court's automatic transmission of a notice of electronic filing in this case to the following persons each of whom has consented to such Electronic Service by registering with the Court as a CM/ECF User:

| | |
|---|---|
| Ada, Clay Kent, Esq. | Mark Tyler Flewelling, Esq. |
| Ann McFarland Draper, Esq. | Matthew Joseph Pero, Esq. |
| Anne Elizabeth Vernon, Esq. | Michael Carillo Hall, Esq. |
| Bruce A. McIntosh, Esq. | Peter Logan Simon, Esq. |
| David William Tate, Esq. | Philip John Halverson, Esq. |
| Elizabeth Marie Roth, Esq. | Stephen Chew Seto, Esq. |

Francisco Arturo Gutierrez, Esq.

Additionally, by means other than electronically through the Court's CM/ECF System, by causing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid to be deposited in the United States Mail at San Francisco, California addressed as follows:

| | |
|---|---|
| Michelle Dornon<br>1880 Matin Circle, #141<br>San Marcos, CA 92069 | Gary Silverman<br>855 W. Sunset Blvd., #A<br>Hayward, CA 94541 |
| Joan Hangarter<br>715 N. Pacific St.<br>Oceanside, CA 90254 | Magan Arthur<br>21 A Rowland Ct.<br>San Anselmo, CA 94960 |
| James C. Castle, aka J. Christopher Castle<br>444 Redrock Way<br>Petaluma, CA 94954 | Lara Karakesevic<br>444 Redrock Way<br>Petaluma, CA 94954 |
| Jon P. Sanders<br>1315 Lakeview Dr.<br>Colfax, CA 95713 | Alicia Sanders<br>1315 Lakeview Dr.<br>Colfax, CA 95713 |

2

CERTIFICATE OF SERVICE

| | |
|---|---|
| Shon-Te-East-A, Walks With Spirit, Corporation Sole 654 Freeman Lane, #398 Grass Valley, CA 95949 | John-Michael DiChiara 654 Freeman Lane, #398 Grass Valley, CA 95949 |
| Golden Hills Trust 3143 Ryan Dr. Escondido, CA 92025 | Remus A. Kirkpatrick, aka Al Kirkpatrick 3143 Ryan Dr. Escondido, CA 92025 |
| Laura M. Pezzi 9252 Moondancer Circle Roseville, CA 95747 | Oreplex International, LLC 444 Redrock Way Petaluma, CA 94954 |
| Todd J. Smith 2683 Via de la Valle, #G206 Del Mar, CA 92014 | Daniel R. Young 3603 Vine Circle Rocklin, CA 95765 |
| Kelly E. Young 3603 Vine Circle Rocklin, CA 95765 | Kevin Keith 8397 Oak Knoll Dr. Granite Bay, CA 95746 |
| Christy Keith 8397 Oak Knoll Dr. Granite Bay, CA 95746 | David R. Thompson 61269 Bronze Meadow Lane Bend, OR 97702 |
| Melissa A. Thompson 61269 Bronze Meadow Lane Bend, OR 97702 | CCTT Group 444 Redrock Way Petaluma, CA 94954 |
| Tisha L. Trites 2683 Via de la Valle, #G206 Del Mar, CA 92014 | Fahed M. Eweis 2428 San Pedro Placed Santa Rosa, CA 95401 |
| Nadia F. Eweis 2428 San Pedro Placed Santa Rosa, CA 95401 | Ryan Styles 527 Mendocino Ave., Su B Santa Rosa, CA 95401 |
| Jolee Lange 1665 Hummingbird Way Roseville, CA 95747 | Randall C. Crawford 231 J St. Lincoln, CA 95648 |
| Jason Young 3603 Vine Circle Rocklin, CA 95765 | Donald Porto 8200 Kroll Way, Apt 331 Bakersfield, CA 93311-1117 |
| Patricia Porto 8200 Kroll Way, Apt 331 Bakersfield, CA 93311-1117 | Tisha Trites Realty 2683 Via de la Valle, #G206 Del Mar, CA 92014 |

3

CERTIFICATE OF SERVICE

CJT Financial Group                      GJZ Group
444 Redrock Way                          1618 Sullivan Ave., #310
Petaluma, CA 94954                       Daly City, CA 94015

Golden Hills Group
3143 Ryan Dr.
Escondido, CA 92025

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 5th day of February 2013, at San Francisco, California.

/s/ Ansel D. Kinney

CERTIFICATE OF SERVICE