UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLY BANK, FIDELITY NATIONAL TITLE INSURANCE COMPANY, ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE,** *ET AL.*,<br><br>Defendants. | Case No.: 11-CV-896 YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

The compliance hearing set for February 22, 2013, at 9:01 a.m. is **CONTINUED** to **April 19, 2013,** at 9:01 a.m.

Plaintiffs shall submit a motion for service by publication addressing the issues raised in the Court's prior order denying the previous motion. Plaintiffs shall submit the motion no later than **March 8, 2013**. Plaintiffs shall also **file a status report no later than April 12, 2013**, regarding the status of service on Defendant George Larsen.

If the Court is satisfied with Plaintiffs' status report and compliance efforts, it will notify Plaintiffs' counsel that the hearing is vacated. Otherwise, appearance will be required.

Failure to comply with this order may result in sanctions.

**IT IS SO ORDERED.**

Dated: February 21, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**