UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLY BANK, FIDELITY NATIONAL TITLE INSURANCE COMPANY, ET AL.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE,** *ET AL.***,**<br><br>**Defendants.** | Case No.: 11-CV-896 YGR<br><br>**ORDER SETTING COMPLIANCE HEARING RE: SUBMISSION OF ADDITIONAL INFORMATION IN CONNECTION WITH MOTION TO BE RELIEVED AS COUNSEL** |

On February 26, 2013, the Court heard argument concerning the Motion of Counsel Thomas Lalanne ("Lalanne") to be Relieved as counsel for Defendants James C. Castle aka J. Christopher Castle, Lara Karakasevic, Jon P. Sanders, Alicia A. Sanders, Shon-Te-East-A, Walks With Spirit (Corporation Sole), John-Michael DiChiara, Golden Hills Trust, Remus A. Kirkpatrick aka Al Kirkpatrick, Laura M. Pezzi, Oreplex International, LLC, Todd J. Smith, Daniel R Young, Kelly E. Young, Kevin Keith, Christy Keith, David R. Thompson, Melissa A. Thompson, CCTT Group, Tisha L. Trites, Fahed M. Eweis, Nadia F. Eweis, Ryan Styles, Jolee Lange, Randall C. Crawford, Jason Young, Donald Porto, Patricia Porto, Tisha Trites Realty, CJT Financial Group, GJZ Group, and Golden Hills Group. The Court is inclined to grant the motion. However, the Court requires a supplemental filing from Lalanne to ensure that his former clients are fully informed of the within proceedings.

Therefore, the Court Orders that Lalanne file with the Court, **no later than March 11, 2013**, the following:

(1) a list of U.S. Mail and e-mail addresses for all parties as to whom he seeks to be relieved as counsel unless otherwise represented;

(2) a declaration under penalty of perjury indicating the efforts he has undertaken to confirm those addresses and whether he has received information confirming or disconfirming them such as returned regular mail or delivery notifications as to e-mails; and

(3) an updated proposed form of order on the motion to be relieved as counsel reflecting additions and changes to the defendants' contact information.

A compliance hearing regarding the above filings shall be set for Friday, **March 15, 2013**, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 5.

If compliance is complete, Lalanne need not appear and the compliance hearing will be taken off calendar.  If compliance has not been completed, Lalanne shall file a statement explaining the reasons for his failure to complete the filings and shall appear at the compliance hearing.

Failure to comply with this order may result in sanctions.

**IT IS SO ORDERED.**

**Dated: February 27, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**