**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE, *ET AL.*,<br><br>　　　　Defendants. | **Case No.: 11-CV-896 YGR**<br><br>**ORDER VACATING HEARING** |

The court has reviewed the papers submitted by the parties in connection with the Motions of Plaintiffs Julian and Alison Massa, and Plaintiff Chicago Title Company for Leave to Amend/Correct Complaint (Dkt. Nos. 333 and 334), and has determined that the motions are appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78.  *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).  Accordingly, the date for the hearings, previously set for March 5, 2013, is **VACATED**.  The Court will issue a written decision on the papers.

　　**IT IS SO ORDERED.**

Dated:  March 1, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**