**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALLY BANK, FIDELITY NATIONAL TITLE INSURANCE COMPANY, ET AL.,**<br><br>    **Plaintiffs,**<br><br>    **vs.**<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE,** *ET AL.***,**<br><br>    **Defendants.** | **Case No.: 11-CV-896 YGR**<br><br>**ORDER GRANTING MOTION OF ELIZABETH M. ROTH, CHRISTOPHER D.N. HANSON AND HANSON LAW FIRM, P.C., TO BE RELIEVED AS COUNSEL AND NOTICE TO UNREPRESENTED PARTIES** |

The motion of Elizabeth M. Roth, Christopher D.N. Hanson and Hanson Law Firm, P.C., ("Counsel") to be relieved as counsel for defendants Patrick Gallagher and Cathy Cross (Dkt. No. 352) came on regularly for hearing on April 2, 2013 at 2:00 p.m. before the Honorable Yvonne Gonzalez Rogers, in Courtroom 5, United States District Court, Northern District of California, located at 1301 Clay Street, Oakland, California. Neither Defendant Patrick Gallagher nor Defendant Cathy Cross ("Clients") filed any opposition to the motion or appeared at the hearing.

The Court having read and considered the moving papers, the proof of service on defendants Clients, and all other matters relevant to the motion, and good cause appearing therefore, **GRANTS** the Motion to Be Relieved As Counsel ***effective upon filing proof of service of this Order upon the Clients***.

    //

The Clients' current and/or last known addresses are set forth below:

Patrick Gallagher          Cathy Cross
2510 Sand Creek Road       2510 Sand Creek Road
Brentwood, CA 94513        Brentwood, CA 94513

There is one scheduled hearing set in the litigation at this time: a Motion to Dismiss by Defendant Prudential California Realty, currently set for **May 7, 2013, at 2:00 p.m.**

The trial in this action has not yet been set.

1. The Clients are hereby notified of the following effects of this order on them:

### NOTICE TO CLIENTS

Your present attorney will no longer be representing you. You may not in most cases represent yourself if you are one of the parties on the following list:

- A guardian
- A conservator
- A trustee
- A personal representative
- A probate fiduciary
- A corporation
- A guardian ad litem
- An unincorporated association

If you are one of these parties, **YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING LEGAL REPRESENTATION**. Failure to retain an attorney may lead to an order striking the pleadings that have been filed on your behalf or to the entry of a default judgment against you.

2. The Clients are notified that if they will be representing themselves, the Clients shall be solely responsible for the case.

### NOTICE TO CLIENT WHO WILL BE UNREPRESENTED

You will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. **If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.**

3. The Clients are notified that it is their duty to keep the Court informed at all times of the Clients' current address. The Court needs to know how to contact you.

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**

If you do not keep the Court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that **may adversely affect your interests or result in your losing your case**.

IT IS SO ORDERED.

Dated: April 2, 2013

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**