1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ALLY BANK, FIDELITY NATIONAL TITLE
INSURANCE COMPANY, ET AL.,

       Plaintiffs,

       vs.

JAMES C. CASTLE AKA J. CHRISTOPHER
CASTLE, *ET AL.*,

       Defendants.

Case No.: 11-CV-896 YGR

ORDER GRANTING MOTION OF THOMAS J.
LALANNE TO BE RELIEVED AS COUNSEL
AND NOTICE TO UNREPRESENTED PARTIES

On February 26, 2013, the Court heard argument concerning the Motion of Counsel Thomas
LaLanne ("LaLanne") to be Relieved as counsel for Defendants James C. Castle aka J. Christopher
Castle, Lara Karakasevic, Jon P. Sanders, Alicia A. Sanders, Shon-Te-East-A, Walks With Spirit
(Corporation Sole), John-Michael DiChiara, Golden Hills Trust, Remus A. Kirkpatrick aka Al
Kirkpatrick, Laura M. Pezzi, Oreplex International, LLC, Todd J. Smith, Daniel R Young, Kelly E.
Young, Kevin Keith, Christy Keith, David R. Thompson, Melissa A. Thompson, CCTT Group,
Tisha L. Trites, Fahed M. Eweis, Nadia F. Eweis, Ryan Styles, Jolee Lange, Randall C. Crawford,
Jason Young, Donald Porto, Patricia Porto, Tisha Trites Realty, CJT Financial Group, GJZ Group,
and Golden Hills Group ("Clients").  (Dkt. No. 330.)

The Court thereafter ordered that LaLanne submit supplemental filings including: (1) a list of
U.S. Mail and e-mail addresses for all Clients; (2) a declaration under penalty of perjury indicating

the efforts he undertook to confirm those addresses and whether he has received information confirming or disconfirming them such as returned regular mail or delivery notifications as to e-mails; and (3) an updated proposed form of order on the motion to be relieved as counsel reflecting additions and changes to the defendants' contact information.  LaLanne submitted supplemental filings on March 11 and March 18, 2013. (Dkt. Nos. 362, 364.)

In light of the foregoing, the Court **GRANTS** the Motion to Be Relieved As Counsel ***effective upon filing proof of service of this Order upon the Clients***.  The Court retains jurisdiction to determine the issue of any appropriate sanctions against LaLanne.

The Clients' current and/or last known addresses are set forth below:

James C. Castle, aka J. Christopher Castle
c/o Ann McFarland Draper, Esq.
Draper Law Offices
601 Montgomery St., Su 1150
San Francisco, CA 94111
ann@draperlaw.net

Lara Karakesevic
P.O. Box 1211
Burlingame, CA 94011
jcristoper@hotmail.com

Jon P. Sanders
1315 Lakeview Dr.
Colfax, CA 95713
seedof450@yahoo.com

Alicia Sanders
1315 Lakeview Dr.
Colfax, CA 95713
seedof450@yahoo.com

Jon P. Sanders
c/o Ruth A. Rowlette, Esq.
777 Campus Commons Rd., #200
Sacramento, CA 95825
ruth@rowletteinc.com

Alicia Sanders
c/o Ruth A. Rowlette, Esq.
777 Campus Commons Rd., #200
Sacramento, CA 95825
ruth@rowletteinc.com

Shon-Te-East-A, Walks With Spirit,
Corporation Sole
johnmdichiara@gmail.com

John-Michael DiChiara
johnmdichiara@gmail.com

Golden Hills Trust
3115 Howell Rd.
Mascott, TN 37806
akirkpatrick@goldenhillsfinancial.com

Remus A. Kirkpatrick, aka Al Kirkpatrick
3115 Howell Rd.
Mascott, TN 37806
akirkpatrick@goldenhillsfinancial.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Laura M. Pezzi
9252 Moondancer Circle
Roseville, CA 95747
lpez1956@gmail.com

Oreplex International, LLC
P.O. Box 1211
Burlingame, CA 94011
jcristoper@hotmail.com

Todd J. Smith
2683 Via de la Valle, #G206
Del Mar, CA 92014
tisha@trites.us

Daniel R. Young
3603 Vine Circle
Rocklin, CA 95765
wahisa@earthlink.net

Kelly E. Young
3603 Vine Circle
Rocklin, CA 95765
kellyyoung62@gmail.com

Jason Young
3603 Vine Circle
Rocklin, CA 95765
mailto:wahisa@earthlink.net

Kevin Keith
8397 Oak Knoll Dr.
Granite Bay, CA 95746
kkeith101@yahoo.com

Christy Keith
8397 Oak Knoll Dr.
Granite Bay, CA 95746
kkeith101@yahoo.com

David R. Thompson
61269 Bronze Meadow Lane
Bend, OR 97702
dthompson1021@roadrunner.com

Melissa A. Thompson
61269 Bronze Meadow Lane
Bend, OR 97702
dthompson1021@roadrunner.com

David R. Thompson
c/o Randall V. Sutter, Esq.
Rounds & Sutter, LLP
1727 Mesa Verde Ave., Su 120D
Ventura, CA 93003
rsutter@rslawllp.com

Melissa A. Thompson
c/o Randall V. Sutter, Esq.
Rounds & Sutter, LLP
1727 Mesa Verde Ave., Su 120D
Ventura, CA 93003
rsutter@rslawllp.com

Golden Hills Group
3143 Ryan Dr.
Escondido, CA 92025
akirkpatrick@goldenhillsfinancial.com

CCTT Group
P.O. Box 1211
Burlingame, CA 94011
jcristoper@hotmail.com

United States District Court
Northern District of California

1

Tisha L. Trites
2683 Via de la Valle, #G206
Del Mar, CA 92014
tisha@trites.us

Ryan Styles
P.O. Box 2033
Santa Rosa, CA 95405
rscourt66@gmail.com

2

3

4

Fahed M. Eweis
2428 San Pedro Place
Santa Rosa, CA 95401
m_eweis@sbcglobal.net

Nadia F. Eweis
2428 San Pedro Place
Santa Rosa, CA 95401
m_eweis@sbcglobal.net

5

6

7

8

Jolee Lange
1665 Hummingbird Way
Roseville, CA 95747
uslanges@aol.com

Randall C. Crawford
231 J St.
Lincoln, CA 95648
randynrhia@sbcglobal.net

9

10

11

Donald F. Porto
703 Jasmine Parke Dr., #3
Bakersfield, CA 93312
donaldporto@gmail.com

Patricia J. Porto
703 Jasmine Parke Dr., #3
Bakersfield, CA 93312
donaldporto@gmail.com

12

13

14

15

GJZ Group
1618 Sullivan Ave., #310
Daly City, CA 94015
gjzgroup@gmail.com

Tisha Trites Realty
2683 Via de la Valle, #G206
Del Mar, CA 92014
tisha@trites.us

16

17

18

CJT Financial Group
P.O. Box 1211
Burlingame, CA 94011
jcristoper@hotmail.com

19

20

21

22        There is one scheduled hearing set in the litigation at this time: a Motion to Dismiss by

23   Defendant Prudential California Realty, currently set for **May 7, 2013, at 2:00 p.m.**

24        The trial in this action has not yet been set.

25        //

26        //

27        //

28        //

4

1.      The Clients are hereby notified of the following effects of this order on them:

**NOTICE TO CLIENTS**

Your present attorney will no longer be representing you.  You may not in most cases represent yourself if you are one of the parties on the following list:

- A guardian
- A personal representative
- A guardian ad litem

- A conservator
- A probate fiduciary
- An unincorporated association

- A trustee
- A corporation

If you are one of these parties, **YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING LEGAL REPRESENTATION**.  Failure to retain an attorney may lead to an order striking the pleadings that have been filed on your behalf or to the entry of a default judgment against you.

2.      The Clients are notified that if they will be representing themselves, the Clients shall be solely responsible for the case.

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**

You will not have an attorney representing you.  You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself.  It will be your responsibility to comply with all court rules and applicable laws.  **If you fail to do so, or fail to appear at hearings, action may be taken against you.  You may lose your case.**

3.      The Clients are notified that it is their duty to keep the Court informed at all times of the Clients' current address. The Court needs to know how to contact you.

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**

If you do not keep the Court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that **may adversely affect your interests or result in your losing your case**.

This Order terminates Docket No. 330.

IT IS SO ORDERED.

Dated:  April 5, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

United States District Court
Northern District of California

5