UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLY BANK, FIDELITY NATIONAL TITLE INSURANCE COMPANY, ET AL.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE,** *ET AL.***,**<br><br>**Defendants.** | Case No.: 11-CV-896 YGR<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER (DKT. 296)** |

On November 13, 2012, Defendant William Lavelle filed a Motion for Extension of Time to File Answer. (Dkt. No. 296.) No opposition has been filed. No answer has yet been filed by Defendant William Lavelle.

The Court **GRANTS** the Motion. Defendant William Lavelle shall file and serve his answer no later than **May 13, 2013**.

This Order terminates Docket No. 296.

**IT IS SO ORDERED.**
Dated: April 10, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**