# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLY BANK, FIDELITY NATIONAL TITLE INSURANCE COMPANY, ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE,** *ET AL.***,**<br><br>Defendants. | Case No.: 11-CV-896 YGR<br><br>**ORDER GRANTING MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT (DKT. NO. 320)** |

On December 18, 2012, Plaintiffs Fidelity National Title Insurance Company, Commonwealth Land Title Insurance Company, Ally Bank, Wesley W. Halihan, Gina L. Halihan, Dawn R. Carifi, Brian Phuong, Crichton Friedly, Janet N. Friedly, Chicago Title Insurance Company, Julian Massa and Alison Massa (collectively, "Plaintiffs") filed their Motion for Leave to Supplement Third Amended Complaint. (Dkt. No. 320.) Defendants Christopher Castle and James C. Castle filed their response on January 2, 2013.

Having carefully considered the papers submitted in support and in opposition to the Motion, and the pleadings in this action, the Court hereby **GRANTS** the Motion. Plaintiffs shall file a Fourth Amended Complaint incorporating the allegations concerning the alleged fraudulent short sale of a

residence located at 26 Via Diverterse, San Clemente, California, as set forth in their Motion. The facts and circumstances of the sale of the Via Divertirse property are similar to those alleged as to the other properties in this action and several of the same defendants are alleged to be involved.

However, Plaintiffs should take note that the Court is not inclined to allow any further amendments regarding additional properties and sales.

Plaintiffs shall file their Fourth Amended Complaint no later than April 16, 2013.

This Order terminates Docket No. 320.

**IT IS SO ORDERED.**
**Dated: April 10, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**