**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALLY BANK, FIDELITY NATIONAL TITLE INSURANCE COMPANY, ET AL.,**<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE,** *ET AL.***,**<br><br>　　　　Defendants. | Case No.: 11-CV-896 YGR<br><br>**ORDER RE: DISCOVERY LETTER** |

On February 13, 2013, Plaintiffs filed a letter with the Court seeking permission to pursue a discovery matter without meeting and conferring in advance, as required by this Court's Standing Order in Civil Cases. (Dkt. No. 349.) The discovery matter concerned responses certified by counsel Thomas LaLanne ("LaLanne") on behalf of for Defendants Jon Sanders, Alicia Sanders, David Thompson and Melissa Thompson which Plaintiffs contend were certified by LaLanne in violation of Rule 26(g) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1927.

Prior to the filing of that letter, LaLanne had filed a motion to be relieved as counsel. That motion has been granted, and LaLanne no longer represents any defendant in this matter. (*See* Dkt. No. 370.) Under the circumstances, Plaintiffs are directed to confer with any defendant, either directly or through any counsel the defendants may subsequently obtain, regarding any responses Plaintiffs maintain are improper and the need for supplemental or amended responses.

Docket No. 349 is terminated.

**IT IS SO ORDERED.**

**Dated: April 10, 2013**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**