UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLY BANK, FIDELITY NATIONAL TITLE INSURANCE COMPANY, ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE, *ET AL.*,**<br><br>Defendants. | Case No.: 11-CV-896 YGR<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

Pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be held in this case on **Monday, June 17, 2013, at 2:00 p.m.,** at the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland, California, in Courtroom 5.

**Counsel for Plaintiffs shall serve, by U.S. postal mail and by email, a copy of this Order on all defendants who do not receive electronic notification on the Court's ECF system.**

The parties shall file a case management conference statement seven days in advance of the case management conference date. To the extent possible, the statement should be a joint statement. The statement must include all elements required in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement."

**IT IS SO ORDERED.**

Dated: May 1, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**