**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALLY BANK, FIDELITY NATIONAL TITLE INSURANCE COMPANY, ET AL.,**<br><br>    **Plaintiffs,**<br><br>vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE,** *ET AL.***,**<br><br>    **Defendants.** | Case No.: 11-CV-896 YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

By Order issued May 1, 2013, the Court set a case management conference in this matter for Monday, June 17, 2013. (Dkt. No. 408.) The Order directed the parties to file a case management statement seven days in advance of the conference date. As of the date of the instant order, no statement has been filed by any party. In light thereof, the Court **CONTINUES** the Case Management Conference currently set for June 17, 2013, to **Monday, July 1, 2013**, at 2:00 p.m.

Counsel for Plaintiffs shall serve, by U.S. postal mail and by email, a copy of this Order on all defendants who do not receive electronic notification on the Court's ECF system.

The parties shall file a case management conference statement seven days in advance of the case management conference date. To the extent possible, the statement should be a joint statement. The statement must include all elements required in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement."

**IT IS SO ORDERED.**

Dated: June 12, 2013

                                                  **YVONNE GONZALEZ ROGERS**
                                                  **UNITED STATES DISTRICT COURT JUDGE**