Michael C. Hall [SBN 98103]
**M. C. HALL & ASSOCIATES, P.C.**
Attorneys and Counselors at Law
605 Market Street Suite 900
San Francisco CA 94105
Telephone: (415) 512-9865
Facsimile: (415) 495-7204
Email: mhall@mhalllaw.com

Attorneys for Defendant REAL ESTATE STAR, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>JAMES C. CASTLE aka J. CHRISTOPHER CASTLE, et al,<br><br>            Defendants. | Case No.: 11-CV-00896-YGR<br><br>**NOTICE OF MOTION AND MOTION FOR COSTS AND ATTORNEY'S FEES**<br><br>Date: August 13, 2013<br>Time: 2:00 p.m.<br>Ctrm: 5<br>Hon. Yvonne Gonalez Rogers<br><br>Oakland Courthouse<br>1301 Clay Street<br>Oakland CA 94612 |

### NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on August 13, 2013 at 2:00 p.m. before the Honorable Yvonne Rodriguez Gonzalez in Courtroom 5, 2nd Floor, of the United States District Court for the Northern District of California, Oakland Division, located at 1301 Clay Street, 2nd Floor Oakland CA 94612, Defendant REAL ESTATE STAR, LLC ("Defendant") will and hereby does move for an order awarding attorney's fees and expenses.

Defendant brings this motion pursuant to California. Civil Code § 1717 on the grounds that Defendant is the prevailing party on each of the relevant contract claims. Defendant's motion is based on this notice, the accompanying Memorandum of Points

1  and Authorities, the declarations and exhibits attached thereto, and all other papers filed
2  and proceedings held in this action.
3
4  Dated: July 8, 2013                    M. C. HALL & ASSOCIATES, P.C.
5
6
7                                          By: /s/ Michael C. Hall
                                              Michael C. Hall
8                                             Attorney for Defendant
                                              REAL ESTATE STAR, LLC
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28