UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>　　　　　Defendants. | Case No.: 11-cv-896-YGR<br><br>**ORDER GRANTING MOTION OF DEFENDANT JOAN HANGARTER TO APPEAR TELEPHONICALLY AT AUGUST 26, 2013 CASE MANAGEMENT CONFERNCE** |

　　The request of Defendant Joan Hangarter to appear by phone at the Case Management Conference (Dkt. No. 510), set for August 26, 2013, at 2:00 p.m., is **GRANTED**.

　　Defendant Joan Hangarter pro se, shall contact CourtCall at (888)-882-6878 to make arrangements for the telephonic appearance.

　　**IT IS SO ORDERED.**

Dated: **August 20, 2013**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**