UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLY BANK, FIDELITY NATIONAL TITLE INSURANCE COMPANY, ET AL.,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE,** *ET AL.***,**<br><br>**Defendants.** | Case No.: 11-CV-896 YGR<br><br>**ORDER GRANTING MOTION FOR SERVICE BY PUBLICATION OF SUMMONS ON DEFENDANT CURTIS GUILLOTTE** |

Plaintiffs Fidelity National Title Insurance Company, Commonwealth Land Title Insurance Company, Ally Bank, Wesley W. Halihan, Gina L. Halihan, Dawn R. Carifi, Brian Phuong, Crichton Friedly, Janet N. Friedly, Chicago Title Insurance Company, Julian Massa and Alison Massa ("Plaintiffs") have filed a motion seeking an order authorizing service of summons and complaint on Defendant Curtis Guillotte ("Guilotte") by publication. (Dkt. No. 507, "Motion".)

Having carefully considered the Plaintiffs' papers, and good cause appearing, the motion is **GRANTED**.[1]  Plaintiffs may serve the Fourth Amended Complaint and Summons by publication in The Orange County Register, publishing at least once per week for four successive weeks in the manner provided in California Government Code 6061-6064.

Plaintiffs shall file proof of service within 10 days of completion of said service by publication. Service will be deemed effective as of the date of filing of the proof of service.

---

[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this motion appropriate for decision without oral argument. Accordingly, the Court **VACATES** the hearing set for **September 17, 2013.**

Plaintiffs are further directed to send a copy of this Order, along with a copy of the summons and complaint to the Skyline and Camino addresses set forth in the Motion, as well as all email addresses discovered for Guilotte within 10 days of this Order.

This Order terminates Docket No. 507.

**IT IS SO ORDERED.**

**Dated: September 12, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**