**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALLY BANK, FIDELITY NATIONAL TITLE INSURANCE COMPANY, ET AL.,**<br><br>       **Plaintiffs,**<br><br>      vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE,** *ET AL.***,**<br><br>       **Defendants.** | **Case No.: 11-CV-896 YGR**<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

The compliance hearing set for October 4, 2013, at 9:01 a.m. is **CONTINUED** to **November 1, 2013,** at 9:01 a.m.

Defendant/Cross-Complainant Pearson dba Prudential Realty shall:

(1) submit a motion for service by publication no later than October 18, 2013, as to Cross-Defendant Teresa Weddle;

(2) submit a further report regarding the status of service of Cross-Defendants Dabelich & Dabelich dba Roundup Realty and Zelimir Dabelich no less than five business days prior to the continued compliance hearing.

If the Court is satisfied with Prudential's status report and compliance efforts, it will notify counsel that the hearing is vacated. Otherwise, appearance will be required.

**IT IS SO ORDERED.**

Dated: October 1, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**