SHANNON B. JONES LAW GROUP
SHANNON B. JONES (Bar No. 149222)
sbj@sbj-law.com
MARC J. CARDINAL (Bar No. 197437)
mjc@sbj-law.com
208 W. El Pintado Road
Danville, California 94526
Telephone: (925) 837-2317
Facsimile: (925) 837-4831

Attorneys for Defendant and Cross-Claimant
PEARSON PROPERTIES, INC., DBA PRUDENTIAL
CALIFORNIA REALTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES C. CASTLE aka J. CHRISTOPHER CASTLE, individually and as Trustee of the J. Christopher Castle Irrevocable Trust, *et al.*,<br><br>Defendants.<br><br>PEARSON PROPERTIES, INC., DBA PRUDENTIAL CALIFORNIA REALTY,<br><br>Cross-Claimant,<br><br>v.<br><br>GJZ GROUP, also known as GZJ GROUP, GEORGE LARSEN, TISHA TRITES, GARY SILVERMAN, WILLIAM LAVELLE, EVAN TIMMEL, BEACH VIEW ENTERPRISES, INC., JOHN WILLIAMSON, SCOTT DION, TERESA WEDDLE, AND ROES 1 THROUGH 100, INCLUSIVE,<br><br>Cross-Defendants. | Case No. C-11-00896 YGR<br><br>CERTIFICATE OF SERVICE |

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I am a resident of the State of California and over the age of eighteen (18) years, |
| 3 | and not a party to the within action; my business address is 208 W. El Pintado Road, Danville, California 94526.  On October 24, 2013, I served the within document(s): |
| 4 | |
| 5 | **PROOF OF SERVICE – TERESA WEDDLE** |
| 6 | __XX__   by electronic service via electronic transmission to all parties noted with the asterisk and appearing on the electronic service list on this court's E-Service list by utilizing the Electronic Filing Service Provider as ordered by this Court.  A copy of the filing receipt page will be maintained with the original document in this office. |

| *Attorneys for Plaintiff Chicago Title\** | *Attorneys for Defendant James C. Castle aka Christopher Castle, individually and as trustee of the J. Christopher Castle Irrevocable Trust\** |
|---|---|
| Stephen C. Seto, Esq. | Ann McFarland Draper |
| BERQUIST WOOD McINTOSH SETO LLP | Draper Law Offices |
| 1470 Maria Lane Suite, 300 | 601 Montgomery St., Suite 1150 |
| Walnut Creek, CA 94596 | San Francisco, CA 94111 |
| Ph:  (925) 938-6100 | Ph: (415) 391-4200 |
| Fax: (925) 938-4354 | ann@draperlaw.net |
| sseto@wcjuris.com | |
| | |
| *Joan Beth Hangarter, Pro Se\** | *Attorneys for Atlus Equity, LLC\** |
| Joan Beth Hangarter | Peter Logan Simon |
| 3726 E. Hedda Street | Byers & Costin |
| Long Beach, CA 90805 | 200 Fourth Street Suite 400 |
| (415) 717-1385 | P.O. Box 878 |
| jhangarter@yahoo.com | Santa Rosa, CA 95402-0878 |
| | Ph: (707) 547-2000 |
| | Fx: (707) 526-3672 |
| | psimon@byerscostin.com |

__XX__   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Danville, California addressed as set forth below.

| *Beach View Enterprises, Inc. & John E. Williamson* | *Tisha L. Trites, Pro Se* |
|---|---|
| John E. Williamson | Tisha L. Trites |
| 2261 Penlan Avenue | 2683 Via de Valle, #G206 |
| Simi Valley, CA 93063 | Del Mar, CA 92014 |
| | |
| *GJZ Group* | *Gary Silverman, Pro Se* |
| GJZ Group | Gary Silverman |
| 1618 Sullivan Ave., #310 | 855 W. Sunset Blvd., #A |
| Daly City, CA 94015 | Hayward, CA 94541-4723 |
| | (510) 843-6423 |

CERTIFICATE OF SERVICE - Case No. C-11-00896 YGR

2

| | |
|---|---|
| *Pro Se, Individually and on Behalf of Donald F. Porto, Deceased*<br>Patricia J. Porto<br>703 Jasmine Parke Drive, Apt. No. 3<br>Bakersfield, CA 93312 | *Evan Timmel, Pro Se*<br>Evan Timmel<br>336 Bon Air Center<br>Greenbrae, CA 94904 |
| *William Lavelle, Pro Se*<br>William Lavelle<br>50 Corte Real, #8<br>Greenbrae, CA 94904<br>(415) 464-0338 | *Teresa Weddle, Pro Se*<br>Teresa Weddle<br>80 Cabrillo Hwy N., Suite Z<br>Half Moon Bay, CA 94019 |
| *Scott Dion, Pro Se*<br>Scott Dion<br>1081 Grand Teton Drive<br>Pacifica, CA 94044 | *Dabelich & Dabelich, Inc., Pro Se*<br>Zelimir Dabelich<br>2284 Stallion Way<br>Angels Camp, CA 95222 |

__XX__ by transmitting via electronic mail the above listed document(s) to the email address(es) set forth below on this date before 5:00 p.m.

*George Larsen, Pro Se*
George Larsen
9241 Old State Highway, #424
Newcastle, CA 95658
Georgelarsen61@gmail.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 24, 2013, at Danville, California.

　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　　　J. GARCIA

CERTIFICATE OF SERVICE - Case No. C-11-00896 YGR

3