**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALLY BANK, FIDELITY NATIONAL TITLE INSURANCE COMPANY, ET AL.,**<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE,** *ET AL.***,**<br><br>　　Defendants. | Case No.: 11-CV-896 YGR<br><br>**ORDER VACATING COMPLIANCE HEARING** |

The compliance hearing set for November 1, 2013, at 9:01 a.m. is **VACATED** in light of the Further Status Report filed by Pearson Properties, Inc. dba Prudential California Realty. (Dkt. No. 546, "Status Report".)

Further, based upon ¶10 of the Status Report, the Motion for Service by Publication, currently set for hearing on December 3, 2013, is terminated.

**IT IS SO ORDERED.** This Order terminates Docket No. 534.

Dated: October 31, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**