**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|   |   |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>           Plaintiffs,<br><br>     vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>           Defendants. | **Case No.: 11-CV-896  YGR**<br><br>**ORDER TO SHOW CAUSE RE: STRIKING ANSWER OF DEFENDANT BEACH VIEW ENTERPRISES, INC.** |

**TO CROSS-DEFENDANT BEACH VIEW ENTERPRISES, INC.:**

**YOU ARE ORDERED TO SHOW CAUSE,** in writing, why your answer and notice of appearance, filed October 7, 2013 (Dkt. Nos. 532, 533) should not be **stricken as improperly filed**. Beach View Enterprises, Inc. is alleged to be a corporation. In the notice of appearance and answer, Beach View Enterprises, Inc. appeared by its president, John E. Williamson, also a cross-defendant in this action.

A corporation cannot appear by one of its officers or without legal counsel. A corporation or other entity that is not a natural person must be represented by licensed counsel. *See, e.g., Rowland v. California Men's Colony,* 506 U.S. 194, 201–202 (1993) (noting that 28 U.S.C. § 1654 does not allow corporations, partnerships, or associations to appear in federal court other than through a licensed attorney); Civil L.R. 3–9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court.").

By no later than **February 4, 2014**, Beach View Enterprises, Inc. must file a written response to this Order to Show Cause. If Beach View Enterprises, Inc. has not appeared by counsel at that

time, or filed a response indicating that it will appear by counsel by a date certain, the Court will strike Beach View Enterprises, Inc.'s answer and appearance.

The Court further notes that Cross-Defendant John E. Williamson is named individually but has not filed an answer on his own behalf. Cross-Defendant John E. Williamson is notified that failure to file an answer timely may result in a default and default judgment being entered against him on the cross-complaint of Prudential California Realty.

**IT IS SO ORDERED.**
Date: January 22, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**