UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>         Plaintiffs,<br><br>    vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>         Defendants. | Case No.: **11-CV-896  YGR**<br><br>**ORDER TO SHOW CAUSE RE: STRIKING ANSWER OF DEFENDANT BEACH VIEW ENTERPRISES, INC.** |

At the case management conference held on January 13, 2014, the parties present indicated that they had agreed to a stipulated protective order that would resolve some of the discovery issues presented in their case management statement. Counsel for Defendant Castle was directed to file the stipulated protective order no later than Friday, January 17, 2014. As of the date of this Order, no stipulated protective order has been filed.

The Court notes that the parties present at the Case Management Conference had indicated that the only barrier to filing the stipulated protective order at that time was that parties Beach View Enterprises, Inc. and John Williamson had not signed on to the stipulation. However, John Williamson has not yet appeared and Beach View Enterprises, Inc., having appeared in pro se only thus far, is subject to having its answer stricken. (*See* Order to Show Cause issued January 22, 2014, Dkt. No. 575.)

The Court therefore **ORDERS** as follows:

This matter is set for a compliance hearing on the Court's 9:01 a.m. calendar for February 7, 2014, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 5.

No later than **January 31, 2014**, the parties shall file: (a) a proposed form of stipulated protective order; or (b) a joint status report on the stipulated protective order.

If compliance is completed timely, the parties need not appear and the compliance hearing will be vacated. Telephonic appearances may be allowed if the parties have submitted a joint statement in a timely fashion, as well as a timely request to appear by phone.

Failure to comply so may result in sanctions.

**IT IS SO ORDERED.**

Date: January 27, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**