**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>    Defendants. | **Case No.: 11-CV-896 YGR**<br><br>**ORDER VACATING ORDER TO SHOW CAUSE RE: SANCTIONS AND FEBRUARY 14, 2014 HEARING** |

Based upon the Declaration of Ann McFarland Draper In Response To Order To Show Cause re: Sanctions, filed February 12, 2014 (Dkt. No. 590), the Court **VACATES** and **RECALLS** the Order to Show Cause. The hearing set for Friday, February 14, 2014, is **VACATED**.

**IT IS SO ORDERED.**

Date: February 13, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**