SHANNON B. JONES LAW GROUP
SHANNON B. JONES (Bar No. 149222)
sbj@sbj-law.com
MARC J. CARDINAL (Bar No. 197437)
mjc@sbj-law.com
208 W. El Pintado Road
Danville, California 94526
Telephone: (925) 837-2317
Facsimile: (925) 837-4831

Attorneys for Defendant
PEARSON PROPERTIES, INC. DBA PRUDENTIAL CALIFORNIA REALTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES C. CASTLE aka J. CHRISTOPHER CASTLE, individually and as Trustee of the J. Christopher Castle Irrevocable Trust, *et al.*,<br><br>Defendants. | Case No. C-11-00896 YGR<br><br>CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY<br><br>**NUNC PRO TUNC AS OF MAY 10, 2013** |

NOTICE IS HERBY GIVEN THAT, subject to the approval by the Court, Defendant PEARSON PROPERTIES, INC., DBA PRUDENTIAL CALIFORNIA REALTY substitutes SHANNON B. JONES, State Bar Number 149222, as counsel of record in place of R. ERNEST MONTANARI of MUSACCHIO & MONTANARI, P.C.

///

///

///

///

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Contact information for new counsel is as follows:

| | |
|---|---|
| Name: | Shannon B. Jones / Marc J. Cardinal |
| Firm Name: | SHANNON B. JONES LAW GROUP |
| Address: | 208 W. El Pintado Road, Danville, CA 94526 |
| Telephone: | (925) 837-2315 / (925) 837-5577 x309 |
| Facsimile: | (925) 837-4831 |
| E-Mail: | sbj@sbj-law.com / mjc@sbj-law.com |

I consent to the above substitution.

Dated: 5/8/13

DAN ~~DEAN~~ PEARSON
for PEARSON PROPERTIES, INC. DBA
PRUDENTIAL CALIFORNIA REALTY

I consent to being substituted.

Dated:_____

_____
R. ERNEST MONTANARI

I consent to the above substitution

Dated:_____

_____
SHANNON B. JONES

The substitution of attorney is hereby approved and so ORDERED.

Dated: May___, 2013

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

| | |
|---|---|
| 1 | Contact information for new counsel is as follows: |
| 2 | Name:        Shannon B. Jones / Marc J. Cardinal |
| 3 | Firm Name:   SHANNON B. JONES LAW GROUP |
|   | Address:     208 W. El Pintado Road, Danville, CA 94526 |
| 4 | Telephone:   (925) 837-2315 / (925) 837-5577 x309 |
|   | Facsimile:   (925) 837-4831 |
| 5 | E-Mail:      sbj@sbj-law.com / mjc@sbj-law.com |

7  I consent to the above substitution.

8  Dated:_____

9                                                         _____
                                                          DEAN PEARSON
10                                                        for PEARSON PROPERTIES, INC. DBA
                                                          PRUDENTIAL CALIFORNIA REALTY

11  I consent to being substituted.

12  Dated: 5/7/2013                                       _____
                                                          R. ERNEST MONTANARI
13

14  I consent to the above substitution

15  Dated: 5/8/2013                                       _____
                                                          SHANNON B. JONES
16

17      The substitution of attorney is hereby approved and so ORDERED.  NUNC PRO TUNC
        AS OF MAY 10, 2013.
18  Dated: MXXXXXXX

19       February 13, 2014

20                                                        _____
                                                          JUDGE OF THE UNITED STATES
21                                                        DISTRICT COURT

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

## PROOF OF SERVICE

I, the undersigned, declare:

      I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 208 W. El Pintado Road, Danville, CA 94526. On May 10, 2013, I served the within document(s):

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

_____   by placing a true and correct copy thereof in a sealed envelope, with Federal Express shipping charges prepaid, addressed as shown below.

_____   by transmitting via facsimile the above listed document(s) to the fax number(s) set forth below on this date before 5:00 p.m.

  XX    by electronic service via electronic transmission to all parties appearing on the electronic service list on this court's E-Service list by utilizing the Electronic Filing Service Provider as ordered by this Court. A copy of the filing receipt page will be maintained with the original document in this office.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed on May 10, 2013, at Danville, California.

_/s/ J. Garcia_
J. GARCIA