| | |
|---|---|
| 1 | Ann McFarland Draper (State Bar No. 65669) |
|   | ann@draperlaw.net |
| 2 | Draper Law Offices |
|   | 75 Broadway, Suite 202 |
| 3 | San Francisco, California 94111 |
|   | Tel:    (415) 989-5620 |
| 4 | |
| 5 | Attorneys for Defendant James C. Castle |
|   | (aka J. Christopher Castle) |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al, | Case No. 4:11-cv-00896 –YGR |
| Plaintiffs, | ORDER GRANTING ~~ADMINISTRATIVE MOTION FOR ADDITIONAL TIME TO FILE MOTIONS; DECLARATION OF COUNSEL; [PROPOSED] ORDER~~ |
| vs. | |
| JAMES C. CASTLE aka J. CHRISTOPER CASTLE, et al, | |
| Defendants. | **No Hearing Required** |
| And Related Cross-Actions and Counter-Claims. | Judge:      Hon. Yvonne Gonzalez Rogers |
| | Trial Date:  Not Set |

Pursuant to Northern District Civil Local Rule 7-11, Defendant JAMES C. CASTLE, aka J. CHRISTOPHER CASTLE, individually and as Trustee of the J. CHRISTOPHER CASTLE IRREVOCABLE TRUST, hereby moves for additional time, to an including March 3, 2014, in which to file the motions that were to be filed by February 18, 2014.

This motion is made on the ground that good cause exists therefor in that counsel for movant (Ann McFarland Draper) is a sole practitioner and is simply overwhelmed with deadlines in other cases that cannot be adjusted and is therefore simply unable to meet the February 18 deadline.

Accordingly, Defendant Castle and his counsel respectfully request that this Court extend the deadline for Castle to file his motions by 13 days, to an including March 3, 2014.

DATED:  February 17, 2014                              RESPECTFULLY SUBMITTED,

**DRAPER LAW OFFICES**

By:  _____*/s/ Ann M. Draper*_____
      ANN McFARLAND DRAPER

Attorneys for Defendant James C. Castle
(aka J. Christopher Castle)

IT IS SO ORDERED.  Defendant Castle shall file no later than March 3, 2014.
DATED: February 18, 2014           _____
      YVONNE GONZALEZ ROGERS
      U.S. DISTRICT COURT JUDGE