**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>    Plaintiffs,<br><br>vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>    Defendants. | Case No.: 11-CV-896 YGR<br><br>**ORDER TO SHOW CAUSE RE: SANCTIONS AGAINST DEFENDANT JAMES C. CASTLE AND COUNSEL ANN MCFARLAND DRAPER** |

**TO DEFENDANT JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE ("CASTLE") AND HIS COUNSEL OF RECORD, ANN MCFARLAND DRAPER ("DRAPER"):**

You are **ORDERED TO SHOW CAUSE** why you should not be sanctioned in the amount of $250.00 for: (1) failure to comply with this Court's order of March 5, 2014, granting Castle's second request for extension of the deadline to file motions to amend Castle's cross-complaint and to file Draper's request for payment or to withdraw, in the alternative (Dkt. No. 613); and (2) failure to timely seek relief from said deadline. The Court previously extended the deadline to March 10, 2014, as requested by Castle and Draper. The third request for extension was filed at 8:08 p.m. on March 10, 2014. (Dkt. No. 616.)

Hearing on the Order to Show Cause is set for **Friday, March 21 2014, at 9:01 a.m.** in Courtroom 5, Federal District Court, 1301 Clay Street, Oakland. **All other parties' appearances are waived.**

Should Castle and Draper file the overdue motions by March 17, 2014, the Court may vacate this Order to Show Cause. Otherwise, personal appearance is required.

**IT IS SO ORDERED.**

Date: March 11, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**