**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>Plaintiffs,<br><br>vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>Defendants. | Case No.:  **11-CV-896  YGR**<br><br>**ORDER VACATING ORDER TO SHOW CAUSE RE: SANCTIONS SET FOR MARCH 21, 2014** |

Based upon the filing of the overdue motions, the Order To Show Cause Re: Sanctions Against Defendant James C. Castle and Counsel Ann McFarland Draper, set for hearing March 21, 2014, is **VACATED** and **DISCHARGED**.

**IT IS SO ORDERED.**

Date: March 18, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**