# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>Plaintiffs,<br><br>vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>Defendants. | Case No.: **11-CV-896  YGR**<br><br>**ORDER RE: CASE MANAGEMENT AND PRE-TRIAL SCHEDULING** |

The Court having conducted a further case management conference on March 24, 2014, and based upon the representations of the parties in their statements filed with the Court and during the conference, the Court **ORDERS** as follows:

1. This case management conference is **CONTINUED** to Monday, **March 31, 2014, at 2:00 p.m.,** solely for the purpose of confirming Defendant Castle's compliance with service of responsive documents as represented to the Court and Plaintiffs. Should the parties confirm in writing that the documents have been served as represented, the date will be vacated. Otherwise, only counsel for Plaintiffs and Castle are required to appear.

2. The discovery cutoff of April 30, 2014 is **VACATED**.

3. Plaintiffs and the defendants alleged to be involved with respect to the Tule Lane Property shall complete their mediation with mediator Vivien Williamson no later than **May 30, 2014**.

4. Plaintiffs shall file their motions for default judgment as to all defendants presently in default as to the operative complaint no later than **May 23, 2014**. The Court sets a compliance

hearing regarding the filing of these motions for **Friday, May 30, 2014,** at 9:01 a.m. If Plaintiffs have timely filed their motions, the hearing will be vacated and no appearance will be required.

    5. The Court **SETS** the next case management conference for Monday, **June 9, 2014, at 2:00 p.m**. The parties are reminded that an updated joint case management statement is required to be filed no later than seven calendar days prior to the continuing conference date.

    **IT IS SO ORDERED.**

Date: March 25, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**