**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>            Plaintiffs,<br><br>       vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>            Defendants. | Case No.: **11-CV-896  YGR**<br><br>**ORDER SETTING COMPLIANCE HEARING RE: AMENDED DISCOVERY RESPONSE** |

Based upon the parties' representations in their status statements and at the further case management conference on March 31, 2014, the Court **ORDERS** as follows:

(1) No later than **April 1, 2014,** the parties shall file a stipulation requiring Defendant James C. Castle to serve amended, verified responses. Those amended responses will identify the documents responsive to Plaintiff Chicago Title Insurance Company's Request for Production of Documents that have been produced by Castle to date. The amended, verified response will be served by **April 21, 2014.**

(2) The Court **SETS** a compliance hearing to verify service of the amended responses for Monday, **April 28, 2014**, at 2:01 p.m. Plaintiff and Castle shall file a Joint Statement regarding the status of compliance by **April 23, 2014.** If the response is satisfactory, the compliance hearing may be vacated. Otherwise, Plaintiff and Castle shall be required to appear. Appearance of all other parties is excused.

**IT IS SO ORDERED.**

Date: March 31, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**