**Stephen C. Seto (SBN 175458)**
(sseto@wcjuris.com)
**Kimberly A. Millington (SBN 169200)**
(kmillington@wcjuris.com)
BERGQUIST WOOD McINTOSH SETO LLP
1470 Maria Lane, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 938-6100
Facsimile: (925) 938-4354

Attorneys for Plaintiffs
FIDELITY NATIONAL TITLE INSURANCE COMPANY, COMMONWEALTH LAND TITLE INSURANCE COMPANY, ALLY BANK, WESLEY W. HALIHAN, GINA L. HALIHAN, DAWN R. CARIFI, BRIAN PHUONG, CRICHTON FRIEDLY, JANET N. FRIEDLY, CHICAGO TITLE INSURANCE COMPANY, JULIAN MASSA, ALISON MASSA, and CREDIT ONE, LLC

**Ann McFarland Draper (State Bar No. 65669)**
    ann@draperlaw.net
DRAPER LAW OFFICES
75 Broadway, Suite 202
San Francisco, California 94111
Tel:    (415) 989-5620
Fax    (415) 361-4001

Attorneys for Defendant, Counter-Claimant and Cross-Defendant James C. Castle (aka J. Christopher Castle)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES C. CASTLE aka J. CHRISTOPHER CASTLE et al., and Does 1 through 100, inclusive,<br><br>Defendants. | No. C-11-00896 YGR<br><br>ORDER GRANTING<br>**JOINT STIPULATION REGARDING DEFENDANT JAMES C. CASTLE'S AMENDED, VERIFIED RESPONSES TO PLAINTIFF CHICAGO TITLE INSURANCE COMPANY'S REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)**<br><br>Date:    March 31, 2014<br>Time:    2:00 p.m.<br>Courtroom:    1<br>Judge:    Hon. Yvonne Gonzalez Rogers |

| | |
|---|---|
| And Related Cross-Actions | No Trial Date Set |

Plaintiff CHICAGO TITLE INSURANCE COMPANY ("CTIC") and Defendant JAMES C. CASTLE ("CASTLE"), by and through their respective counsel of record, hereby stipulate as follows:

1. On or before April 21, 2014, CASTLE will serve amended, verified responses pursuant to F.R.C.P. 34 to Plaintiff CHICAGO TITLE INSURANCE COMPANY's Request for Production of Documents to James C. Castle, Set One, which was served by CTIC on July 11, 2013.

Dated: April 1, 2014            **BERGQUIST WOOD McINTOSH SETO** LLP


/s/ Kimberly A. Millington
STEPHEN C. SETO
KIMBERLY A. MILLINGTON
Attorneys for Plaintiffs


Dated: April 1, 2014            **DRAPER LAW OFFICES**


/s/ Ann McFarland Draper
ANN McFARLAND DRAPER


ORDER

Pursuant to the above stipulation, Castle shall serve amended, verified responses to Chicago Title Insurance Company's Request for Production served July 11, 2013.
IT IS SO ORDERED.
Dated: April 2, 2014

YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT JUDGE