UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>    Plaintiffs,<br><br>vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>    Defendants. | Case No.: 11-CV-896 YGR<br><br>**ORDER VACATING HEARINGS FOR APRIL 15 AND 22, 2014** |

Defendant James C. Castle has filed two motions set for hearing on April 15 and April 22, 2014, respectively: (1) Motion to Dismiss Fourteen Counter-Defendants from Castle's Counterclaims and Strike Names from Caption (Clerical Error) (Dkt. No. 608); (2) Motion to Dismiss Six Counter-Defendants (Dkt. No. 621). The Court has determined that the motions are appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearings set for April 15 and April 22, 2014, are **VACATED**. The Court will issue written decisions on the papers.

**IT IS SO ORDERED.**

Dated: April 10, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**