**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>    Plaintiffs,<br><br>vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>    Defendants. | **Case No.: 11-CV-896 YGR**<br><br>**ORDER GRANTING MOTIONS OF DEFENDANT JAMES C. CASTLE TO DISMISS COUNTER-CLAIMS** |

Defendant James C. Castle has filed two motions to dismiss parties from his counterclaims, as stated in Castle's Answer to Plaintiff's Fourth Amended Complaint and Counterclaims filed herein on May 29, 2013 (Dkt. No. 429, "Answer and Counterclaims"): (1) Motion to Dismiss Fourteen Counter-Defendants from Castle's Counterclaims and Strike Names from Caption (Clerical Error) (Dkt. No. 608); (2) Motion to Dismiss Six Counter-Defendants (Dkt. No. 621). Those motions are unopposed by any party. The Court having considered the papers and pleadings in this action, **GRANTS** the motions. The counter-claims of Defendant/Counterclaimant James C. Castle are **DISMISSED WITHOUT PREJUDICE** as to the following counter-defendants:

    Magan Arthur;

    Joan Hangarter;

    George Larsen;

    GJZ Group;

    Daniel R. Young;

    Kelley E. Young;

    Laura M. Pezzi;

    Kevin Keith;

1. Christy Keith;
2. Donald Porto;
3. Patricia Porto;
4. Fahed Eweis;
5. Nadia Eweis;
6. Randall C. Crawford;
7. AFOG Group;
8. CPC Mission Trust;
9. Financial Recovery Group;
10. Patrick Gallagher;
11. Cathy Cross;
12. Altus Equity, LLC

The Court further **ORDERS** that the following parties are **STRICKEN** from the caption of the Answer and Counterclaims to correct Castle's clerical error, as no claims are stated against them:

15. Jon P. Sanders;
16. Alicia A. Sanders;
17. David R. Thompson; and
18. Melissa R. Thompson.

This Order terminates Dkt. Nos. 608 and 621.

**IT IS SO ORDERED.**

Date: April 30, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**