| | |
|---|---|
| 1 | Stephen C. Seto (SBN 175458) |
| | (sseto@wcjuris.com) |
| 2 | Kimberly A. Millington (SBN 169200) |
| | (kmillington@wcjuris.com) |
| 3 | **BERGQUIST WOOD McINTOSH SETO** LLP |
| | 1470 Maria Lane, Suite 300 |
| 4 | Walnut Creek, CA  94596 |
| | Telephone:   (925) 938-6100 |
| 5 | Facsimile:    (925) 938-4354 |
| 6 | Attorneys for Plaintiffs |
| | FIDELITY NATIONAL TITLE INSURANCE |
| 7 | COMPANY, et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al., | No. C-11-00896 YGR |
|---|---|
| Plaintiffs, | **DECLARATION OF STEPHEN C. SETO IN SUPPORT OF PLAINTIFF CHICAGO TITLE INSURANCE COMPANY'S MOTION TO COMPEL DEFENDANT JAMES CASTLE TO PROVIDE FURTHER RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR SANCTIONS AGAINST CASTLE AND ANN DRAPER** |
| vs. | |
| JAMES C. CASTLE aka J. CHRISTOPHER CASTLE et al.,  and Does 1 through 100, inclusive, | |
| Defendants. | |
| | [Notice of and Motion to Compel Castle to Provide Further Responses to Request for Production of Documents and Request for Sanctions; Declaration of Kimberly A. Millington; and [Proposed] Order Filed Concurrently Herewith] |
| | Date:         June 17, 2014
Time:        2:00 p.m.
Courtroom: 1
Judge:       Hon. Yvonne Gonzalez Rogers |
| | No Trial Date Set |
| And Related Cross-Actions | |

I, STEPHEN C. SETO, declare as follows:

-1-

**DECLARATION OF STEPHEN C. SETO**

{00026556.1}

1. I am an attorney in good standing licensed to practice law before all courts in the State of California and an attorney with Bergquist Wood McIntosh Seto, LLP, attorneys for Plaintiffs in this matter.

2. Except where based on information and belief, I have personal knowledge of the facts stated in this declaration and could and would testify to them if called upon to do so.

3. I submit this declaration in support of Plaintiff's Motion to Compel Defendant James C. Castle ("CASTLE") to Provide Further Responses to Request for Production of Documents ("RFP") and Request for Sanctions against CASTLE and his Counsel, Ann Draper.

4. On November 20, 2013, I requested that Ms. Draper meet and confer with me regarding CASTLE's Responses to the RFP. After several unsuccessful attempts to meet and confer with her, we met and conferred at the Courthouse on December 2, 2013.

5. On December 16, 2013, I sent Ms. Draper a proposed joint letter brief to the Court setting forth the discovery issue in compliance with this Court's Standing Order 8(d). Ms. Draper promised to provide comments on December 19, 23, 27, and 30, 2013 and also on January 2, 2014, but did not do so until the evening of January 6, 2014. We were unable to agree on the wording of the joint letter brief.

6. On December 17, 2013, I requested that Ms. Draper meet and confer on several sets of discovery but Ms. Draper was unable to meet in person or on the telephone at any time from mid-December to January 8, 2014. On January 8, 2014, she agreed to meet and confer but claimed that before meeting and conferring again on the substantive issues, the parties first had to meet and confer on whether or not Plaintiff had waited too long to try to compel further responses.

7. At the status conference on January 13, 2014, this Court ordered Ms. Draper to make a good faith effort to produce responsive documents and ordered her to do so by February 14, 2014 if her trial did not proceed and no later than March 14, 2014 if her trial did proceed. Ms. Draper did not comply with either order.

8. After the status conference on March 24, 2014, Ms. Draper indicated to me and Ms. Millington outside the Courthouse that some of the documents she had sent in response to the RFP were not CASTLE's documents but documents that she just had "lying around."

1     9.      I spent a total of 17.5 hours preparing the RFP to CASTLE, reviewing the
2 Response to the RFP, attempting to meet and confer and meeting and conferring with Ms. Draper,
3 and reviewing documents prepared by Ms. Millington related to this discovery dispute.  I charge
4 $315.00 to my client which is reasonable in light of my 20 years of practice.  Thus, I spent a total
5 of $5,512.50 in fees so far related to this discovery dispute.

      This declaration is executed at Walnut Creek, California this 9th day of May 2014.  I declare under the penalty of the laws of the United States that the above is true and correct.

           /s/ Stephen C. Seto
           STEPHEN C. SETO