# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>        Plaintiffs,<br><br>        vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>        Defendants. | **Case No.: 11-CV-896 YGR**<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

The Court's Order Re: Case Management and Pre-Trial Scheduling set a compliance hearing to ensure the filing of Plaintiff's motions for default judgment as to all defendants presently in default under the operative complaint. (Dkt. No. 641.) Those motions were to be filed no later than May 23, 2014, with a compliance hearing set for May 30, 2014, at 9:01 a.m. to ensure that Plaintiffs had complied timely. Those motions have not been filed as of the time of the instant Order.

Instead, on May 29, 2014, Plaintiffs filed a status report seeking a 90-day continuance of the compliance hearing and indicating that they would be filing a first "test" default judgment motion within a few days. (Dkt. No. 677.)

The compliance hearing set for May 30, 2014, is **CONTINUED** to **June 13, 2014,** at 9:01 a.m. No later than **June 6, 2014**, Plaintiffs shall file: (1) their motion for default judgment related to the one property as to which they are prepared to proceed; (2) a status report concerning their efforts to obtain information from the other subpoenaed banks; and (3) a proposed schedule for proceeding on motions for default judgment in the staged fashion suggested in their May 29 Status Report.

**IT IS SO ORDERED.**

Date: May 29, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**