# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>          Plaintiffs,<br><br>     vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>          Defendants. | **Case No.: 11-CV-896 YGR**<br><br>**ORDER VACATING HEARING ON MOTION TO COMPEL** |

On May 9, 2014, Plaintiffs filed their Motion to Compel Defendant James Castle to Provide Further Responses to Request for Production of Documents and Request for Sanctions Against Castle and Ann Draper. (Dkt. No. 673.)

The Court has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).

Accordingly, the hearing set for June 17, 2014, is **VACATED**. The Court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Date: June 11, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**