UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,

    Plaintiffs,

vs.

**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,

    Defendants.

Case No.:  **11-CV-896  YGR**

**ORDER CONTINUING COMPLIANCE HEARING AND REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

The compliance hearing set for July 25, 2014, is **CONTINUED** to **October 31, 2014,** at 9:01 a.m.  No later than **October 24, 2014**, Plaintiffs shall file a Status Report updating the Court as to: (1) all remaining defendants as to which they have filed, or intend to file, motions for default judgment; (2) all efforts made to obtain the information necessary to proceed on a default judgment motion for each defendant and the status of any pending motions; and (3) the status of any outstanding discovery not yet received for each defendant.

Further, pursuant to Local Rule 72-1, this matter is **REFERRED** a magistrate judge to conduct a settlement conference by no later than **October 17, 2014.**  The parties will be advised of the date, time and place of the settlement conference by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Date: July 24, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: MagRef Email; Assigned M/J