LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014   AT  10:09 A M
BPA BOOK _____ 33 _____ PAGES 215
_____
DEPUTY CLERK

# Affidavit of Status of James Christopher Castle: American Freeman
## Private Citizen of the United States: American National

**"Indeed, no more than (an affidavit) is necessary to make the prima facie case."**
*United States v. Kis*, 658 F.2d, 526, 536 (7th Cir., 1981);
Certiorari Denied, 50 U.S.L.W. 2169; S. Ct. March 22, 1982

Accordingly, I, **James Christopher Castle**, in esse and sui juris, being duly sworn, depose and declare under penalty of perjury that the following facts are true, correct and complete to the best of my knowledge and belief.

I, **James Christopher Castle**, do solemnly declare and affirm the following historical facts with regard to the status of *de jure* **Private American National citizenship** (said original federal citizenship, secured by Article IV, Section 2, having been broadened into national citizenship by Section 1 of the 14th Amendment to the Constitution of the United States of America) and the design of the Roman papacy, spearheaded by the military order of the **Society of Jesus**, to overthrow the liberties of Private National Citizens of the United States of America by imposing a State-created, statutory, *de facto* **Public "U.S. citizenship."** This *de facto* Public U.S. citizenship, being in substance a privileged Roman citizenship, would enable the constitutionally *de jure* civilian government of the United States (having been constitutionally altered from being a *de jure* **"Federal"** government to a *de jure* **"National"** government by the 14th Amendment, 1868) to be replaced with a Congressionally-created, statutory, *de facto* Emergency War Powers military government of the United States on March 9, 1933. This radical, socialist-communist **coup d'état** plotted by the infamous **Society of Jesus** and carried out by its Scottish-Rite Masonic agent, President Franklin "Augustus Caesar" Roosevelt, would overthrow the civilian government exercising the constitutional, *de jure* **jurisdiction** of the United States (the **"United States"** being "the collective name of the states which are united by and under the constitution," *Hooven & Allison Co. v. Evatt*, 324 U.S. 652, 672), replacing it with a *de facto* military government exercising an extra-constitutional, alien and foreign, *de facto* **jurisdiction** of the United States (this **"United States"** being "the territory over which the sovereignty of the United States extends," *Hooven & Allison Co. v. Evatt*, supra, 671).

Further, by legally replacing constitutional *de jure* **Private American Citizenship** with *de facto* **Public "U.S. citizenship,"** thereby enabling the constitutional *de jure* **jurisdiction** of the **"United States"** to be legally replaced with a statutory *de facto* **jurisdiction** of the **"United States,"** **the Jesuit Order** would fulfill its design of overthrowing the liberties of the United States as plotted during the Congress of Vienna (1814-1815) and the subsequent Secret Treaty of Verona (1822) because of which President James Monroe issued his blessed "Monroe Doctrine" (1823)—and for which he was given "the poison cup" on July 4, 1831. American inventor Samuel F. B. Morse warned of this diabolical Jesuit Conspiracy against America in his epic work, *Foreign Conspiracy Against the Liberties of the United States*, published in 1835.

Georgia, Lamar County,
I hereby certify the within and foregoing to be
a true, correct and complete copy of the original
that appears of record in this office.
This 10th day of JUNE, 2014.
_____
Deputy Clerk, Lamar Superior Court



SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014   AT   10:07A M
BPA BOOK   33   PAGES 216
DEPUTY CLERK

Further, this overthrow of both *de jure* **Private American Citizenship** at Common Law and its counterpart, the *de jure* **jurisdiction** of the "United States" at Common Law, would enable the Jesuits from Georgetown University to use the *de facto* Emergency War Powers American Congress—now possessing the unlimited legislative powers of an English Parliament—to wield absolute legislative power over the *de jure* fifty sovereign states turned into *de facto* "conquered territories" ruled by the statutorily-created, *de facto* national Emergency War Powers **military government**. This unlimited, congressional power would enable the Jesuits, ruling their *de facto* military government of their *de facto* American Empire, **to control by statute** every facet of American life "from the cradle to the grave." This control would include the imposition of socialist-communism for the building of cartel capitalism and the destruction of the historic White Protestant and Baptist Middle Class Americans (as well as all others); the building of a huge military industrial complex while using their *de facto* **Public "U.S. citizens"** to work in the Jesuit Order's anti-laisser-faire, cartel-capitalist corporations; and to finance and fight the wars of the pope's American Empire. These international crusades, directed by the **Society of Jesus** within the geographical United States via its Council on Foreign Relations, would be fought for the benefit of the Roman papacy in restoring the Temporal/Political Power of the pope over the governments of all nations while subsequently militarizing those conquered nations.

Further, with the change of the *de jure* constitutional **jurisdiction** of the "United States" (with its Common Law **civilian due process** and procedure secured by the Fifth Amendment, the Seventh Amendment and section 1 of the Fourteenth Amendment) to a *de facto*, extra-constitutional, **Roman Civil Law jurisdiction** of the "United States" (established by an amended Congressional war statute (1933), a Presidential Proclamation (1933) and the subsequent abolition of Common Law rights and Common Law **civilian due process** by the Supreme Court (1938)), an alien and foreign **martial due process** would be adopted by the federal and state courts fitted for the new *de facto* **Public "U.S. citizens"** living in the states deemed *de facto* "conquered territories." Since these *de facto* Public "U.S. citizens" are in substance Roman citizens, and since these *de facto* "conquered territories" are in substance Roman provinces under military rule, it is only fitting that the **Roman/Public "U.S. citizens"** should be criminally and civilly subjected to a martial process imposed by their constitutionally-created civilian courts. This *de facto* martial process, if unchallenged by prima facie evidence proving the accused to be an American Private National Citizen of the United States of America and not a Roman Public "U.S. citizen," would confer, in substance, martial *in personam* jurisdiction. With this absolutist judicial jurisdiction limited only by decisions of the Supreme Court, the federal courts would be in substance **territorial courts** of the Conqueror. These Emergency War Powers Courts would enforce the sovereign will of the *de facto* Emergency War Powers Congress, while sitting in substantive **equity** operating upon a **legal fiction**. The legal fiction would be the presumption of fact that each individual Private American National Citizen of the United States of America was in contract with and enfranchised by the state of his natural birth, thereby altering his constitutional, *de jure* Private American National Citizenship conferred at birth into a statutory,

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014   AT   10:09A M
BPA BOOK ___33___ PAGES 211

DEPUTY CLERK

*de facto* Public Federal "U.S. citizenship" upon the public filing of a unilateral contract, which change in status would enable and obligate the court to dispose of his matter, criminal or civil.

Further, that unilateral contract was the public filing of a **"Certificate of Live Birth"** deliberately patterned after the Roman Catholic **"Certificate of Baptism"** creating Vatican City-state citizenship. The American "Certificate of Live Birth"—**by operation of law**—would be the contract to alter *de jure* Private American National Citizenship to *de facto* Public "U.S. citizenship." With this **presumption of fact** of an existing contract held by every individual Public "U.S. citizen" (holding its Private American National Citizen of the United States as Property and Surety), every court legally sits in **Equity** enforcing the statutes of an Emergency War Powers Congress. This *de facto* status enables and obligates all federal and state courts to sit in **Equity** thereby fulfilling the grand design of the **Society of Jesus** in subverting the Common Law jurisdiction of the United States (as per Section 1, 13th Amendment, and Section 1, 14th Amendment) by rendering ineffective the constitutional status of *de jure* Private American National Citizens of the United States of America (Section 1, 14th Amendment).

Further, this evil design of the **Society of Jesus** against the Constitutional, Common Law liberties of the Private American National Citizens of the United States of America was set forth by one of the Order's Masonic Temporal Coadjutors. That man was **Sir Henry Sumner Maine**, Regis Professor of the Civil Law in the University of Cambridge, England. In his *Ancient Law: Its Connection with the Early History of Society, and its Relation to Modern Ideas* (1864), Maine sets forth his three-part plan that, after its imposition, overthrew limited American government born out of the Protestant Reformation (1517-1648) and the First American Great Awakening (1735-1750). That diabolical, "unholy trinity" was first the creation of a **Legal Fiction**, after which the imposition of judicial **Equity** after the overthrow of American Common Law, then opening the door to congressional/parliamentary, unlimited **Legislation**. (The philosophic parallel to this formula is **"Substance, Mode and Circumstance.")** The legal foundation and substance for this *de facto* overthrow of the limited, constitutional, *de jure* "jurisdiction of the United States" is the **Legal Fiction**. That **Legal Fiction**, evil though legally imposed by silent consent of each Private American National Citizen, was the public filing of a Certificate of Live Birth, the Baptismal Certificate of every federally-owned, Public "U.S. citizen." Hence, every Private American National Citizen became subordinate **Surety** for and the held **Property** of his alter ego and Gemini Twin, the Public "U.S. citizen." As of March 6, 1933, all Public "U.S. citizens" —with their **Surety/Property**, Private American National Citizens—were seized as **booty of war** by President Franklin Roosevelt's martial, emergency war powers Proclamation 2039 which practically overthrew the Sovereignty of the People of the United States of America, reducing them to being mere **property** of Rome's *de facto* military government sitting in Washington, D.C., to be treated as "rebels and belligerents" living in the fifty states deemed by the Conqueror/Commander in chief to be merely "occupied territories," the state governors ruling their *de facto* military governments in subordination to Washington, D.C.

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014 AT 10:09 A M
BPA BOOK___33___ PAGES 213
_____
DEPUTY CLERK

Therefore, finding this situation of **statutorily-altered**, Private American National citizenship status intolerable and at variance with the maxims of **Holy Scripture** (Proverbs 11:15), I, **James Christopher Castle**, do solemnly declare and affirm:

1.  WHEREAS, the FRANCHISE, BUSINESS TRUST, and or BIRTH CERTIFICATE (Exhibit 8), being in fact a unilateral contract under seal, was created and offered **legally though deceitfully**, its open-but-false purpose being to aid in the Census as a means of identification in the documentation of a natural birth, as well as for health reasons and purposes; its secret-but-true purpose being to rob **"We the People,"** which includes every individual Private American National Citizen, first of our sovereignty as a People, then our constitutionally-created status, and ultimately our lives, fortunes and sacred honor;

2.  WHEREAS, the true purpose of the BIRTH CERTIFICATE, a unilateral contract under seal, is to be a covert commercial agreement and unconscionable, adhesion contract/quasi-contract between the state of the baby's natural birth and the mother of the baby, the baby then deemed property of the Federal, *de facto* military government of the United States (the BIRTH CERTIFICATES being recorded by the Department of Commerce then to serve as collateral securities for the unquestionable public debt as per Section 4 of the 14th Amendment);

3.  WHEREAS, the true nature of the DATE OF FILING on the BIRTH CERTIFICATE, a unilateral contact under seal, is to commence the **legal birth** of the quasi-corporate, artificial person/**Public "U.S. citizen"** created by all necessary legal elements of a unilateral contract (it being in writing, signed, sealed and delivered for registration and filing with a public office of the baby's state of live birth);

4.  WHEREAS, the true nature of the DATE OF BIRTH of the baby named on the BIRTH CERTIFICATE is to commit the natural person/Private American National Citizen as **Surety** for and **personal property** of the state-created, artificial person/Public "U.S. citizen," both entities being legally wedded into one legal entity, the hybrid, federally-owned, **Public "U.S. citizen;"**

5.  WHEREAS, the BIRTH CERTIFICATE is a BUSINESS TRUST INSTRUMENT recorded with the County Recorder, a subsidiary of the Secretary of State (of the several states treated as "conquered territories"), also sent to the Bureau of Census, a division of the Department of Commerce in Washington, D.C., placing the **NAME** of the Public "U.S. citizen" into interstate and foreign world commerce as a statutory, legal "person" (as are corporations, partnerships, trusts, corporate soles, etc.), distinct and separate from the "natural born citizen," i.e., the **Private American National Citizen**;

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN 5 2014   AT 10:09 A M
BPA BOOK____33____ PAGES 219
_____
DEPUTY CLERK

6.  WHEREAS, the Secretary of State (of the several states) charters corporations and issues franchises, therefore, any **natural born citizen/Private American National Citizen** with a BIRTH CERTIFICATE is liable to the Franchise Tax Board of the State's Department of Revenue for income/excise/privilege taxes, as well as being liable to the Internal Revenue Service collecting the internal revenue for the **"Federal Corporation"** of the United States (28 USC 3002(15)(A) via excise/income/privilege taxes in payment of the interest on the national debt (proven by President Ronald Reagan's Grace Commission) which interest is owed to the Roman papacy's Federal Reserve Bank;

7.  WHEREAS, this BIRTH CERTIFICATE, functioning as a BUSINESS TRUST INSTRUMENT, has hoodwinked **Private American National Citizen James Christopher Castle**, allegedly named on said certificate (Exhibit 3), into an unknown and covert contract by operation of law, placing Affiant and fellow Private American National Citizens under an alien, foreign and yet "temporary," *de facto* military jurisdiction of the United States created at first by the **"Emergency Banking Relief Act,"** its initial paragraphs ~~containing~~ a congressionally-amended WWI statute known as the "Trading With the Enemy Act" codified as12 USC 95a, and secondly by President Franklin D. Roosevelt's Emergency War Powers Proclamation 2040 decreed on March 9, 1933;

8.  WHEREAS, the above *de facto* jurisdiction of the United States includes the jurisdiction of the constitutionally-created, federal and state civilian courts (**IN FORM**) sitting in a martial equity (**IN SUBSTANCE**), they no longer proceeding against the accused Private American National Citizen with the Mode of a Common Law **civilian due process**, but rather with the Mode of a Roman Civil Law **martial due process** that, if unchallenged by producing state-filed public records and other prima facie evidence, will confer a martial jurisdiction over the accused then forced to plead in a court imposing **martial due process** and procedure derived from a congressionally-amended, World War I statute as of March 9, 1933, the judges, federal and state, acting on behalf of the *de facto* military dictator/Commander in chief sitting in Washington, D.C.;

9.  WHEREAS, upon the public filing of the BIRTH CERTIFICATE with its attached Private American Citizen serving as **Surety** and **personal property**, another **"source"** was created that would generate **"income"** which could then be income/excise/privileged taxed, the natural person/baby/Private American National Citizen now wedded to his new artificial person / "U.S. citizen" as its trust **Property** and subordinate **Surety**, the new **"source"** (deemed a "rebel" and "belligerent" residing according to state statute in a state deemed an "occupied territory") being in commerce and subject to the **absolute legislative powers** of the "temporary" Emergency War Powers Congress (1933-present) to regulate without limit interstate and foreign commerce pursuant to Article I, Section 8,

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014   AT  10:09 A M
BPA BOOK ___33___ PAGES 220

DEPUTY CLERK

Clause 3, of the U.S. Constitution during this time of a "temporary" declared state of National Emergency now (2014) in its eighty-first year;

10. WHEREAS Affiant, a Private American National Citizen, has ceased to be **Surety** for and the **personal property** of Public "U.S. citizen" "JAMES CHRISTOPHER CASTRO" or "JAMES CHRISTOPHER CASTLE" by means of a duly filed "**Notice of Release Without Consideration—NUNC PRO TUNC,**" and "**Affidavit: Notice of Rescission of Signatures of Suretyship—NUNC PR O TUNC,**" thereby returning to the former status of being a Private American National Citizen held for seventeen (17) days after Affiant's natural birth (Exhibit8);

11. WHEREAS Affiant, a Private American National Citizen, caused by choice to live by the family name "Castle" foregoing the birth name "Castro" (Exhibit 8).

12. WHEREAS Affiant in esse, has irrevocably separated himself from the state-created FRANCHISE, BUSINESS TRUST, "UNITED STATES CITIZEN," created by means of a publicly filed BIRTH CERTIFICATE attached hereto, and hereby revokes all powers, including, but not limited to, Powers of Attorney and/or Agency that Affiant may have granted to any third party, public and/or private. Therefore, Affiant is not a party to FDR's contract with all "U.S. citizens" by means of Proclamation 2040 confirmed by Congress in its passage of the amended "Trading with the Enemy Act" known as the "Emergency Banking Relief Act." Therefore, Affiant is not in commerce (as are corporations), never to enjoy any commercial privilege of limited liability as a matter of "United States citizenship" status (as do corporations being also Public "U.S. citizens"), having discharged all *de facto* Emergency War Powers Military Governments, federal and state, from any duty or obligation having arisen from Affiant being the **Property** of, **Surety** for and/or wedded to the state-created hybrid, the federally-owned, Public "U.S. citizen" in the service of Washington, D.C., for commerce and war;

13. WHEREAS, I, **James Christopher Castle**, have returned to my former status of being an American Freeman and American National at Common Law, i.e., a *de jure* Private National Citizen of the United States under section 1 of the Fourteenth Amendment and therefore stand "**in esse**" and "**sui juris,**" possessing all God-given rights including those protected by the first eight amendments of the Bill of Rights, all Constitutional rights (federal and state) and all Common Law rights of a *de jure* Private Citizen of the United States / American National, no longer under the legal disability of being the **Property** of, **Surety** for and/or wedded to a *de facto,* state-created, Public "U.S. citizen" owned by the Federal *de facto* Military Government of the United States;

14. WHEREAS, I, **James Christopher Castle**, am no longer the **Property** of, **Surety** for and/or wedded to a *de facto* Public "U.S. citizen" (which is "**alieni juris**"), therefore no longer under the *de facto* jurisdictional power of statutorily-created, *de facto* Emergency War Powers Governments (federal and state) as those absolute legislative, absolute


LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014 AT 10:09 A M
BPA BOOK 33 PAGES 221
DEPUTY CLERK

executive and absolute judicial powers are exercised towards a *de facto* Public "U.S. citizen" deemed a "rebel and belligerent" statutorily "residing" in a state deemed an "occupied territory," and therefore no longer under the paternal guardianship of *de facto* Emergency War Powers Governments (federal and state) as those absolute, paternal powers are exercised towards its **"infants and children,"** *de facto* Public "U.S. citizens;"

WHEREAS, BASED UPON THE FOREGOING, I, **James Christopher Castle** in esse and sui juris, do solemnly declare and affirm the following **positive averments**:

1. I am one of the **Posterity** of **"We the People"** by whom and for whom the Constitution was ordained and established according to its Preamble, holding *de jure* Private American National Citizenship conferred upon my natural birth by section 1 of the Fourteenth Amendment to the Constitution of the United States.

2. My Christian name at Common Law is **"James Christopher,"** my surname/family name is **"Castro** privately." I am also publically known by the name James Christopher Castle. (Exhibit 1-BC)(Exhibit 9-Diploma)

3. Wherein discussed in this or any other document when "Castle" or "CASTLE" (public) is stated, it references and includes individually and collectively "Castro" or "CASTRO" (private) as well. My Christian name **"James Christopher Castle"** is spelled in both upper and lower case letters in accordance with proper rules of English grammar. (Exhibit 9) (Exhibit 8)

4. I was naturally born on July 25, 1964. My natural and legal parents are **James Clinton Castro** and **Catherine Mary Castle.** (Exhibit 1)

5. I was naturally born in the city of Sunnyvale, on the land of the county of Santa Clara within the geographical jurisdiction of the State of California. (Exhibit 1)

6. On the day of my natural birth I became a *de jure* **Private National Citizen** of the geographic United States of America (composing the fifty states) pursuant to Section 1 of the Fourteenth Amendment to the Constitution of the United States of America.

7. On the day of my natural birth I became a *de jure* **Private National Citizen/Private Resident** of the geographic State of California pursuant to section 1 of the Fourteenth Amendment to the Constitution of the United States of America.

8. On the day my "Certificate of Live Birth" was filed with the State of California, by operation of law I became the **Property** of, **Surety** for and wedded to "JAMES CHRISTOPHER CASTRO," (Exhibit 8) a state-created, California business trust and statutory **Public "U.S. citizen"** of the *de facto* Emergency War Powers Military

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014   AT   10:09 AM
BPA BOOK _33_   PAGES _222_

DEPUTY CLERK

Government of the "United States," it governing the states as "conquered territories" and its "U.S. citizens" as a conquered people.

9.  Said **Property** has been returned to the natural owner, said **Suretyship** has been terminated, the marriage has ended and my former status of **Private National Citizen** of the United States of America has been restored, pursuant to the maxims of the Law of Contract, the American Common Law and the Uniform Commercial Code, by means of a duly filed and publicly recorded "**Notice of Release Without Consideration—NUNC PRO TUNC.**" (Exhibit 3)

10. My *de jure* **Private National Citizenship** of the Republic of the United States of America is "paramount and dominant," and my *de jure* **Private Citizenship** of the Republic of Iowa is "subordinate and derivative" of said Private National Citizenship of the United States. *Selective Draft Law Cases*, 245 U.S. 366, 389 (1918.) **Private Citizens** of the United States were called "**American freemen**" by pre-14[th] Amendment presidents George Washington, Andrew Jackson, Zachary Taylor and Abraham Lincoln, as well as by post-14[th] Amendment Supreme Court Justice John Marshall Harlan in his dissents in *Maxwell v. Dow*, 176 U.S. 581, 607, 617 (1900) and *Downes v. Bidwell*, 182 U.S. 244, 382 (1901).

11. I now **Privately Reside** at Common Law in my home at 106 Iowa Avenue in the town of Fairfield, on the land of the County of Jefferson, within the territorial jurisdiction of the geographic Republic of Iowa. Therefore, I am a **Private Resident** at Common Law holding **Private Citizenship** of the Republic of Iowa pursuant to Section 1 of the Fourteenth Amendment.

12. **My flags** are **the civilian flag** of the Republic of the United States of America (4 USC 1) and **the civilian flag** of the Republic of Iowa adopted by the Thirty-sixth General Assembly officially in 1921. (36 G.A. 1921) which flag includes a cord with tassels composed of white and blue strands. Neither **civilian flag**, representing its nation under a republican form of government, displays gold fringe and/or gold cords with gold tassels as do military colors displayed by the Commanders-in-chief of the *de facto* Military Governments of both the United States of America and the Republic of Iowa.

13. **My law** is my family *AV1611 King James Bible* born out of **the risen Son of God's** Grand and Glorious Protestant Reformation having birthed the Modern Era.

14. **My seal** is the Great Seal of the geographic Republic of Iowa depicted on the civilian flag of the Republic of Iowa.

15. Being a non-statutory, constitutionally-protected **Private National Citizen** of the Republic of the United States of America and a non-statutory, constitutionally protected

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014    AT    10:09 A M
BPA BOOK _____ 33 _____ PAGES 223
DEPUTY CLERK                    ✓

**Private Citizen/Private Resident** at Common Law of the Republic of Iowa and therefore no longer the **Property** of, **Surety** for and/or wedded to California business trust / Public "U.S. citizen" "JAMES CHRISTOPHER CASTLE," (see Exhibit 8) I am not in commerce as a matter of personal status, as are statutory, state-created, **Surety-backed**, **Public "U.S. citizens"** of the United States, and therefore artificial persons "JAMES CHRISTOPHER CASTLE," without a **Surety** and **personal property**, is a "**Non-Taxpayer**" described in *Economy Plumbing & Heating vs. United States*, 470 F. 2d, 585 at 589 (1972).

16. I have rescinded every **Signature of Suretyship—NUNC PRO TUNC**—ever executed on behalf of business trust/"U.S. citizen" "JAMES CHRISTOPHER CASTLE" (including any derivative of the NAME thereof) be it **public and/or private**, by means of a duly filed "**Affidavit of Truth: Notice of Rescission of Signatures of Suretyship—NUNC PRO TUNC.**" (Exhibit 4)

17. I am the **Secured Party/Lien Creditor** of DEBTOR/"U.S. citizen" "JAMES CHRISTOPHER CASTLE" as a matter of public record. (Exhibit 5)

18. I am the **Agent** and **Attorney-in-fact** for DEBTOR/"U.S. citizen" "JAMES CHRISTOPHER CASTLE" as a matter of special and private trust arrangement. (Exhibit 6)

19. I have the **exclusive**, beneficial use of the copyrighted **NAME** "JAMES CHRISTOPHER CASTLE" (Exhibit 8) in the acquisition of **property**, real and/or personal, as a matter of special and private trust arrangement. (Exhibit 6)

20. I am the **beneficial owner** of all income paid to "U.S. citizen"/state-privileged artificial entity and Non-Taxpayer "JAMES CHRISTOPHER CASTLE" (Exhibit 8) possessing no Surety/personal property and serving as a Transmitting Utility, said "income" once received into my hand being now my **personal property**, and is therefore not "income" for me. (Exhibit 7)

Further, I, **James Christopher Castle** in esse and Sui juris, do solemnly declare and affirm the following **negative averments**:

1. I am not **alieni juris**, holding the status of being the **Property** of, **Surety** for and/or wedded to an artificial, *de facto,* hybrid Public "U.S. citizen" created by state statute in the state of my natural birth for the benefit of the *de facto* Emergency War Powers Military Government created on March 9, 1933; hence, I am neither an infant and a child nor a rebel and a belligerent under the power of a paternal and martial Emergency War Powers Military Government, federal or state.

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN − 5 2014   AT   10:09 A M
BPA BOOK _____ 35 _____ PAGES 224
_____
DEPUTY CLERK

2. My Christian name is not "JAMES CHRISTOPHER CASTLE," "JAMES C. CASTLE," "J. CHRISTOPHER CASTLE," "James C. Castle," "J. Christopher Castle," or any other form of this nom de guerre/name of war carried by all "U.S. citizens," which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record.  (Exhibit 2) (Exhibit 8)

3. My Christian name is not spelled in solely upper case letters or with abbreviations, which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record.  (Exhibit 2)

4. I am not "JAMES CHRISTOPHER CASTLE," "JAMES C. CASTLE," "J. CHRISTOPHER CASTLE," "James C. Castle," "J. Christopher Castle,"  which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record.  (Exhibit 2) (Exhibit 8)

5. I am neither the **Property** of, nor **Surety** for, nor wedded to artificial entity "JAMES CHRISTOPHER CASTLE," "JAMES C. CASTLE," "J. CHRISTOPHER CASTLE," "James C. Castle," "J. Christopher Castle," or any other derivative of this nom de guerre/name of war carried by all "U.S. citizens," being both the property and citizens of the *de facto* Military Government of the United States of America. (Exhibit 8)

6. I am neither a statutory, state-created **Public "United States citizen"** (artificial person) of the sovereign, *de facto* Military Government of the United States nor am I **Surety** for and/or personal property of and/or wedded to a statutory, state-created **Public "United States citizen"** (artificial person) of the sovereign, *de facto* Military Government of the United States as a matter of **Status** and/or a matter of **public and/or private contract**. Therefore, I am not a state-created, federally-owned, statutory **Public "United States citizen"** (artificial person / "U.S. citizen") of the sovereign, *de facto* Military Government of the United States for income/excise/privilege tax purposes.

7. My flags, national and state, are **not military colors** bordered with gold fringe and/or draped with gold cords with gold tassels.

8. I am not a **rebel, belligerent** or **enemy** publicly residing within a **conquered territory** of the "United States" ("the territory over which the sovereignty of the United States exists," *Hooven*, supra, p. 671), its sovereign, *de facto*, Military Government having been created by FDR's presidential proclamation 2040 approved and confirmed by Congress' "Emergency Banking and Relief Act" (12 USC 95a-b), which also the amended "Trading with the Enemy Act" (50 USC App. 5(b)), on March 9, 1933.

9. I do not **publically** reside according to state statute within a **conquered territory** or within a **federal military district** of the geographic Republic of the United States of

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014 AT 10:09A M
BPA BOOK ___38___ PAGES 225
DEPUTY CLERK

America (composed of the fifty states).  My Private Residence at Common Law on the land of the County of Sonoma is:

> **James Christopher Castle, American Freeman**
> Private Citizen of the United States: American National
> Private Citizen of the Republic of Iowa
> 106 Iowa Avenue
> Fairfield, Iowa
> Zip Code Excepted [52556]

10. I do not **publically** reside according to statute within any of the **ten regions** of the geographic United States of America designated by **zip codes**.

Further and finally:

I, **James Christopher Castle**, am a constitutionally-acknowledged and protected, *de jure* **Private American National Citizen** of the United States of America, and therefore, I am a constitutionally-acknowledged and protected, *de jure* **Private Citizen** of the Republic of Iowa, **Privately Residing** at Common Law on the land of Jefferson County.

Therefore, I, **James Christopher Castle**, holding the constitutionally-protected private right to **a civilian due process of law** on both a federal and state level, as well as being unaffected by the wicked "Emergency Banking Relief Act" having imposed a **martial due process of law** (by way of the amended "Trading with the Enemy Act") on any substantively, artificial "**person within the United States**" deemed federal "booty of war," am **as foreign** to the extra-constitutional, alien, *de facto* Emergency War Powers **Military Government** of the United States, and therefore I am **as foreign** to the extra-constitutional, alien, *de facto* Emergency War Powers **Military Government** of the Republic of Iowa as well as the extra-constitutional, alien, *de facto* Emergency War Powers **Military Governments** of the other forty nine (49) states, said extra-constitutional, alien, *de facto* Emergency War Powers **Military Governments** having been "temporarily" created by Congress (12 USC 95a) and by President Franklin D. Roosevelt (Presidential Proclamation Number 2040) on **March 9, 1933**, that most notable Jesuitical **coup d'état**, that great day of infamy and high treason against the **Sovereign American People of the United States of America**, they having ordained and established the grand and glorious Protestant Constitution of the United States of America, with its Baptist Calvinist-inspired Bill of Rights, for themselves and for their **Posterity**—of which I am a member.

This "**Affidavit of Status of James Christopher Castle: American Freeman; Private Citizen of the United States: American National,**" supersedes any previous filing with any public office of said Affidavit of Status.

n/c

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014   AT   10:09 M
BPA BOOK ___33___ PAGES 221
DEPUTY CLERK

Further Affiant Sayeth Not.


James Christopher Castle, American Freeman
Private Citizen of the United States: American National
Private Citizen of the Republic of Iowa
Private Resident of the County of Jefferson
Agent for "JAMES CHRISTOPHER CASTLE"
Owner of the Estate of james castle
All Rights Reserved Without Prejudice


| | |
|---|---|
| **NEW ZEALAND** | ) |
| | ) ss |
| **TAURANGA, BAY OF PLENTY REGION** | ) |


BEFORE ME, on this day personally appeared **James Christopher Castle** known to me by first-hand knowledge or first-hand belief to be the person described herein and who solemnly affirmed under the penalties of perjury that every statement given above was the whole truth to the best of his knowledge.

Subscribed and ~~Affirmed~~ sworn before me on this _6th_ day of

_____May_____, 2014.


_____
Notary Public

KENNETH JAMES LEONARD
No 81163
TAURANGA
JUSTICE OF THE PEACE
FOR NEW ZEALAND



1  NORA A. MANELLA
   United States Attorney
2  MASON C. LEWIS
   Assistant United States Attorney
3  Chief, Tax Division
   GREGORY A. ROTH
4  Assistant United States Attorney
     Room 7215, Federal Building
5    300 North Los Angeles Street
     Los Angeles, CA 90012
6    Telephone:  (213) 894-2576
     Facsimile:  (213) 894-0115
7
   Attorneys for the United States of America
8
9            UNITED STATES DISTRICT COURT
10           CENTRAL DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,       )  Case No. CV 94
                                    )
13            Petitioner,           )  [PROPOSED]
                                    )  ORDER TO SHOW CAUSE
14       vs.                        )
                                    )
15  RANDY L. C███████R,             )
                                    )
16            Respondent.           )
                                    )
17
18       Upon the Petition and supporting Memorandum of Points and
19  Authorities and Declaration to the Petition, the Court finds that
20  Petitioner has established its *prima facie* case for judicial
21  enforcement of the subject summonses.  *See* <u>United States v.</u>
22  <u>Powell</u>, 379 U.S. 48, 58, 85 S.Ct. 248, 13 L.Ed. 2d 112 (1964).
23  *See also* <u>United States v. Samuels, Kramer and Co.</u>, 712 F.2d 1342,
24  1344-45 (9th Cir. 1983) (the Government's *prima facie* case is
25  typically made through the sworn declarations of the I.R.S. agent
26  who issued the summons).
27  ///
28  ///

FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014  AT  10:04 M
BPA BOOK  35  PAGES 231
DEPUTY CLERK

LODGED
CLERK, U.S. DISTRICT COURT
      0 1994

FILED
FEB 15 1994
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LAMAR COUNTY. GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014   AT   10:09 A M
BPA BOOK ____35____ PAGES 232
DEPUTY CLERK

District Court of the United States for the Central District of

California, in Courtroom No. 890

☐ United States Court House
312 North Spring Street, Los Angeles, California, 90012

☑ Roybal Federal Building
255 E. Temple Street, Los Angeles, California, 90012

on March 21 _____, 1994, at 1:30 P.M., and show cause

why testimony and production of books, records, papers and other

data demanded in the subject Internal Revenue Service summonses

should not be compelled.

    IT IS FURTHER ORDERED that copies of this Order, the

Petition, Memorandum of Points and Authorities, and accompanying

Declaration be served promptly upon Respondent by any employee of

the Internal Revenue Service by personal delivery or by certified

mail.

    IT IS FURTHER ORDERED that within ten (10) days after

service upon the Respondent of the herein described documents,

Respondent shall file and serve a written response, (given juris) supported by

appropriate sworn statements, as well as any desired motions.

If, prior to the return date of this Order, Respondent files a

response with the Court stating that Respondent does not desire

to oppose the relief sought in the Petition, nor wish to make an

appearance, then the appearance of Respondent at any hearing

pursuant to this Order to Show Cause is excused, and Respondent

shall be deemed to have complied with the requirements of this

Order.

///

///

2

2 of 8

(64)

the pleadings will be considered on the return date of this

Order.  Only those issues raised by motion or brought into

controversy by the responsive pleadings and supported by sworn

statements filed within ten (10) days after service of the herein

described documents will be considered by the Court.  All

allegations in the Petition not contested by such responsive

pleadings or by sworn statements will be deemed admitted.

DATED:  This  15th  day of  FEBRUARY  , 1994.

UNITED STATES DISTRICT JUDGE

Presented By:

NORA M. MANELLA
United States Attorney
MASON C. LEWIS
Assistant United States Attorney
Chief, Tax Division

GREGORY A. ROTH
Assistant United States Attorney

Attorneys for Petitioner,
United States of America

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014  AT  10:09 A M
BPA BOOK  58  PAGES 233

DEPUTY CLERK

3

63

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

— — —

HONORABLE JOHN G. DAVIES, JUDGE PRESIDING

— — —

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff(s) | ) |
| | ) |
| vs. | ) NO. CV-94■■■-JGD |
| RANDY L. O■■■■■R | ) |
| Defendant(s) | ) |

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN - 6 2014 AT 10:09 A M
BPA BOOK  35  PAGES 234
DEPUTY CLERK

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Los Angeles, California

Monday, March 21, 1994

BEVERLY A. CASARES  CSR# 8630
Official Court Reporter
312 North Spring Street
Room 440
Los Angeles, California 90012
(213) 617-2305

SEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTER

64

4 of 8

```
 1     APPEARANCES:
```

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014 AT  10:09 AM
BPA BOOK ___55___ PAGES _235_

DEPUTY CLERK

```
 2

 3     FOR PLAINTIFF(S)          GREGORY A. ROTH
                                 312 N. Spring Street
 4                               Los Angeles, California 90012
                                 (213) 894-2410
 5

 6     FOR DEFENDANT(S)          RANDY L. O████████R

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

       BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTER
```

FILED & RECORDED IN CLERK'S OFFICE

SPA BOOK ___35___ PAGES 236

DEPUTY CLERK

```
 1        LOS ANGELES, CALIFORNIA; MONDAY, MARCH 15, 1994 AT 10:09 A.M.

 2                             1:30 P.M.

 3             THE CLERK:  Item number 6, case number C7-94___,

 4   United States of America versus Randy L. O_____r.

 5             MR. ROTH:  Good afternoon, your Honor, Assistant

 6   U.S. Attorney Gregory Roth appearing on behalf of the

 7   United States, and its agency the Internal Revenue

 8   Service.

 9             THE COURT:  Is there any opposition?

10             MR. O_____R:  For the record.

11             THE COURT:  Yes.

12             MR. O_____R:  My Christian name is Randy Lee and

13   my family name is O_____r.

14             THE COURT:  All right.

15             MR. O_____R:  That is spelled capital R, lower

16   case, a-n-d-y, capital L, lower case e-e, capital O, lower

17   case _____-r.

18             I have responded to this petition, because it was

19   found on the door of the place where I take up

20   housekeeping, and attempts to create a colorable persona

21   under colorable law by the name of capital R-A-N-D-Y L

22   period, O-_____-R.  The artifice being used

23   here to deceive this Honorable Court must be abated as a

24   Public Nuisance.

25             For the record Randy Lee and Jesus the Christ
```

BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTER

6 of 8

FILED & RECORDED IN CLERKS OFFICE

JUN -5 2014 AT 10:09 AM

BPA BOOK _____ PAGES 257

DEPUTY CLERK

1   Advocate and Wonderful Counselor are requesting

2   Visitation to exercise the Ministerial Powers to be heard

3   on this matter.

4          I, Randy Lee am a native Californian and a Man on

5   the Land in Los Angeles County, not a resident in the

6   Federal Judicial District in the Central District of

7   California.

8          My Colors and Authority is the California Bear Flag

9   with the Gold Star.  My Law is My Family Bible.  And my

10  Status is shown by the Seal of the People.

11         I am who I say I am, not who the U.S. Attorney says

12  I am. Further I sayeth not and I stand mute.

13         THE COURT:  All right.  Please take your things off

14  of the podium and sit down at your table. Mr. Roth, do

15  you have any response to this alleged case of mistaken

16  identity.

17         MR. ROTH:  Well, your Honor, Mr. O_____r seems

18  to think that if you spell your name in upper and lower

19  case, it relieves him of compliance.

20         THE COURT:  Thank you, Mr. Roth. Please call the

21  next case Clerk.

22                    (Proceedings concluded.)

23

24

25

       BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTER

JUN -5 2014   AT   10:09 AM
BPA BOOK _____ 35 _____ PAGES 235
DEPUTY CLERK                              copy

C E R T I F I C A T E

1

2

3

4          I hereby certify that the foregoing

5    matter entitled UNITED STATES OF AMERICA versus RANDY L.

6    O██████R No. CV-94███-JGD is transcribed from the

7    stenographic notes taken by me and is a true and accurate

8    transcription of the same.

9

10

11

12

13   _____        3/25/94
     BEVERLY A. CASARES CSR# 8630          DATED: _____
14   Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014   AT   10:09 AM
BPA BOOK _____ PAGES _____
DEPUTY CLERK

# AFFIDAVIT OF TRUTH
## University Diploma of James Christopher Castle

I, **James Christopher Castle**, in esse and sui juris, solemnly ~~affirm~~, depose and declare under the penalties of perjury that the attached University Diploma issued by the Trustees of Maharishi International University in June of 1987 is an exact, true and correct copy of the original.

Further Affiant Sayeth Not.

**James Christopher Castle**, American Freeman
Private Citizen of the United States: American National
Private Citizen of the Republic of Iowa
Private Resident of the County of Jefferson
All Rights Reserved Without Prejudice

BEFORE ME, on this day personally appeared **James Christopher Castle** known to me by first-hand knowledge and first-hand belief to be the person described herein and who solemnly affirmed under the penalties of perjury that every statement given above was the whole truth to the best of his knowledge.

Subscribed and ~~Affirmed~~ before me on this _6th_ day of _____ May _____, 2014.

~~Notary Public~~ _JUSTICE OF THE PEACE_

KENNETH JAMES LEONARD
TAURANGA
JUSTICE OF THE PEACE
FOR NEW ZEALAND

Exhibit ___

COPY

FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014 AT 10:09 A M
BPA BOOK ____ 35 ____ PAGES 229
DEPUTY CLERK

# AFFIDAVIT OF TRUTH
## Court Reporter's Transcript of Proceedings

I, **James Christopher Castle**, in esse and sui juris, solemnly ~~affirm~~ Swear, depose and declare under the penalties of perjury that:

The attached eight (**8**) page "**Reporter's Transcript of Proceedings**" as recorded by Official Court Reporter Beverly A. Casares for the United States District Court for the Central District of California, the Honorable John G. Davies presiding, March 21, 1994, Los Angeles, California, is a true and correct copy of a copy of the original court transcript.

Further Affiant Sayeth Not.

**James Christopher Castle**, American Freeman
Private Citizen of the United States: American National
Private Citizen of the Republic of Iowa
Private Resident of the County of Jefferson
All Rights Reserved Without Prejudice

**Exhibit 2; Page 1 of 2**

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014  AT  10:09 A M
BPA BOOK _____ 33 _____ PAGES 230
DEPUTY CLERK

**NEW ZEALAND** )

) ss.

**TAURANGA, BAY OF PLENTY REGION** )

BEFORE ME, on this day personally appeared James Christopher Castle known to me by first-hand knowledge and first-hand belief to be the person described herein and who solemnly ~~affirmed~~ swore under the penalties of perjury that every statement given above was the whole truth to the best of his knowledge.

Subscribed and ~~Affirmed~~ sworn before me on this _6th_ day of ___May___, 2014.

Notary Public
Justice of the Peace

KENNETH JAMES LEONARD
No 52263
TAURANGA
JUSTICE OF THE PEACE
FOR NEW ZEALAND

**Exhibit 2; Page 2 of 2**

FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014 AT 10:09 A.M
BPA BOOK _____ 33 PAGES 239
DEPUTY CLERK

## NOTICE OF RELEASE WITHOUT CONSIDERATION—NUNC PRO TUNC

**TO:**    STATE OF CALIFORNIA, Releasee

**IN RE:**    Public U.S. Citizen "JAMES CHRISTOPHER CASTRO" (aka: "JAMES CHRISTOPHER CASTLE," "JAMES C. CASTLE," J. CHRISTOPHER CASTLE)

**FROM:**    JAMES CHRISTOPHER CASTLE, in esse and sui juris, Releasor

Accordingly, I, JAMES CHRISTOPHER CASTLE, in esse and sui juris, being duly sworn, depose and declare under penalty of perjury that:

I, JAMES CHRISTOPHER CASTLE, absolutely release and disclaim **NUNC PRO TUNC** all personal property interests, legal and equitable, in the **Public U.S. Citizen** "JAMES CHRISTOPHER CASTRO" created by the State of California on July 25, 1964, upon the filing of the trust instrument (Exhibit A) (Exhibit 8);

I, JAMES CHRISTOPHER CASTLE, reserve all personal property rights, legal and equitable, granted or secured by the Constitution of the United States of America, Constitution of the State of California and the historic American Common Law;

I, JAMES CHRISTOPHER CASTLE, release and disclaim said property interests so as to limit the State of California in whose favor said property interests would otherwise be exercisable, hereby discharging all duties relating to said interests;

I, JAMES CHRISTOPHER CASTLE, intend no longer to be **Surety** for the State-created, **Public U.S. Citizen** "JAMES CHRISTOPHER CASTLE, (aka: JAMES CHRISTOPHER CASTLE," "JAMES C. CASTLE," "J. CHRISTOPHER CASTLE," or any derivative of said commercial NAME and nom de guerre thereof either entity;

I, JAMES CHRISTOPHER CASTLE, presently a surety "U.S. citizen" and therefore a statutory resident of the Republic of California, intend to return to my former **natural born Citizen** status conferred at my **natural birth** on July 25, 1964, that status being a **private individual** National Citizen of the United States of America conferred by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America and further defined in *Hale v. Henkel*, 201 US 43, 74 (1906);

I, JAMES CHRISTOPHER CASTLE, upon returning to my former status defined above, intend to be identified as a member of the **Posterity** for whom the Constitution of the United States of America was ordained and established as declared in its Preamble;

I, JAMES CHRISTOPHER CASTLE, intend to be legally bound by this Release executed and delivered in accordance with the maxims of the Law of Contract, American Common Law and the Uniform Commercial Code.

The public filing of this Release renders null and void any previous Release filed with any state-created public office serving as a third party record keeper.

Subscribed and ~~Affirmed~~ Sworn before me on

this 6 day of May , 2014.

JAMES CHRISTOPHER CASTLE, Releasor

██████████ 106 Iowa Ave
██████████ Fairfield, Iowa
Zip Code Excepted ███ [52556]

KENNETH JAMES LEONARD
No 50363
TAURANGA
JUSTICE OF THE PEACE
FOR NEW ZEALAND

~~Notary Public~~ Justice of the Peace

**Exhibit 3**

# COUNTY of SANTA CLARA

## SAN JOSE, CALIFORNIA

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN — 5 2014 AT 10:09 A M
BPA BOOK 35 PAGES 240

DEPUTY CLERK

REI 747
26-4-14



### CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA DEPARTMENT OF PUBLIC HEALTH

4300

| | | | | | |
|---|---|---|---|---|---|
| THIS CHILD | 1a. NAME OF CHILD—FIRST NAME James | Christopher | Castro | | |
| | 2. SEX Male | 3a. Single | | 6. DATE OF BIRTH July 25, 1964 | 8:21 A. |
| PLACE OF BIRTH | 5a. PLACE OF BIRTH Kaiser Foundation Hospital-Santa Clara | | 900 Kiely Blvd. | | |
| | Santa Clara | | Santa Clara | | |
| MOTHER OF CHILD | 6a. MAIDEN NAME OF MOTHER Kathleen | Mary | Foley | Caucasian | |
| | 8. AGE OF MOTHER 20 | 9. BIRTHPLACE California | 378 North Delaware St. | | |
| USUAL RESIDENCE OF MOTHER | 11a. USUAL RESIDENCE OF MOTHER 378 North Delaware St. | | | | |
| | CITY OR TOWN San Mateo | San Mateo | California | | |
| FATHER OF CHILD | 12a. NAME OF FATHER James | Clinton | Castro | Caucasian | |
| | 14. AGE OF FATHER 23 | 15. BIRTHPLACE Calif. | Student | Student | |
| INFORMANT'S CERTIFICATION | | Kathleen Mary Castro | | 7/27/64 | |
| ATTENDANT'S CERTIFICATION | | John Duff | | Redwood City | |
| REGISTRAR'S CERTIFICATION | | Weldon Super M.D. | | AUG 11 1964 | |

---

## CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA
COUNTY OF SANTA CLARA } SS

I, Regina Alcomendras, Santa Clara County Clerk-Recorder, do hereby certify that this is a true and exact reproduction of the document officially registered in my office.

Witness my hand and official seal this 23rd day of April 20 08.


REGINA ALCOMENDRAS,
COUNTY CLERK-RECORDER


By Deputy

*R01114434*



This copy not valid unless prepared on engraved border displaying the seal and signature of County Clerk-Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

JUN 5 2014 AT 10:09 AM
BPA BOOK 33 PAGES 241
DEPUTY CLERK

# AFFIDAVIT OF TRUTH

## Notice of Rescission of Signatures of Suretyship—NUNC PRO TUNC

Accordingly, I, **James Christopher Castle**, in esse and sui juris, being duly sworn, depose and declare under penalty of perjury that:

I, **James Christopher Castle**, hereby rescind and revoke **Nunc Pro Tunc** every signature of suretyship, **public and private**, ever provided by Affiant on behalf of California business trust/artificial person/statutory Public U.S. citizen "JAMES CHRISTOPHER CASTLE and JAMES CHRISTOPHER CASTRO" created on July 25, 1964; (Exhibit 8)

This **AFFIDAVIT OF TRUTH: Notice of Rescission of Signatures of Suretyship— NUNC PRO TUNC** extends to every **public** government contract—federal, state, county and city. This rescission and revocation of **public** signature of suretyship includes, but is not limited to, the initial application for a social security number/taxpayer identification number; every individual and/or corporate tax return ever filed, be it federal, state, county and/or city; the initial application for selective service in the Armed Forces of the United States; every application for an individual driver's license, federal and/or state, as well as every driver's license, federal and/or state; every application for a United States passport as well as every issued United States passport; every application for voter registration as well as every voter registration card; and every other **public** government contract, known and unknown, evidencing a **signature of suretyship**;

This **AFFIDAVIT OF TRUTH: Notice of Rescission of Signatures of Suretyship— NUNC PRO TUNC** extends to every **private** business contract. This rescission and revocation of **private** signatures of suretyship includes, but is not limited to, every application for a bank account, individual and business; every application for any form of insurance, including life insurance, motor vehicle insurance, business insurance, and home insurance; and every other application involved in any **private** business endeavor and/or **private** investment evidencing a **signature of suretyship**;

This **AFFIDAVIT OF TRUTH: Notice of Rescission of Signatures of Suretyship— NUNC PRO TUNC** is retroactive to the date of July 25, 1964, the date of the public filing and registration of affiant's Certificate of Live Birth in the State of California, County of Santa Clara.

**Exhibit 4; Page 1 of 2**



FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014   AT   10:09A M
BPA BOOK   33   PAGES 243
DEPUTY CLERK

# Affidavit of Truth
## Notice of Claims, Conveyance and Common Law Lien

I, **James Christopher Castle**, a Private Citizen of the United States pursuant to Section 1 of the Fourteenth Amendment to the Constitution of the United States, in esse and sui juris, hereby solemnly affirm under the penalties of perjury that this Notice of Claims, Conveyance and Common Law Lien is in substance a Private Trust Arrangement utilizing the maxims of the historic American Common Law, the Law of Contract, Pure Equity and the Uniform Commercial Code as they relate to the public and private duties and obligations of Trustees and Beneficiaries concerning legal title to and beneficial use of property held in a Pure, Irrevocable, Common Law Trust arrangement.

## Parties

## INDIVIDUAL/DEBTOR

1. Name: **"JAMES CHRISTOPHER CASTLE"**
   Mailing Address: **P.O. Box 1211**
   City: **Burlingame**
   State: **CA**
   Postal Code: **94011**
   Type of Organization: **Business Trust**
   Jurisdiction of Organization: **California**
   Organization I. D. Number: **CA64-214930**
   Country: **United States**
   INDIVIDUAL is an **Artificial Person** and **Public "U.S. citizen"**
   INDIVIDUAL is a **TRANSMITTING UTILITY**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014 AT 10:09 M
BPA BOOK _____ 33 _____ PAGES 244
DEPUTY CLERK

## INDIVIDUAL/SECURED PARTY/LIEN CREDITOR

2. Name: **James Christopher Castle**
   Mailing Address: **P.O. Box 1211**
   City: **Burlingame**
   State: **California**
   Postal Code: **Excepted [*94011*]**
   Country: **United States of America**
   INDIVIDUAL is a **Natural Person**
   INDIVIDUAL is a **Private Citizen of the United States: American National**

## CLAIMS OF PRIVATE RIGHT

3. I, **James Christopher Castle**, a Private Citizen of the United States pursuant to Section 1 of the Fourteenth Amendment to the Constitution of the United States, in esse and Sui juris, hereby CLAIM all **legal** right, title and interest in the real and personal property of **JAMES CHRISTOPHER CASTLE**, said legal right, title and interest previously held by all States and Territories subject to the jurisdiction of the United States. (Exhibit 8)

4. I, **James Christopher Castle**, a Private Citizen of the United States pursuant to Section 1 of the Fourteenth Amendment to the Constitution of the United States, in esse and sui juris, hereby CLAIM all **beneficial** right, title and interest in the real and personal property of **JAMES CHRISTOPHER CASTLE**, said beneficial right, title and interest previously held by **JAMES CHRISTOPHER CASTLE**. This CLAIM includes the beneficial interest in the use of the name "**JAMES CHRISTOPHER CASTLE**" and the beneficial interest in any and all trust property held in any and all government trust accounts, federal and/or state, created for the benefit of **JAMES CHRISTOPHER CASTLE**.

## CONVEYANCE OF LEGAL TITLE

5. I, **James Christopher Castle**, hereby convey all **legal** right, title and interest in real and personal property to **JAMES CHRISTOPHER CASTLE**.

JUN 5 2014 RECORDED IN CLERK'S OFFICE
AT 10:09 A M
BPA BOOK _____ 33 _____ PAGES 215
DEPUTY CLERK

6.  I, **James Christopher Castle**, retain all **beneficial** right, title and interest in real and personal property, legal and equitable titles never to be merged thereby maintaining a pure trust arrangement between the Parties.

## COMMON LAW LIEN

7.  Based upon a privately held Non-Negotiable Commercial Security Agreement between **James Christopher Castle** and **JAMES CHRISTOPHER CASTLE**, this is Actual and Constructive Notice by the Secured Party/Lien Creditor that all of DEBTOR's **legal interests** in property, now held or hereafter acquired, are under this Common Law lien. Further, this is the entry of the DEBTOR under lien into the Commercial Registry as a **TRANSMITTING UTILITY** for the use and benefit of the Secured Party/Lien Creditor in his acquisition of private property. The following property under Common Law lien is hereby Accepted for Value and Exempt from Levy:

**All legal title to property of DEBTOR enumerated in the above-referenced Private Non-Negotiable Commercial Security Agreement, including organization name "JAMES CHRISTOPHER CASTLE."**

This Affidavit of Truth: Notice of Claims, Conveyance, and Common Law Lien is a Unilateral Contract Under Seal Without Consideration, in full force and effect upon its filing with a public office and thereby part of the public record covering legal and equitable title to specific registered property.

This Instrument is in form and in fact a Notice of Claims, Conveyance and Common Law Lien, but, in truth and substance, it is the intent and purpose of the Affiant to express and establish a private trust relationship between **James Christopher Castle** and **JAMES CHRISTOPHER CASTLE**.

This Instrument is Non-Negotiable, Non-Renewable, Non-Transferable, Perpetual, may be amended by **James Christopher Castle**, only to cease with the natural death of the **James Christopher Castle** and renders null and void any previous Notice of Lien of Debtor by Secured Party filed with a public office.

Further Affiant Sayeth Not.

**Exhibit 5; Page 3 of 4**

FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014   AT  10:09A   M
BPA BOOK _____ 58 _____ PAGES ____
DEPUTY CLERK

**James Christopher Castle**, Secured Party/Lien Creditor
Private Citizen of the United States: American National
Private Citizen of the Republic of Iowa
Private Resident of the County of Jefferson
All Rights Reserved Without Prejudice


**NEW ZEALAND**                                      )

                                                     ) ss.

**TAURANGA, BAY OF PLENTY REGION**    )


BEFORE ME, on this day personally appeared **James Christopher Castle** known to me by first-hand knowledge and first-hand belief to be the person described herein and who solemnly affirmed under the penalties of perjury that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this _____ 6th _____ day of _____ May _____, 2014.


Notary Public
Justice of the Peace

KENNETH JAMES LEONARD
NZ 57263
TAURANGA
JUSTICE OF THE PEACE
FOR NEW ZEALAND

**Exhibit 5; Page 4 of 4**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN - 6 2014   AT   10:09 A M
BPA BOOK ____33____   PAGES 241

DEPUTY CLERK

# NON-NEGOTIABLE COMMERCIAL SECURITY AGREEMENT

## This is Actual and Constructive

## NOTICE

## Of a SPECIAL, PRIVATE and PROPRIETORY Arrangement

## Between Secured Party/Lien Creditor James Christopher Castle and

## DEBTOR "JAMES CHRISTOPHER CASTLE" (Exhibit 8)

_____

**James Christopher Castle, Beneficiary**
Agent/Secured Party/Lien Creditor
Constitutional Private American National
Private "Citizen of the United States"

**6 MAY 2014**
_____
Date

By: _____, Agent
**JAMES CHRISTOPHER CASTLE, TRUSTEE**
Principal/DEBTOR
Statutory Public U.S. citizen
Public "citizen of the United States"

**6 MAY 2014**
_____
DATE

Exhibit 6; Page 1 of 3

FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014
BPA BOOK _____ 33 _____ AT _____ 10:09 _____ M
PAGES 248
DEPUTY CLERK

[this page(s) is intentionally left blank.]

HAMILTON SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014 AT 10:09 AM
BPA BOOK    35    PAGES 249
DEPUTY CLERK

**NEW ZEALAND**                                    )

**TAURANGA, BAY OF PLENTY REGION**        ) ss.
                                                              )

BEFORE ME, on this day personally appeared **James Christopher Castle** known to me by first-hand knowledge and first-hand belief to be the person described herein and who solemnly ~~affirmed~~ under the penalties of perjury that every statement given above was the whole truth to the best of his knowledge.

Subscribed and ~~Affirmed~~ _Swore_ before me on this ____6th____ day of

____May_____, 2014.

_____

~~Notary Public~~
Justice of the Peace

KENNETH JAMES LEONARD
No 57163
TAURANGA
JUSTICE OF THE PEACE
FOR NEW ZEALAND

**Exhibit 6; Page 3 of 3**

BPA BOOK _____ 55 _____ PAGES 250
DEPUTY CLERK

# Affidavit of Exemption From Withholding
## Concerning Non-Taxpayer "JAMES CHRISTOPHER CASTLE"—NUNC PRO TUNC

Accordingly, I, James Christopher Castle, in esse and sui juris, being duly sworn, depose and declare under penalty of perjury that the following facts are true, correct and complete to the best of my knowledge and belief.

1.  AFFIANT was naturally born in the geographic United States of America, in the State of California, in the city of Sunnyvale, on July 25, 1964;

2.  AFFIANT, a natural person, became a *de jure*, natural born **Private Citizen of the United States of America** on the day of his natural birth pursuant to Section 1 of the Fourteenth Amendment to the Constitution of the United States; and therefore,

3.  AFFIANT, a natural person, became a *de jure*, natural born **Private Citizen of the State of California** on the day of his natural birth pursuant to Section 1 of the Fourteenth Amendment to the Constitution of the United States of America, said State citizenship having been conferred by his bona fide, **Private Residency** in the County of Santa Clara;

4.  AFFIANT, by operation of law, was pledged as **Property** for, wedded to and made **Surety** for, a *de facto*, artificial person, statutory **Public United States citizen** by means of a "Certificate of Live Birth" filed with the County of Santa Clara, in the State of California, on July 25, 1964;

5.  AFFIANT, by operation of law, was restored to his former status of being a **Private Citizen of the United States of America: American National** upon the public filing of a "Notice of Release Without Consideration—NUNC PRO TUNC" with the Clerk of Court, Lamar County, Georgia;

6.  AFFIANT has eliminated any presumption of fact that Affiant is **Property** of, **Surety** for, and/or wedded to said statutory Public United States citizen by Affiant's public filing an "Affidavit of Truth: Notice of Rescission of Signatures of Suretyship—NUNC PRO TUNC" with the Clerk of Court, Lamar County, Georgia. Affiant makes his home in Jefferson County, Republic of Iowa, in which county Affiant privately resides on the land at Common Law and does not publicly reside in said county according to statute, federal or state;

FILED & ENTERED IN CLERK'S OFFICE
JUN  5 2014   AT  10:09 M
BPA BOOK _____ 55 _____ PAGES 251
DEPUTY CLERK

7. AFFIANT, by virtue of his constitutionally protected status of being a **Private National Citizen of the United States of America**, is **as foreign** to the present *de facto*, Emergency War Powers, Roman Civil Law-based, **martial due process** of the courts of the United States and the courts of the several states, the former *de jure*, Constitutional, Common Law-based, **civilian due process** of the United States (guaranteed to all Private American National Citizens by the Fifth Amendment) and the Common Law-based, **civilian due process** of the several states (guaranteed to all Private American National Citizens by Section 1 of the 14th Amendment) having been altered and/or modified into the present *de facto*, Emergency War Powers, Civil Law-based, **martial due process** of the United States and the **martial due process** of the several states by a congressionally-amended, World War I statute ("Trading With the Enemy Act") called "**The Emergency Banking Relief Act**" (12 USC 95a) and a subsequent presidential proclamation (2040), both events transpiring on March 9, 1933;

THEREFORE:

8. AFFIANT is not a statutory public "United States citizen;"

9. AFFIANT is not a statutory public "resident" of the United States;

10. AFFIANT is not a statutory "United States person:"

11. AFFIANT is not a statutory "non-citizen national;"

12. AFFIANT is not a statutory public "citizen" of the Republic of California;

13. AFFIANT is not a statutory public "resident" of the Republic of California;

14. AFFIANT is not a statutory "resident alien;"

15. AFFIANT is not a statutory "non-resident alien;"

16. AFFIANT is not a statutory "taxpayer;

17. AFFIANT is not a statutory "non-taxpayer;"

18. AFFIANT does not have a statutory "tax home within the U.S.;"

19. AFFIANT, in holding **the citizenship status** of a Private National Citizen of the United States of America secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America, is not subject to the Internal Revenue Code;

**Exhibit 7; Page 2 of 4**

FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014   AT  10:09 A.M
BPA BOOK _____ 33 _____ PAGES 252
DEPUTY CLERK

20. **AFFFIANT**, as a matter of public record, is the Non-Surety Agent and Attorney-in-fact for **TRANSMITTING UTILITY** and Public "U.S. citizen" "JAMES CHRISTOPHER CASTLE;" therefore Affiant is the **beneficial owner** of all income derived from his exclusive use of the NAME of Non-Taxpayer "JAMES CHRISTOPHER CASTLE," presently under public commercial lien and copyrighted, copy-claimed and trademarked by Affiant; (see Affidavit – Name, and incorporates it herein)

21. AFFIANT therefore declares he is the **beneficial owner** of all income (no longer "income" derived from government conferred privilege, but Affiant's **Private Property**), ever received through **TRANSMITTING UTILITY** and Non-Taxpayer "JAMES CHRISTOPHER CASTLE" and that Non-Taxpayer "JAMES CHRISTOPHER CASTLE" has never received, nor shall ever receive, any beneficial income, including profit and/or gain from any "source" whatsoever, and is therefore exempt from any form of backup withholding by any business, public or private;

22. AFFIANT therefore further declares he is the **beneficial owner** of all income (no longer "income" derived from government conferred privilege, but Affiant's **Private Property**), ever received through **TRANSMITTING UTILITY** and Non-Taxpayer "JAMES CHRISTOPHER CASTLE," and that Non-Taxpayer "JAMES CHRISTOPHER CASTLE" has never received, nor shall ever receive, any beneficial income derived from wages, tips, salaries, etc.; has never had a past or present tax liability, and is therefore exempt from withholding by any employer, public or private;

23. AFFIANT declares this **Affidavit of Exemption from Withholding Concerning Non-Taxpayer "JAMES CHRISTOPHER CASTLE"—NUNC PRO TUNC** renders null and void any previous **Affidavit of Exemption from Withholding** filed with any public office.

Further Affiant Sayeth Not.

**JAMES CHRISTOPHER CASTLE**, American Freeman
Private Citizen of the United States: American National
Private Citizen of the Republic of California
Private Resident of the County of Sonoma
All Rights Reserved Without Prejudice

**Exhibit 7; Page 3 of 4**

FILED & RECORDED IN CLERK'S OFFICE
JUN 5 2014      AT 10:09A M
BPA BOOK ___33___   PAGES 253
DEPUTY CLERK

**NEW ZEALAND**                              )

**TAURANGA, BAY OF PLENTY**          ) ss.
                                            )

BEFORE ME, on this day personally appeared **James Christopher Castle** known to me to be the person described herein and who solemnly ~~affirmed~~ Sworn under the penalties of perjury that every statement given above was the whole truth to the best of his knowledge.

Subscribed and ~~Affirmed~~ Sworn before me on this ____0th____ day of ____May____, 2014.

_____
~~Notary Public~~
Justice of the Peace

KENNETH JAMES LEONARD
NO. 93363
TAURANGA
JUSTICE OF THE PEACE
FOR NEW ZEALAND

**Exhibit 7; Page 4 of 4**

SONOMA COUNTY, CA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUN - 5 2014  AT  10:09A M
BPA BOOK _____ 33 _____ PAGES 254
DEPUTY CLERK _____

# AFFIDAVIT OF TRUTH - NAME
## James Christopher Castro and James Christopher Castle

I, **James Christopher Castle**, (public personna) in esse and sui juris, solemnly swear, affirm, depose and declare under the penalties of perjury that the birth name of James Christopher Castro, (private persona) is simply that – my birth name.

The name James Christopher Castle has been used by me for all schooling diploma matters and professional matters to date. This name, from the year 1982 forward, has been used for all interaction with the government de jure matters which would include all adhesion contracts with this government and all its permeations.

Further Affiant Sayeth Not.

**James Christopher Castle**, American Freeman
Private Citizen of the United States: American National
Private Citizen of the Republic of California
Private Resident of the County of Sonoma
All Rights Reserved Without Prejudice

BEFORE ME, on this day personally appeared **James Christopher Castle** known to me by first-hand knowledge and first-hand belief to be the person described herein and who solemnly affirmed under the penalties of perjury that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this 6th day of May , 2014.

Notary Public
Justice of the Peace   KENNETH JAMES LEONARD
No 97,587
TAURANGA
JUSTICE OF THE PEACE
FOR NEW ZEALAND

**Exhibit 8**