Stephen C. Seto (SBN 175458)
(sseto@wcjuris.com)
**BERGQUIST WOOD McINTOSH SETO** LLP
1470 Maria Lane, Suite 300
Walnut Creek, CA  94596
Telephone:  (925) 938-6100
Facsimile:   (925) 938-4354

Attorneys for Plaintiffs
CHICAGO TITLE INSURANCE COMPANY, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES C. CASTLE aka J. CHRISTOPHER CASTLE et al., and Does 1 through 100, inclusive,<br><br>Defendants.<br><br>And Related Cross-Actions | No. C-11-00896 YGR<br><br>**NOTICE OF WITHDRAWAL OF CHICAGO TITLE INSURANCE COMPANY'S APPLICATION FOR AN ORDER TO SHOW TO CAUSE RE: CONTEMPT**<br><br>Ctrm:  1<br>Judge: Hon. Yvonne Gonzalez Rogers<br>No Trial Date Set |

Plaintiff Chicago Title Insurance Company hereby withdraws its Application for an Order to Show Cause Re: Contempt [Dkt No. 701] because Plaintiff received the sanction payment of $5,600 from Defendant's counsel.

Dated:  October 1, 2014         **BERGQUIST WOOD McINTOSH SETO** LLP


/s/ Stephen C. Seto
STEPHEN C. SETO
Attorneys for Plaintiff Chicago Title Insurance Company

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S APPLICATION FOR OSC RE: CONTEMPT**