**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>             Plaintiffs,<br><br>       vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>             Defendants. | Case No.: **11-CV-896  YGR**<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE DEADLINE** |

The Court, in its order of July 24, 2014 referred this matter to a magistrate judge to conduct a settlement conference by October 17, 2014.  (Dkt. No. 693.)  In light of the request of Defendant and Cross-Claimant Pearson Properties, Inc. dba Prudential California Realty, and the updated information on the parties' scheduled mediation therein, the Court **CONTINUES** the deadline for completion of the settlement conference before Magistrate Judge Vadas to **December 1, 2014**.

Plaintiffs' deadline for filing a status report as to the default judgment issues against other defendants remains the same as set forth in the July 24, 2014 Order.

**IT IS SO ORDERED.**

Date: October 2, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**