UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES C. CASTLE, AKA J. CHRISTOPHER CASTLE, *et al*,<br><br>Defendants. | Case No.   11-cv-00896-YGR   (NJV)<br><br>**ORDER**<br>Re: Dkt. No. 714 |

Upon consideration of the Motion to Reschedule Settlement Conference (Doc. 714), the Order Continuing Settlement Conference Deadline (Doc. 719), and for the reasons stated on the record at the hearing on October 1, 2014, it is

ORDERED that Defendant and Cross-Complainant James C. Castle, aka J. Christopher Castle's ("Castle") request to reschedule the October 8, 2014 Settlement Conference is DENIED as MOOT.  Further, it is ORDERED that Castle's request to participate in the settlement conference by telephone is DENIED.  If and when a new settlement conference is scheduled, Castle shall attend the conference in person.

**IT IS SO ORDERED**.

Dated: October 2, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge