United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>    Plaintiffs,<br><br>vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>    Defendants. | **Case No.: 11-CV-896  YGR**<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

On October 31, 2014, counsel for Plaintiffs and for Defendant/Cross-Complainant Prudential California Realty ("Prudential") appeared for a compliance hearing. In light of their representations on the record, and their late-filed status report, the Court **CONTINUES** the matter for a further compliance hearing on **December 19, 2014,** on the Court's 9:01 a.m. calendar. Plaintiffs and Prudential shall file a joint status report no later than **December 12, 2014.** If the joint status report is filed timely, the Court will vacate the compliance hearing.

The parties are directed to address the following items in the status report, as discussed on the record:

(1) the status of all motions for default judgment against defaulted individuals and a listing of those defaulted individual defendants Plaintiffs have dismissed;

(2) the status of all motions for default judgment against defaulted "conspirator"/entity defendants and a proposed plan for proceeding to resolve the balance of the action/defendants, including, without limitation, the disposition of the RICO claims against the various defendants;

(3) the status of Prudential's cross-claims, any dismissals or default judgment motions on those cross-claims, and any settlement discussions between Plaintiffs and Prudential.

**IT IS SO ORDERED.**

Date: October 31, 2014

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE