# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>　　　　Defendants. | **Case No.: 11-CV-896  YGR**<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; GRANTING MOTION FOR DEFAULT JUDGMENT** |

The Court has reviewed the Report and Recommendation of Magistrate Judge Maria-Elena James to Grant Plaintiff Credit One, LLC's Motion for Default Judgment Against Curtis Guillotte (Dkt. No. 704), to which no party filed an objection.  The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report, Plaintiff Credit One, LLC's Motion for Default Judgment Against Curtis Guillotte (Dkt. No. 682) is **GRANTED**.

A partial judgment in favor of Credit One, LLC and against Curtis Guillotte in the amount of **$1,305,189.97 plus interest per diem at $80.43 from February 14, 2014**, shall be entered.

This terminates Docket Numbers 682 and 704.

**IT IS SO ORDERED.**

Date: October 31, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**