# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>    Plaintiffs,<br><br>vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>    Defendants. | **Case No.: 11-CV-896  YGR**<br><br>**PARTIAL JUDGMENT AGAINST DEFENDANT CURTIS GUILLOTTE IN FAVOR OF PLAINTIFF CREDIT ONE, LLC** |

The Court having granted the Motion for Default Judgment of Plaintiff Credit One, LLC Against Curtis Guillotte it is **ORDERED, ADJUDGED AND DECREED** that the complaint is **DISMISSED WITH PREJUDICE** as against **DEFENDANT CURTIS GUILLOTTE**.

Partial Judgment is entered in favor of Plaintiff favor of Credit One, LLC and against Curtis Guillotte in the amount of **$1,305,189.97 plus interest per diem at $80.43 from February 14, 2014**.

**IT IS SO ORDERED.**

Date: October 31, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**