STEPHEN C. SETO (SBN 175458)
**BERGQUIST WOOD McINTOSH SETO LLP**
1470 Maria Lane, Suite 300
Walnut Creek, CA  94596
Telephone:    (925) 938-6100
Facsimile:    (925) 938-4354

Attorneys for Plaintiffs
FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES C. CASTLE aka J. CHRISTOPHER CASTLE, et al., and Does 1 through 100, inclusive, <br><br> Defendants. | No. C-11-00896 -YGR <br><br> **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT RANDALL CRAWFORD PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| And Related Cross-Actions. | |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiffs, pursuant to Fed. R. Civ. P. 41(a)(1), hereby

voluntarily dismiss, <u>with prejudice</u>, Defendant RANDALL CRAWFORD in the above-

captioned matter.

Dated:  November 20, 2014          **BERGQUIST WOOD M**

/s/ *Stephen C. Seto*

STEPHEN C. SETO
Attorneys for Plaintiff

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

11/21/14