UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALLY BANK, et al.,

    Plaintiffs,

  v.

LARA KARAKASEVIC, et al.,

    Defendants.

Case No. 11-cv-00896-YGR (MEJ)

**ORDER RE: DAMAGES REQUESTED BY PLAINTIFF COMMONWEALTH**

Re: Dkt. No. 759

      Pending before the Court is the Motion for Default Judgment brought by Plaintiff Commonwealth Land Title Insurance Company against Defendants Daniel and Kelly Young. Dkt. No. 759. As part of its Motion, Commonwealth seeks $400 in costs plus pre-judgment and post-judgment interest. However, as Commonwealth has not directed the Court to any evidence in support of these damages, the Court advises Commonwealth that its proposed findings of fact should include (1) a calculation of any interest it claims, (2) citations to evidence in support of these damages, and (3) evidence that it incurred $400 in costs.

      **IT IS SO ORDERED.**

Dated: January 5, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge