UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLY BANK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LARA KARAKASEVIC, et al.,<br><br>    Defendants. | Case No. 11-cv-00896-YGR (MEJ)<br><br>**ORDER RE: PROPOSED FINDINGS OF FACT & CONCLUSIONS OF LAW**<br><br>Re: Dkt. No. 759 |

On December 16, 2014, the Court directed Plaintiff Commonwealth Land Title Insurance Company to file proposed findings of fact and conclusions of law by January 2, 2015. Dkt. No. 762. However, on January 5, 2015, the Court requested Commonwealth include additional information. Dkt. No. 764. Accordingly, Commonwealth shall file its proposed findings by January 7, 2015. Plaintiff shall also email the proposed findings in Microsoft Word format to mejpo@cand.uscourts.gov. No chambers copies need to be submitted. As a reminder, the proposed findings shall be structured as outlined in Attachment A (included with the December 16 notice) and include the following additional information: (1) a calculation of any interest it claims, (2) citations to evidence in support of these damages, and (3) evidence that it incurred $400 in costs.

**IT IS SO ORDERED.**

Dated: January 6, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge