United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>Plaintiffs,<br><br>vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>Defendants. | **Case No.:  11-CV-896  YGR**<br><br>**ORDER VACATING HEARING ON MOTION OF PLAINTIFF CREDIT ONE, LLC TO REVISE OCTOBER 31, 2014 JUDGMENT** |

Plaintiff Credit One, LLC ("Credit One") has filed a request to withdraw its Motion to Revise October 31, 2014 Judgment Pursuant to Rule 54(b) (Dkt. No. 770).  Consequently, the motion is deemed withdrawn and the hearing set for Tuesday, February 24, 2015, at 2:00 p.m. is **VACATED**.

This terminates Dkt No. 770.

**IT IS SO ORDERED.**

Date: February 23, 2015

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**