# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>Plaintiffs,<br><br>vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>Defendants. | **Case No.: 11-CV-896 YGR**<br><br>**ORDER FOR REFERRAL TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, this matter is **REFERRED** to Magistrate Judge Maria-Elena James for a report and recommendation on the Motion for Default Judgment as to Defendants Fahed Eweis and Nadia Eweis (Dkt. No. 773.)

The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Date: February 26, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: MagRef Email; Magistrate Judge James