# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLY BANK, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>LARA KARAKASEVIC, et al.,<br><br>    Defendants. | Case No. 11-cv-00896-YGR   (MEJ)<br><br>**ORDER RE: MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 773 |

Pending before the Court is Plaintiff Chicago Title Insurance Company's Motion for Default Judgment as to Defendants Fahed Eweis and Nadia Eweis, which has been referred to the undersigned to prepare a report and recommendation. Dkt. Nos. 773, 778. On February 26, 2015, the Court directed Plaintiff to file proposed findings of fact and conclusions of law by March 12, 2015, if no opposition was filed. Dkt. No. 779. Plaintiff has failed to comply with the Court's directive. Accordingly, Plaintiff is ORDERED to file the proposed findings and conclusions of law by March 23, 2015. The submission shall be structured as previously directed and include all relevant legal authority and analysis necessary to establish the case. *See* February 26, 2015 Notice, Attachment A. Plaintiff shall also email the proposed findings in Microsoft Word format to mejpo@cand.uscourts.gov. No chambers copies is required. For further assistance, Plaintiff is encouraged to review previous Report and Recommendations that have been issued in this case. Dkt. Nos. 704, 769.

**IT IS SO ORDERED.**

Dated: March 17, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge