STEPHEN C. SETO (SBN 175458)
**BERGQUIST WOOD McINTOSH SETO LLP**
1470 Maria Lane, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 938-6100
Facsimile: (925) 938-4354

Attorneys for Plaintiffs
FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES C. CASTLE aka J. CHRISTOPHER CASTLE, et al., and Does 1 through 100, inclusive, <br><br> Defendants. <br><br> And Related Cross-Actions. | No. C-11-00896 -YGR <br> ORDER GRANTING **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PEARSON PROPERTIES, INC. DBA PRUDENTIAL CALIFORNIA REALTY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiffs, pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismiss, <u>with prejudice</u>, Defendant PEARSON PROPERTIES, INC. DBA PRUDENTIAL CALIFORNIA REALTY. in the above-captioned matter.

Dated: April 9, 2015       **BERGQUIST WOOD McINTOSH SETO**

/s/ *Stephen C. Seto*
STEPHEN C. SETO
Attorneys for Plaintiffs

4/10/15
IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)
-1-