SHANNON B. JONES LAW GROUP, INC.
SHANNON B. JONES (Bar No. 149222)
sbj@sbj-law.com
MARC J. CARDINAL (Bar No. 197437)
mjc@sbj-law.com
208 W. El Pintado Road
Danville, California 94526
Telephone: (925) 837-2317
Facsimile: (925) 837-4831

Attorneys for Defendant and Cross-Claimant
PEARSON PROPERTIES, INC., DBA PRUDENTIAL
CALIFORNIA REALTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JAMES C. CASTLE aka J. CHRISTOPHER CASTLE, individually and as Trustee of the J. Christopher Castle Irrevocable Trust, *et al.*,<br><br>　　　　Defendants.<br>―――――――――――――――――――――<br>PEARSON PROPERTIES, INC., DBA PRUDENTIAL CALIFORNIA REALTY,<br><br>　　　　Cross-Claimant,<br><br>v.<br><br>GJZ GROUP, also known as GZJ GROUP, GEORGE LARSEN, TISHA TRITES, GARY SILVERMAN, WILLIAM LAVELLE, EVAN TIMMEL, BEACH VIEW ENTERPRISES, INC., JOHN WILLIAMSON, SCOTT DION, TERESA WEDDLE, AND ROES 1 THROUGH 100, INCLUSIVE,<br><br>　　　　Cross-Defendants. | Case No. C-11-00896 YGR<br>**ORDER GRANTING**<br>PEARSON PROPERTIES, INC. DBA PRUDENTIAL CALIFORNIA REALTY'S ~~NOTICE OF~~ VOLUNTARY DISMISSAL <u>Cross-Defendants EVAN TIMMEL, GJZ GROUP, also known as GZJ GROUP, GEORGE LARSEN, TISHA TRITES, GARY SILVERMAN, WILLIAM LAVELLE, SCOTT DION, and TERESA WEDDLE</u> |

Prudential's Notice of Voluntary Dismissal - Case No. C-11-00896 YGR

1     TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2     PLEASE TAKE NOTICE THAT Cross-Claimant PEARSON PROPERTIES,

3 INC., dba PRUDENTIAL CALIFORNIA REALTY, pursuant to Fed. R. Civ. Proc. 41(a)(1),

4 hereby voluntarily dismisses Cross-Defendants EVAN TIMMEL, GJZ GROUP, also known as

5 GZJ GROUP, GEORGE LARSEN, TISHA TRITES, GARY SILVERMAN, WILLIAM

6 LAVELLE, SCOTT DION, and TERESA WEDDLE, <u>without prejudice</u>.

7 Dated: April 29, 2015

8                                SHANNON B. JONES LAW GROUP, INC.

10                                By _____

11                                   SHANNON B. JONES
                                  Attorneys for Defendant
12                                  PEARSON PROPERTIES, INC.
                                 DBA PRUDENTIAL CALIFORNIA REALTY

18 Dated: May 5, 2015

                          IT IS SO ORDERED
                          Judge Yvonne Gonzalez Rogers