1  SHANNON B. JONES LAW GROUP, INC.
2  SHANNON B. JONES (Bar No. 149222)
   sbj@sbj-law.com
3  208 W. El Pintado Road
   Danville, California 94526
4  Telephone:  (925) 837-2317
   Facsimile:  (925) 837-4831
5
   Attorneys for Defendant and Cross-Claimant
6  PEARSON PROPERTIES, INC., DBA PRUDENTIAL
   CALIFORNIA REALTY
7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10                         OAKLAND DIVISION

11

12 FIDELITY NATIONAL TITLE INSURANCE )   Case No. C-11-00896 YGR
   COMPANY, *et al.*,                 )   **ORDER GRANTING**
13                                     )   PEARSON PROPERTIES, INC. DBA
              Plaintiffs,             )   PRUDENTIAL CALIFORNIA REALTY'S
14                                     )   NOTICE OF VOLUNTARY DISMISSAL
         v.                           )   Cross-Defendants BEACH VIEW
15                                     )   ENTERPRISES AND JOHN
   JAMES C. CASTLE aka J. CHRISTOPHER )   WILLIAMSON
16 CASTLE, individually and as Trustee of the J. )
   Christopher Castle Irrevocable Trust, *et al.*, )
17                                     )
              Defendants.             )
18 ————————————————————————————— )
                                      )
19 PEARSON PROPERTIES, INC., DBA      )
   PRUDENTIAL CALIFORNIA REALTY,      )
20                                     )
              Cross-Claimant,         )
21                                     )
   v.                                 )
22                                     )
   GJZ GROUP, also known as GZJ GROUP, )
23 GEORGE LARSEN, TISHA TRITES, GARY  )
   SILVERMAN, WILLIAM LAVELLE, EVAN   )
24 TIMMEL, BEACH VIEW ENTERPRISES,    )
   INC., JOHN  WILLIAMSON, SCOTT DION, )
25 TERESA WEDDLE, AND ROES 1          )
   THROUGH 100, INCLUSIVE,            )
26                                     )
              Cross-Defendants.       )
27                                     )
28 ————————————————————————————— )

1    TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2         PLEASE TAKE NOTICE THAT Cross-Claimant PEARSON PROPERTIES,

3    INC., dba PRUDENTIAL CALIFORNIA REALTY, pursuant to Fed. R. Civ. Proc. 41(a)(1),

4    hereby voluntarily dismisses Cross-Defendants BEACH VIEW ENTERPRISES and JOHN

5    WILLIAMSON, with prejudice.

6    Dated: June ⟋, 2015

                                    SHANNON B. JONES LAW GROUP, INC.

                                    By_____
                                          SHANNON B. JONES
                                         Attorneys for Defendant
                                    PEARSON PROPERTIES, INC.
                                    DBA PRUDENTIAL CALIFORNIA REALTY


                              ORDER

Pursuant to this Notice of Voluntary Dismissal, IT IS SO ORDERED.
Cross-Defendants Beach View Enterprises and John Williamson are DISMISSED
WITH PREJUDICE.
Dated: June 11, 2015

                              YVONNE GONZALEZ ROGERS
                              U.S. DISTRICT COURT JUDGE

1

CERTIFICATE OF SERVICE

2

I, the undersigned, declare:

3

        I am a resident of the State of California and over the age of eighteen years, and

4

not a party to the within action; my business address is 208 W. El Pintado Road, Danville, CA 94526.  On June *9* , 2015, I served the within document(s):

5

6

**PEARSON PROPERTIES, INC. DBA PRUDENTIAL CALIFORNIA REALTY'S**
**NOTICE OF VOLUNTARY DISMISSAL Cross-Defendants BEACH VIEW**
**ENTERPRISES AND JOHN WILLIAMSON**

7

8

XX___ by transmitting via electronic mail the above listed document(s) to the electronic mail addresses set forth below on this date before 5:00 p.m.

9

10

_____ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Danville, California addressed as set forth below

11

12

*Attorneys for Plaintiff Chicago Title\**
Stephen C. Seto, Esq.
BERQUIST WOOD McINTOSH SETO LLP
1470 Maria Lane Ste., 300
Walnut Creek, CA 94596
Ph:  (925) 938-6100
Fax: (925) 938-4354
sseto@wcjuris.com

*Attorneys for Atlus Equity, LLC\**
Peter Logan Simon
Beyers & Costin
200 Fourth Street Ste. 400
P.O. Box 878
Santa Rosa, CA 95402-0878
Ph: (707) 547-2000
Fx: (707) 526-3672
psimon@beyerscostin.com

13

14

15

16

17

*Beach View Enterprises, Inc. & John E.*
*Williamson*
David S. Miller
Attorney at Law
4333 Park Terrace Dr., Ste. 120
Westlake Village, CA  91361
dsmilleresq@aol.com

*James C. Castle aka Christopher Castle,*
*individually and as trustee of the J.*
*Christopher Castle Irrevocable Trust, Pro Se\**
James C. Castle
P.O. Box 1211
Burlingame, CA 94014
chris@oreplex.com
jcristopher@gmail.com

18

19

20

21

22

        I declare under penalty of perjury under the laws of the State of California that the

23

above is true and correct.

24

        Executed on June *9* , 2015, at Danville, California.

25

26

_____

27

C. OLSON

28