United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>       Plaintiffs,<br><br>vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>       Defendants. | Case No.: 11-CV-896 YGR<br><br>**ORDER RE: CASE MANAGEMENT AND STATUS REPORT** |

This matter is currently set for a continued case management conference on September 14, 2015, at 2:00 p.m., with an updated case management statement due by September 4, 2015.

In addition to any updates to the required information in the statement, the parties are directed specifically to address the following issues:

1.     Plaintiffs' prior status statement indicated that Plaintiffs would dismiss or file motions for default judgment as to all individual and non-individual defendants by July 22, 2015. Plaintiffs have sought default judgments as to a number of defendants, and proceeded to Report and Recommendation before Magistrate Judge Maria-Elena James. However, the Court's records indicate that the status of the following defendants named in Plaintiffs' Fourth Amended Complaint ("4th AC") is not resolved as of the date of this Order:

| Defendant | Status |
|---|---|
| Cross, Cathy | Named in 4thAC counsel withdrew 4/2/13, nothing after that |
| DiChiara, John Michael | Default entered 7/2/13, Dkt. No. 494, No DJ yet |
| Karakasevic, Lara | Default entered 6/12/13, Dkt. No. 471, No DJ yet |
| Lange, Jolee | Default entered 6/7/13, Dkt. No. 453, No DJ yet |
| Larsen, George | Default entered 6/7/13, Dkt. No. 453, No DJ yet |
| Gallagher, Patrick | Named in 4thAC, counsel withdrew 4/2/13; nothing after that |
| Porto, Donald | Certificate of service 11/16/11, Dkt. No. 100; Answered 4thAC on 5/20/13, Dkt. No. 421 |
| Porto, Patricia | Certificate of service 11/16/11, Dkt. No. 100; Answered 4thAC on 5/20/13, Dkt. No. 421 |
| Silverman, Gary | Default entered 6/7/13, Dkt. No. 453, No DJ yet |
| Smith, Todd | Default entered 6/7/13, Dkt. No. 453, No DJ yet |
| Young, Jason | Default entered 6/7/13, Dkt. No. 453, No DJ yet |
| AFOG Group | Default entered 6/28/13, Dkt. No. 489, No DJ yet |
| CCCT Group | Default entered 5/31/13, Dkt. No. 432, No DJ yet |
| CJT Financial Group | Default entered 6/12/13, Dkt. No. 471, No DJ yet |
| GJZ Group | Default entered 6/7/13, Dkt. No. 453, No DJ yet |
| Golden Hills Trust | Default entered 6/7/13, Dkt. No. 453, No DJ yet |
| Oreplex | Default entered 6/7/13, Dkt. No. 453, No DJ yet |
| Shon-Te-East-A Walks with Spirit | Default entered 7/2/13, Dkt. No. 494, No DJ yet |
| Tisha Trites Realty (TTR) | Default entered 6/7/13, Dkt. No. 453, No DJ yet |

2. The Court's review of the status of cross-defendants to the cross-complaint of Pearson Properties Inc. dba Prudential California Realty indicates that the status of cross-defendants Dabelich & Dabelich dba Round Up Realty, and Zelimir Dabelich, has not yet been resolved.  (*Cf.* Dkt. Nos. 790, 799 [dismissing other cross-defendants].)

The parties are directed to address these issues and to be prepared to discuss them at the case management conference.

**IT IS SO ORDERED.**
Date: August 27, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**