**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>　　　　Defendants. | Case No.:  **11-CV-896  YGR**<br><br>**ORDER RE: CASE MANAGEMENT AND STATUS REPORT** |

　　The Court is in receipt of the status report filed by Plaintiffs Fidelity National Title Insurance Company, et al. on September 4, 2015.  In light of the representations therein that further default judgment applications will be filed no later than September 14, 2015, the case management conference currently set for September 14, 2015, is **CONTINUED** to **September 28, 2015,** at 2:00 p.m., with an updated case management statement due by **September 21, 2015**.

　　Plaintiffs shall update the status of the remaining defendants, as listed in their status report.  In addition, cross-complainant Pearson Properties Inc. dba Prudential California Realty shall update the the status of cross-defendants Dabelich & Dabelich dba Round Up Realty, and Zelimir Dabelich, which appears from the Court's review of the docket has not yet been resolved. (*Cf.* Dkt. Nos. 790, 799 [dismissing other cross-defendants].)

　　**IT IS SO ORDERED.**

Date: September 8, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**