1  STEPHEN C. SETO (SBN 175458)
   **BERGQUIST WOOD McINTOSH SETO LLP**
2  1470 Maria Lane, Suite 300
   Walnut Creek, CA  94596
3  Telephone:   (925) 938-6100
   Facsimile:    (925) 938-4354
4
   Attorneys for Plaintiffs
5  FIDELITY NATIONAL TITLE INSURANCE
   COMPANY, et al.

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
9/8/15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al.,<br><br>         Plaintiffs,<br>vs.<br><br>JAMES C. CASTLE aka J. CHRISTOPHER CASTLE, et al., and Does 1 through 100, inclusive,<br><br>         Defendants.<br><br>And Related Cross-Actions. | No. C-11-00896 -YGR<br><br>**ORDER GRANTING**<br>PLAINTIFFS' ~~NOTICE OF~~ VOLUNTARY DISMISSAL OF DEFENDANTS DONALD PORTO AND PATRICIA PORTO PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiffs, pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismiss, <u>with prejudice</u>, Defendants DONALD PORTO and PATRICIA PORTO in the above-captioned matter.

Dated:  September 3, 2015                                    **BERGQUIST WOOD McINTOSH SETO** LLP

                                                             /s/ *Stephen C. Seto*
                                                             ─────────────────────────
                                                             STEPHEN C. SETO
                                                             Attorneys for Plaintiffs

{00032406.1}

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)
-1-