1    STEPHEN C. SETO (SBN 175458)
     **BERGQUIST WOOD McINTOSH SETO LLP**
2    1470 Maria Lane, Suite 300
     Walnut Creek, CA  94596
3    Telephone:      (925) 938-6100
     Facsimile:      (925) 938-4354
4
     Attorneys for Plaintiffs
5    FIDELITY NATIONAL TITLE INSURANCE
     COMPANY, et al.
6

IT IS SO ORDERED

*Yvonne Gonzalez Rogers*

Judge Yvonne Gonzalez Rogers

9/8/15

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

11

12   FIDELITY NATIONAL TITLE                No. C-11-00896 -YGR
     INSURANCE COMPANY, et al.,
13                                          **ORDER GRANTING
                                            PLAINTIFFS' X̶O̶T̶I̶C̶E̶ O̶F̶ VOLUNTARY**
                                            **DISMISSAL OF DEFENDANT PATRICK**
14            Plaintiffs,                   **GALLAGHER PURSUANT TO FEDERAL**
          vs.                               **RULE OF CIVIL PROCEDURE 41(a)(1)**
15
     JAMES C. CASTLE aka J.
16   CHRISTOPHER CASTLE, et al., and
     Does 1 through 100, inclusive,
17
              Defendants.
18

19   And Related Cross-Actions.

20

21   TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

22          PLEASE TAKE NOTICE that Plaintiffs, pursuant to Fed. R. Civ. P. 41(a)(1), hereby

23   voluntarily dismiss, <u>with prejudice</u>, Defendant PATRICK GALLAGHER in the above-

24   captioned matter.

25   Dated:  September 3, 2015              **BERGQUIST WOOD McINTOSH SETO** LLP

26
                                           /s/ *Stephen C. Seto*
27                                         ─────────────────────────
                                           STEPHEN C. SETO
                                           Attorneys for Plaintiffs
28

{00032792 1}
     PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)
                                        -1-