**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
9/8/15

STEPHEN C. SETO (SBN 175458)
**BERGQUIST WOOD McINTOSH SETO LLP**
1470 Maria Lane, Suite 300
Walnut Creek, CA 94596
Telephone:  (925) 938-6100
Facsimile:   (925) 938-4354

Attorneys for Plaintiffs
FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES C. CASTLE aka J. CHRISTOPHER CASTLE, et al., and Does 1 through 100, inclusive, <br><br> Defendants. <br><br> And Related Cross-Actions. | No. C-11-00896-YGR <br> **ORDER GRANTING PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CATHY CROSS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiffs, pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismiss, <u>with prejudice</u>, Defendant CATHY CROSS in the above-captioned matter.

Dated: September 3, 2015             **BERGQUIST WOOD McINTOSH SETO** LLP

/s/ *Stephen C. Seto*
_____
STEPHEN C. SETO
Attorneys for Plaintiffs

{00032791.1}
PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)
-1-