

STEPHEN C. SETO (SBN 175458)
**BERGQUIST WOOD McINTOSH SETO LLP**
1470 Maria Lane, Suite 300
Walnut Creek, CA  94596
Telephone:   (925) 938-6100
Facsimile:    (925) 938-4354

Attorneys for Plaintiffs
FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES C. CASTLE aka J. CHRISTOPHER CASTLE, et al., and Does 1 through 100, inclusive,<br><br>Defendants.<br><br>And Related Cross-Actions. | No. C-11-00896 -YGR<br><br>ORDER GRANTING<br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JOLEE LANGE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiffs, pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismiss, <u>with prejudice</u>, Defendant JOLEE LANGE in the above-captioned matter.

Dated:  September 11, 2015          **BERGQUIST WOOD McINTOSH SETO** LLP

/s/ *Stephen C. Seto*
STEPHEN C. SETO
Attorneys for Plaintiffs