STEPHEN C. SETO (SBN 175458)
**BERGQUIST WOOD McINTOSH SETO LLP**
1470 Maria Lane, Suite 300
Walnut Creek, CA  94596
Telephone:   (925) 938-6100
Facsimile:    (925) 938-4354

Attorneys for Plaintiffs
FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al.

*IT IS SO ORDERED*
Judge Yvonne Gonzalez Rogers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al.,<br><br>            Plaintiffs,<br>        vs.<br><br>JAMES C. CASTLE aka J. CHRISTOPHER CASTLE, et al., and Does 1 through 100, inclusive,<br><br>            Defendants. | No. C-11-00896 -YGR<br><br> ORDER GRANTING<br>**PLAINTIFFS' ~~NOTICE OF~~ VOLUNTARY DISMISSAL OF DEFENDANT JASON YOUNG PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| And Related Cross-Actions. | |

TO:      ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiffs, pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismiss, <u>without prejudice</u>, Defendant JASON YOUNG in the above-captioned matter.

Dated:  September 15, 2015        **BERGQUIST WOOD McINTOSH SETO** LLP

/s/ *Stephen C. Seto*
STEPHEN C. SETO
Attorneys for Plaintiffs

{00032794.1}
PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)
-1-