**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>    Plaintiffs,<br><br>vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>    Defendants. | Case No.: 11-CV-896 YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING FURTHER STATUS REPORT DEADLINE AND COMPLIANCE DATE** |

The Court is in receipt of the case management and status report filed by Plaintiffs Fidelity National Title Insurance Company, *et al.* on September 21, 2015. In light of Plaintiffs' progress in filing default judgment applications and representations that further applications for default judgment as to the remaining defendants are forthcoming, the Court **VACATES** the case management conference set for September 28, 2015.

The Court **SETS** a compliance hearing regarding the status of the remaining default judgment applications and any additional motions for Friday, **December 4, 2015**, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

No later than **November 20, 2015**, Plaintiffs shall file an updated statement concerning the status of the resolution of the claims. If such statement is filed timely, the Court will vacate the compliance hearing.

**IT IS SO ORDERED.**

Date: September 23, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**