**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>　　　　Defendants. | Case No.: 11-CV-896 YGR<br><br>**ORDER CONTINUING COMPLIANCE DATE** |

The Court is in receipt of the case management and status report filed by Plaintiffs Fidelity National Title Insurance Company, *et al.* on November 24, 2015. In light of Plaintiffs' progress in filing default judgment applications and representations that further applications for default judgment as to the remaining defendants will be filed by December 4, 2015, the Court **CONTINUES** the compliance hearing set for December 4, 2015, to **January 15, 2016**, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

No later than **January 8, 2016**, Plaintiffs shall file an updated statement concerning the status of the resolution of the claims. If such statement is filed timely, the Court will vacate the compliance hearing.

**IT IS SO ORDERED.**

Date: November 30, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**