**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, *et al*,<br><br>        Plaintiffs,<br><br>    vs.<br><br>**JAMES C. CASTLE AKA J. CHRISTOPHER CASTLE**, *et al*,<br><br>        Defendants. | **Case No.: 11-CV-896 YGR**<br><br>**JUDGMENT** |

The Court, having entered its Order Adopting In Part Magistrate Judge's Report and Recommendation and Granting Motions for Default Judgment (Dkt. No. 909) and its Order Adopting Report and Recommendations Re Renewed Motion for Attorneys' Fees and Granting In Part Renewed Motion for Attorneys' Fees (Dkt. No. 974), **HEREBY ORDERS, ADJUDGES, AND DECREES** that judgment is entered as follows:

**1.    In favor of Plaintiff Commonwealth against Defendants Daniel Young and Kelly Young**

Judgment is entered in favor of plaintiff Commonwealth Land Title Insurance Company against defendants Daniel Young and Kelly Young for fraud, conspiracy to defraud and negligence with respect to the **Shannon Bay** property, joint and several with defendants Remus Kirkpatrick aka Al Kirkpatrick, Golden Hills Trust, and Laura Pezzi in the amount of **$190,000** plus prejudgment interest in the amount of **$72,815.39**.

**2.   In favor of Plaintiff Chicago Title
against Defendants Fahed Eweis and Nadia Eweis**

Judgment is entered in favor of plaintiff Chicago Title Insurance Company against defendants Fahed Eweis and Nadia Eweis for fraud, conspiracy to defraud and negligence with respect to the **Valley West** Property, joint and several with defendants Golden Hills Trust, Remus Kirkpatrick aka Al Kirkpatrick, and Laura Pezzi, in the amount of **$191,500** plus prejudgment interest in the amount of **$63,910.20**.

**3.   In favor of Plaintiffs Chicago Title, Commonwealth and Fidelity
against Defendant Laura Pezzi**

Judgment is entered in favor of plaintiffs Chicago Title Insurance Company, Commonwealth Land Title Insurance Company and Fidelity National Title Insurance Company against defendant Laura Pezzi for fraud, conspiracy to defraud and racketeering with respect to **Shannon Bay** (joint and several with defendants Daniel Young, Kelly E. Young, Remus Kirkpatrick aka Al Kirkpatrick, and Golden Hills Trust); **Loch Dane** (joint and several with defendants James C. Castle aka J. Christopher Castle and Todd Smith); **Dunlay Drive** (joint and several with defendants Shon-te-east-a Walks With Spirit, John Di Chiara, Golden Hills Trust, and Remus Kirkpatrick aka Al Kirkpatrick); **Roaring Camp** (joint and several with defendants Remus Kirkpatrick aka Al Kirkpatrick, and Golden Hills Trust); **Valley West** (joint and several with defendants Fahed M. Eweis, Nadia F. Eweis, Golden Hills Trust, and Remus Kirkpatrick aka Al Kirkpatrick); **Almondwood** (joint and several with defendants Golden Hills Trust, Remus Kirkpatrick aka Al Kirkpatrick, Shon-te-east-a Walks With Spirit, and John DiChiara); and **Green Garden** (joint and several with defendants Golden Hills Trust, and Remus Kirkpatrick aka Al Kirkpatrick) in the amount of **$3,343,125** plus prejudgment interest in the amount of **$395,941.69.**

**4.   In favor of Plaintiffs Chicago Title, Commonwealth and Fidelity
against Defendant Remus Kirkpatrick**

Judgment is entered in favor of plaintiffs Chicago Title Insurance Company, Commonwealth Land Title Insurance Company and Fidelity National Title Insurance Company against defendant Remus Kirkpatrick for fraud, conspiracy to defraud and racketeering with respect to the **Valley West**

(joint and several with defendants Laura Pezzi, Fahed M. Eweis, Nadia F. Eweis, and Golden Hills Trust); **Dunlay Drive** (joint and several with defendants Laura Pezzi, Shon-te-east-a Walks With Spirit, John Di Chiara, and Golden Hills Trust); **Shannon Bay** (joint and several with defendants Daniel Young, Kelly E. Young, Golden Hills Trust, and Laura Pezzi); **Roaring Camp** (joint and several with defendants Laura Pezzi, and Golden Hills Trust); **Almondwood** (joint and several with defendants Golden Hills Trust, Laura Pezzi, Shon-te-east-a Walks With Spirit, and John DiChiara) and **Green Garden** (join and several with defendants Golden Hills Trust and Laura Pezzi) in the amount of **$2,725,125** plus prejudgment interest in the amount of **$321,662.89**.

5. **In favor of Plaintiff Fidelity against Defendant Lara Karakasevic**

Judgment is entered in favor of plaintiff Fidelity National Title Insurance Company and against defendant Lara Karakasevic for fraud, conspiracy to defraud and racketeering with respect to the **Brown Street** property (joint and several with defendant James C. Castle aka J. Christopher Castle), in the amount of **$240,000** plus prejudgment interest in the amount of **$46,306.18**.

6. **In favor of Plaintiff Chicago Title against Defendants John Di Chiara and Shon-Te-East-A Walks With Spirit**

Judgment is entered in favor of plaintiff Chicago Title Insurance Company against defendants John Di Chiara and Shon-Te-East-A Walks With Spirit, for conspiracy to defraud with respect to the **Dunlay Drive** (joint and several with defendants Laura Pezzi, Golden Hills Trust, and Remus Kirkpatrick aka Al Kirkpatrick); and **Almondwood** (joint and several with defendants Golden Hills Trust, Remus Kirkpatrick aka Al Kirkpatrick, and Laura Pezzi) in the amount of **$290,875** plus prejudgment interest in the amount of **$91,801.65**.

7. **In favor of Plaintiff Dawn Carifi against Defendants John Di Chiara and Shon-Te-East-A Walks With Spirit**

Judgment is entered in favor of plaintiff Dawn Carifi against defendants John Di Chiara and Shon-Te-East-A Walks With Spirit (joint and several with defendants CCTT Group, Oreplex International, and defendant James C. Castle aka J. Christopher Castle) for conspiracy to defraud with respect to the **Northcrest** property in the amount of **$370,000** plus prejudgment interest in the

amount of **$148,448.32**.

**8.     In favor of Plaintiff Chicago Title
        against Defendant Todd Smith**

Judgment is entered in favor of plaintiffs Chicago Title Insurance Company against defendant Todd Smith for fraud and conspiracy to defraud with respect to the **Loch Dane** property (joint and several with defendants defendant James C. Castle aka J. Christopher Castle, Oreplex International LLC, CCTT Group, and Laura Pezzi), in the amount of **$206,000** plus prejudgment interest in the amount of **$74,278.80**.

**9.     In favor of Plaintiff Credit One
        against Defendant Todd Smith**

Judgment is entered in favor of plaintiff Credit One, LLC against defendant Todd Smith for fraud and conspiracy to defraud with respect to the **Via Divertirse** property (joint and several with defendants Oreplex International, CCTT Group, and James C. Castle aka J. Christopher Castle), in the amount of **$935,000** plus prejudgment interest in the amount of **$337,102.80**.

**10.    In favor of Plaintiffs Chicago Title and Fidelity
        against Defendant George Larsen, GJZ Group and AFOG Group**

Judgment is entered in favor of plaintiffs Chicago Title Insurance Company and Fidelity National Title Insurance Company joint and several against defendants George Larsen, GJZ Group and AFOG Group for fraud, conspiracy to defraud and racketeering with respect to **Tule Lane**; **Stone Drive** (joint and several with defendant James C. Castle aka J. Christopher Castle); and **Canyon Road**, in the amount of **$3,786,000** plus prejudgment interest in the amount of **$387,097.98**.

**11.    In favor of Plaintiff Chicago Title, Commonwealth and Fidelity
        against Defendant Golden Hills Trust**

Judgment is entered in favor of plaintiffs Chicago Title Insurance Company, Commonwealth Land Title Insurance Company and Fidelity National Title Insurance Company against defendant Golden Hills Trust for fraud, conspiracy to defraud and racketeering with respect to the **Valley West** (joint and several with defendants Fahed M. Eweis, Nadia F. Eweis, Laura Pezzi, and Remus Kirkpatrick aka Al Kirkpatrick); **Dunlay Drive** (joint and several with defendants Shon-te-east-a

Walks With Spirit, John Di Chiara, Laura Pezzi, Remus Kirkpatrick aka Al Kirkpatrick); **Shannon Bay** (joint and several with defendants Daniel Young, Kelly E. Young, Remus Kirkpatrick aka Al Kirkpatrick, and Laura Pezzi); **Roaring Camp** (joint and several with defendants Remus Kirkpatrick aka Al Kirkpatrick, and Laura Pezzi); **Almondwood** (joint and several with defendants Laura Pezzi, Remus Kirkpatrick aka Al Kirkpatrick, Shon-te-east-a Walks With Spirit, and John DiChiara); and **Green Garden** (joint and several with defendants Laura Pezzi and Remus Kirkpatrick aka Al Kirkpatrick) in the amount of $**2,725,125** plus prejudgment interest in the amount of **$321,662.89**.

12. **In favor of Plaintiff Chicago Title, Fidelity, Carifi and Credit One against Defendant James C. Castle aka J. Christopher Castle**

Judgment is entered in favor of plaintiffs Chicago Title Insurance Company and Fidelity National Title Insurance Company, Dawn Carifi and Credit One, LLC and against defendant James C. Castle aka J. Christopher Castle for fraud, conspiracy to defraud and racketeering with respect to the **Brown Street** (joint and several with defendant Lara Karakasevic); **Loch Dane** (joint and several with defendants CCTT Group, Oreplex International LLC, Laura Pezzi, and Todd Smith); **Stone Drive** (joint and several with GJZ Group, AFOG, and George Larsen); **Northcrest** (joint and several with defendant John Di Chiara, Shon-Te-East-A Walks With Spirit, Oreplex International, and CCTT Group); and **Via Divertirse** (joint and several with defendants CCTT Group, Oreplex International, and Todd Smith), in the amount of **$6,993,000** plus prejudgment interest in the amount of **$765,528.69**.

13. **In favor of Plaintiffs Chicago Title, Commonwealth, Carifi and Credit One against Defendant Oreplex and CCTT**

Judgment is entered in favor of plaintiffs Chicago Title Insurance Company and Commonwealth Land Title Insurance Company, Dawn Carifi and Credit One, LLC against defendants Oreplex International and CCTT Group for fraud, conspiracy to defraud, and racketeering with respect to the **Loch Dane** (joint and several with defendants Laura Pezzi, James C. Castle aka J. Christopher Castle, and Todd Smith); **Northcrest** (joint and several with defendants John Di Chiara, Shon-Te-East-A Walks With Spirit, and James C. Castle aka J. Christopher Castle); **and Via**

**Divertirse** (joint and several with defendant Todd Smith), in the amount of **$4,533,000** plus prejudgment interest in the amount of **$559,829.92**.

The Court notes that a partial default judgment was previously entered in favor of plaintiff Credit One, LLC against defendant Curtis Guillotte (Dkt. No. 730) on October 31, 2014, for fraud, conspiracy to defraud and negligence with respect to the **Via Divertirse** property.

**IT IS FURTHER ORDERED** that plaintiffs Fidelity National Title Insurance Company, Chicago Title Insurance Company, Commonwealth Land Title Insurance Company, Credit One, LLC, and Dawn Carifi are awarded attorneys' fees in the amount of **$643,110.00** and costs of **$287.28**, jointly and severally against defendants James C. Castle aka J. Christopher Castle, Remus Kirkpatrick aka Al Kirkpatrick, George Larsen, Laura Pezzi, GJZ Group, AFOG Group, Golden Hills Trust, Oreplex International and CCTT Group.

**IT IS FURTHER ORDERED** that Plaintiffs are awarded post-judgment interest at a rate equal to the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of this Judgment.

**IT IS SO ORDERED.**

Dated: February 2, 2017

                                                  _____
                                                  **YVONNE GONZALEZ ROGERS**
                                                  **UNITED STATES DISTRICT COURT JUDGE**